Elwyn D. Zimmerman  (434) 473-5220
Zim Investigations, LLC  zim.investigations@gmail.com
1429 Jefferson Terrace  DCJS ID #99-670018
Bedford, VA 24523

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8.01-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court  Case No.: 6:23CV00054
Western District of VA

**Shanta Brown, et. al.**  v.  **The City of Lynchburg, et. al.**
Plaintiffs  Defendants

Document(s): Summons and Complaint

Name of Individual/Entity To Serve: The City of Lynchburg c/o Matthew Freedman, Esq., City Attorney

Address: 900 Church Street, Lynchburg, VA 24504

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on 11/6/23 at 11:20 a.m./p.m.

## MANNER OF SERVICE

[ ] Delivering a copy of the summons and of the complaint to the individual personally
[ ] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: _____
[X] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process: __Susan Hartman, Esquire_____

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this __13__ day of __Nov_____, 2023 in Bedford, Virginia.

Signature of Process Server:
Elwyn D. Zimmerman

STATE OF VIRGINIA,
CITY/COUNTY: __Bedford__

I, the undersigned, a notary public in and for the above mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this __13 34th__ day of __November__, 2023.

Notary Public
Notary Registration No.: __334317__
My Commission Expires: __12/31/24__