Elwyn D. Zimmerman  
Zim Investigations, LLC  
1429 Jefferson Terrace  
Bedford, VA 24523

(434) 473-5220  
zim.investigations@gmail.com  
DCJS ID #99-670018

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8.01-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court  
Western District of VA

Case No.: 6:23CV00054

**Shanta Brown, et. al.**  v.  **The City of Lynchburg, et. al.**
Plaintiffs              Defendants

Document(s): Summons and Complaint

Name of Individual/Entity To Serve: Officer Seth Reed

Address: 3678 Long Island Road, Gladys, Virginia 24554

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on 11/6/23 at 11:20 a.m./p.m.

## MANNER OF SERVICE

[X] Delivering a copy of the summons and of the complaint to the individual personally at: <u>The Office of the Lynchburg City Attorney, 900 Church Street, Lynchburg, VA 24504</u>  
[ ] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: _____  
[ ] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process: _____

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this 13 day of Nov, 2023 in Bedford, Virginia.

Signature of Process Server:  
Elwyn D. Zimmerman

STATE OF VIRGINIA,  
CITY /COUNTY: Bedford

I, the undersigned, a notary public in and for the above mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this 13vth day of November, 2023.

Notary Public

Notary Registration No.: 334317  
My Commission Expires: 12/31/24