AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| Shanta Lynette Brown, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:23cv00054 |
| The City of Lynchburg, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Lynchburg, Seth Reed                                                                                      .

Date:     11/27/2023                                                        /s/ Jim H. Guynn, Jr.
                                                                                       *Attorney's signature*

                                                                                      Jim H. Guynn, Jr. (VSB#22299 )
                                                                                      *Printed name and bar number*

                                                                                      Guynn Waddell, P.C.
                                                                                      415 S College Ave.
                                                                                      Salem, VA 24153
                                                                                      *Address*

                                                                                      JimG@guynnwaddell.com
                                                                                      *E-mail address*

                                                                                      (540) 387-2320
                                                                                      *Telephone number*

                                                                                      (540) 389-2350
                                                                                      *FAX number*