AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| Shanta Lynette Brown, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:23cv00054 |
| The City of Lynchburg, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Lynchburg, Seth Reed.

Date: 11/27/2023

/s/ John R. Fitzgerald
*Attorney's signature*

John R. Fitzgerald (VSB#98921 )
*Printed name and bar number*

Guynn Waddell, P.C.
415 S College Ave.
Salem, VA 24153
*Address*

JohnF@guynnwaddell.com
*E-mail address*

(540) 387-2320
*Telephone number*

(540) 389-2350
*FAX number*