IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA LYNETTE BROWN, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action: 6:23cv00054 |
| | ) |
| THE CITY OF LYNCHBURG, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO DISMISS

Defendants City of Lynchburg, Virginia (the "City") and Officer Seth Reed, by counsel, move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint and in support thereof state that the Complaint fails to state a claim upon which relief can be granted as more fully set forth in Defendants' Memorandum in Support of Motion to Dismiss.

**WHEREFORE**, Defendants respectfully move the Court to dismiss the Complaint with prejudice.

                                                                     CITY OF LYNCHBURG, VIRGINIA and
                                                                     OFFICER SETH REED

                                                                       By /s/ John R. Fitzgerald
                                                                       Jim H. Guynn, Jr. (VSB # 22299)
                                                                       John R. Fitzgerald (VSB # 98921)
                                                                       GUYNN WADDELL, P.C.
                                                                       415 S. College Avenue
                                                                       Salem, Virginia  24153
                                                                       Phone: 540-387-2320
                                                                       Fax:    540-389-2350
                                                                       Email: jimg@guynnwaddell.com
                                                                                    johnf@guynnwaddell.com
                                                                       *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois (VSB 72326)
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
T: 434-845-4529
F: 434-845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB # 22299)
John R. Fitzgerald (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: JimG@guynnwaddell.com
           JohnF@guynnwaddell.com
*Attorneys for Defendants*