Elwyn D. Zimmerman  
Zim Investigations, LLC  
1429 Jefferson Terrace  
Bedford, VA 24523

(434) 473-5220  
zim.investigations@gmail.com  
DCJS ID #99-670018

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8.01-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court  
Western District of VA

Case No.: 6:23CV00054

**Shanta Brown, et. al.**  v.  **The City of Lynchburg, et. al.**
Plaintiffs                            Defendants

Document(s): Summons and Complaint

Name of Individual/Entity To Serve: Robbin Miller

Address: 1232 Helmsdale Drive, Forest, VA 24551

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy. Service was completed on Dec 4 2023 at 330 a.m./p.m.

## MANNER OF SERVICE

[ ] Delivering a copy of the summons and of the complaint to the individual personally  
[X] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: **Earl Lane Miller (Mother)**  
[ ] Posting a copy of such process at the front door or main entrance of the individual's abode.  
[ ] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process: _____

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this 5 day of Dec, 2023 in Bedford, Virginia.

Signature of Process Server:  
Elwyn D. Zimmerman

STATE OF VIRGINIA,  
CITY /COUNTY: Bedford

I, the undersigned, a notary public in and for the above mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this ____ day of December, 2023.

Notary Public

Notary Registration No.: 384317  
My Commission Expires: 12/31/2024