AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Shanta Lynette Brown, et al. )
*Plaintiff* )
v. ) Case No. 6:23cv00054
The City of Lynchburg, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LPD Officer Robbin Miller, Deputy Zachary Miller

Date: 12/12/2023

/s/ Jim H. Guynn, Jr.
*Attorney's signature*

Jim H. Guynn, Jr. (VSB #22299 )
*Printed name and bar number*

Guynn Waddell, P.C.
415 S College Ave.
Salem, VA 24153
*Address*

JimG@guynnwaddell.com
*E-mail address*

(540) 387-2320
*Telephone number*

(540) 389-2350
*FAX number*