AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Shanta Lynette Brown, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  6:23cv00054 |
| The City of Lynchburg, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LPD Officer Robbin Miller, Deputy Zachary Miller

Date:   12/12/2023

/s/ John R. Fitzgerald
*Attorney's signature*

John R. Fitzgerald (VSB #98921 )
*Printed name and bar number*

Guynn Waddell, P.C.
415 S College Ave.
Salem, VA 24153
*Address*

JohnF@guynnwaddell.com
*E-mail address*

(540) 387-2320
*Telephone number*

(540) 389-2350
*FAX number*