IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA LYNETTE BROWN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 6:23cv00054 |
| v. | ) |
| | ) |
| CITY OF LYNCHBURG, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS**

Defendant Deputy Zachary Miller, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the complaint on the grounds that it fails to state a claim upon which relief can be granted. Defendant Deputy Zachary Miller adopts the Defendants' memorandum previously filed in support of their motion to dismiss (ECF 9).

WHEREFORE, Defendant respectfully requests that the Court dismiss the case against him with prejudice, and grant such other relief as the Court deems just and proper.

DEPUTY ZACHARY MILLER

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB # 22299)
John R. Fitzgerald (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email:  JimG@guynnwaddell.com
            JohnF@guynnwaddell.com
*Counsel for Defendant Deputy Zachary Miller*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois (VSB #72326)
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
T: 434-845-4529
F: 434-845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

        /s/ John R. Fitzgerald
        Jim H. Guynn, Jr. (VSB # 22299)
        John R. Fitzgerald (VSB # 98921)
        GUYNN WADDELL, P.C.
        415 S. College Avenue
        Salem, Virginia 24153
        Phone: 540-387-2320
        Fax: 540-389-2350
        Email: JimG@guynnwaddell.com
                JohnF@guynnwaddell.com
        *Counsel for Defendant Deputy Zachary Miller*