IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA LYNETTE BROWN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 6:23cv00054 |
| v. | ) |
| | ) |
| CITY OF LYNCHBURG, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS**

Defendant LPD Officer Robbin Miller, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the complaint on the grounds that it fails to state a claim upon which relief can be granted. Defendant LPD Officer Robbin Miller adopts the Defendants' memorandum previously filed in support of their motion to dismiss (ECF 9).

WHEREFORE, Defendant respectfully requests that the Court dismiss the case against him with prejudice, and grant such other relief as the Court deems just and proper.

LPD OFFICER ROBBIN MILLER

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB # 22299)
John R. Fitzgerald (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
           johnf@guynnwaddell.com
*Counsel for Defendant LPD Officer Robbin Miller*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois (VSB 72326)
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
T: 434-845-4529
F: 434-845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

                        /s/ John R. Fitzgerald
                        Jim H. Guynn, Jr. (VSB # 22299)
                        John R. Fitzgerald (VSB # 98921)
                        GUYNN WADDELL, P.C.
                        415 S. College Avenue
                        Salem, Virginia  24153
                        Phone: 540-387-2320
                        Fax:    540-389-2350
                        Email:  JimG@guynnwaddell.com
                                  JohnF@guynnwaddell.com
                        *Counsel for Defendant LPD Officer Robbin Miller*