CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/8/2024
LAURA A. AUSTIN, CLERK
BY:   s/ ARLENE LITTLE
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

SHANTA LYNETTE BROWN, *et al.*,    )
                                   )
        Plaintiffs,                )
                                   )
v.                                 )        Civil Action: 6:23cv00054
                                   )
THE CITY OF LYNCHBURG, *et al.*,   )
                                   )
        Defendants.                )

## ORDER

For good cause shown, it is hereby ORDERED that the Defendants' Amended Motion for Release and Use of Expunged Records (ECF No. 27) shall be and hereby is GRANTED. It is further ORDERED that any such Expunged Records related to the criminal charges against Plaintiffs stemming from the incident of April 28, 2020 in Lynchburg, Virginia, shall be released to the Defendants.  The Parties will treat the expunged documents as confidential pursuant to the Protective Order previously entered by the Court, and the Parties may use the documents for any purpose in this action.  It is further ORDERED that Defendants' initial Motion to Access Expunged Records (ECF No. 26) shall be and hereby is DENIED as moot.

Entered:  April 8, 2024

C. Kailani Memmer
United States Magistrate Judge