IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA LYNETTE BROWN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action: 6:23cv00054 |
| | ) |
| THE CITY OF LYNCHBURG, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the parties' Joint Motion for Continuance of this jury trial from August 13-16, 2024 to February 10-14, 2025. The Court, having reviewed the motion and the record, and finding that there is good cause justifying the relief requested, hereby ORDERS that the parties' Joint Motion for Continuance of the jury trial from August 13-16, 2024 to February 10-14, 2025 is hereby GRANTED.

ENTERED this _____ day of _____, 2024.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE