CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/17/2024
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA LYNETTE BROWN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action: 6:23cv00054 |
| THE CITY OF LYNCHBURG, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the parties' Joint Motion for Continuance of this jury trial from August 13-16, 2024 to February 10-14, 2025. The Court, having reviewed the motion and the record, and finding that there is good cause justifying the relief requested, hereby **ORDERS** that the parties' Joint Motion for Continuance of the jury trial from August 13-16, 2024 to February 10-14, 2025 is hereby **GRANTED**.

Entered: April 17, 2024

C. Kailani Memmer
United States Magistrate Judge