# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA BROWN and ) | |
| ) | |
| AQUASHA SANDIDGE, ) | |
|     *Plaintiffs*, ) | |
| v. ) | Case No.: 6:23cv00054 |
| ) | |
| CITY OF LYNCHBURG, *et al* ) | |
|     *Defendants*. ) | |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURE OF EXPERT WITNESS TESTIMONY

ON THIS DAY the Plaintiffs served their initial expert witness disclosures upon the Defendants by email with attachments.

Respectfully submitted

SHANTA BROWN & AQUASHA SANDIDGE
By counsel

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By:**    /s/ M. Paul Valois_____
       **M. Paul Valois, Esquire**
       **Counsel for Plaintiffs**
       **Virginia State Bar No. 72326**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2024, I electronically filed the foregoing **CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURE OF EXPERT WITNESS TESTIMONY** with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to all counsel of record.

/s/   M. Paul Valois