# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA BROWN ) | |
| and ) | |
| AQUASHA SANDIDGE, ) | |
| *Plaintiffs* ) | |
| v. ) | CASE No: 6:23cv00054 |
| CITY OF LYNCHBURG, *et al*. ) | |
| *Defendants*. ) | |

### MOTION TO EXCLUDE THE EXPERT TESTIMONY OF LT. S. GRADY ORR

COME NOW the Plaintiffs, by counsel, and move this Court to exclude the expert testimony of Lt. S. Orr on the grounds that his methodology is unreliable and his opinions and conclusions are invalid and inadmissible for the reasons stated in the accompanying Memorandum in Support of this Motion.

Respectfully Submitted.

**SHANTA BROWN and AQUASHA SANDIDGE**
By Counsel

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By: /s/ M. Paul Valois**
    **M. Paul Valois, Esquire**
    **Counsel for Plaintiffs**
    **Virginia State Bar No. 72326**
    **mvalois@vbclegal.com**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ M. Paul Valois
M. Paul Valois
