IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| **SHANTA BROWN and** | **)** | |
| | **)** | |
| **AQUASHA SANDIDGE,** | **)** | |
| *Plaintiffs,* | **)** | |
| **v.** | **)** | **Case No.: 6:23cv00054** |
| | **)** | |
| **CITY OF LYNCHBURG,** *et al* | **)** | |
| *Defendants.* | **)** | |

### PLAINTIFF'S INITIAL DISCLOSURE OF EXPERT WITNESS TESTIMONY

Plaintiffs hereby disclose the following expert testimony:

1. Chief Mark Dunston (retired)

Chief Dunston will testify that excessive force was used against the Plaintiffs and that officers lacked probable cause to detain, arrest and prosecute the Plaintiffs. His report (including his CV and summary of recent testimony) is disclosed. Chief Dunston bills at $250 per hour.

Respectfully submitted

SHANTA BROWN & AQUASHA SANDIDGE
By counsel

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By:**    **/s/ M. Paul Valois**
      **M. Paul Valois, Esquire**
      **Counsel for Plaintiffs**
      **Virginia State Bar No. 72326**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **PLAINTIFF'S INITIAL DISCLOSURE OF EXPERT WITNESS TESTIMONY** was emailed, on September 12, 2024 to John Fitzgerald, Esquire, Counsel for Defendants.

        **/s/  M. Paul Valois**