IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA LYNETTE BROWN, <br> and <br> AQUASHA SANDIDGE, <br>     Plaintiffs, <br> v. <br> THE CITY OF LYNCHBURG, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action: 6:23cv00054 <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANTS REED, Z. MILLER, AND R. MILLER'S** <br> **MOTION FOR SUMMARY JUDGMENT**

Defendants Seth Reed, Zachary Miller, and Robbin Miller, by counsel, respectfully move for summary judgment on all of the Plaintiffs' claims against them pursuant to Rule 56 of the Federal Rules of Civil Procedure. The grounds for this motion are more fully set out in the memorandum in support filed contemporaneously with this motion.

WHEREFORE, Defendants Seth Reed, Zachary Miller, and Robbin Miller respectfully request that the Court enter summary judgment in their favor and dismiss the claims against them with prejudice.

SETH REED, ZACHARY MILLER, and
ROBBIN MILLER

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: jimg@guynnwaddell.com
       johnf@guynnwaddell.com
*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois (VSB 72326)
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
T: 434-845-4529
F: 434-845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

                                            /s/ John R. Fitzgerald
                                            Jim H. Guynn, Jr. (VSB # 22299)
                                            John R. Fitzgerald (VSB # 98921)
                                            GUYNN WADDELL, P.C.
                                            415 S. College Avenue
                                            Salem, Virginia  24153
                                            Phone: 540-387-2320
                                            Fax:    540-389-2350
                                            Email: jimg@guynnwaddell.com
                                                             johnf@guynnwaddell.com
                                            *Counsel for Defendants*