Exhibit 2

Officer Zachary Miller Dash Cam to be provided via USPS