Exhibit 3

Officer Zachary Miller Body Cam to be provided via USPS

{00563916.DOCX }