**EXHIBIT 4**

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF VIRGINIA
                   LYNCHBURG DIVISION
    ****************************************************
SHANTA LYNETTE BROWN, et al.,

      Plaintiffs,

v.                                   Case No. 6:23cv00054

THE CITY OF LYNCHBURG, et al.,

      Defendants.

    ****************************************************

           DEPOSITION OF TERRON PANNELL, SR.

                  October 25, 2024

               10:48 a.m. - 11:07 a.m.

                 Lynchburg, Virginia
```

REPORTED BY:  Kimberly A. Henderson, RPR

**EXHIBIT 4**

```
 1        Deposition of TERRON PANNELL, SR. taken and

 2   transcribed on behalf of the Defendants, pursuant

 3   to notice and/or agreement to take depositions; by

 4   and before Kimberly A. Henderson, a Registered

 5   Professional Reporter and Notary Public in and for

 6   the Commonwealth of Virginia at Large; commencing

 7   at 10:48 a.m., October 25, 2024, at the offices of

 8   the Lynchburg City Attorney, 900 Church Street,

 9   Lynchburg, Virginia.

10   APPEARANCES OF COUNSEL:

11

12        JAMES RIVER LEGAL ASSOCIATES
          7601 Timberlake Road
13        Lynchburg, Virginia   24502
          434.845.4529
14        kthomas@vbclegal.com
     BY:  PAUL VALOIS, ESQUIRE
15             Counsel for the Plaintiffs

16        GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
          415 S. College Avenue
17        Salem, Virginia   24153
          540.387.2320
18        jimg@guynnwaddell.com
          john@guynnwaddell.com
19   BY:  JIM H. GUYNN, JR., ESQUIRE
          JOHN R. FITZGERALD, ESQUIRE
20             Counsel for the Defendants

21

22

23

24

25
```

```
 1                    I N D E X

 2   WITNESS                                      PAGE

 3   TERRON PANNELL, SR.

 4        Examination by Mr. Guynn              4

 5        Examination by Mr. Valois            17

 6
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 4**

```
1   (10:48 a.m., October 25, 2024)

2

3                  TERRON PANNELL, SR.

4             was sworn and testified as follows:

5                  E X A M I N A T I O N

6   BY MR. GUYNN:

7             Q.   Good morning.

8             A.   Good morning, sir.

9             Q.   My name is Jim Guynn, and I represent

10  the defendants in the lawsuits that your mother and

11  your sister have brought.  And as I think

12  Mr. Valois may have told you, I'm going to ask you

13  some questions about what happened, you know, the

14  events on April 28th of 2020.  If I don't speak up,

15  and you don't hear me, or if you don't understand

16  me, just tell me, I'll be glad to repeat it or

17  speak up.

18            A.   Yes, sir.

19            Q.   More likely, it will be the

20  repeating.  Most people don't have a problem

21  hearing me, because I'm probably louder --

22            A.   Your voice --

23            Q.   -- than I should be.

24            A.   Your voice is like really --

25            Q.   But anyway, the other thing, we're
```

1  going to -- she's going to type up a transcript of

2  the testimony that you give.

3         A.   Yes, ma'am.  Yes, sir, I'm sorry.

4         Q.   It will help her if we -- I'll wait

5  until you finish your answer before I start my next

6  question.  And if you can wait until I finish my

7  question, that way we're not talking over each

8  other, and it will make it easier for her to type

9  it when the time comes.

10         A.   Yes, sir.

11         Q.   And if you remember to say yes and no

12  instead of uh-huh, huh-uh, because she can't spell

13  uh-huh and huh-uh.

14         A.   I'm sorry, I apologize.

15         Q.   Don't worry about it, and if you do

16  it, I may kind of look at you or whatever to get

17  you to answer it, but that's what it'll be about.

18         A.   Yes, sir.

19         Q.   So for the record, go ahead and tell

20  us your name?

21         A.   My name is Terron Pannell, Sr.

22         Q.   Okay.  And, Mr. Pannell, where do you

23  live?

24         A.   I live on 1010 Clay Street now.

25         Q.   Okay.  How long have you lived there?

**EXHIBIT 4**

Page 6

```
1                 A.    I just moved in.

2                 Q.    And if I understand correctly, Shanta

3    Brown is your mom?

4                 A.    Yeah.

5                 Q.    Okay.  And Aquasha Sandidge is your

6    sister?

7                 A.    Uh-huh, yes, sir.

8                 Q.    Yes?  Not as worried about the sir,

9    just the yes or no, but I appreciate it.

10                A.    Okay.

11                Q.    All right.  So we're -- the incident

12   we're here to talk about occurred on April 28th,

13   2020?

14                A.    I believe so, sir.

15                Q.    Okay.  And somewhere thereabouts, at

16   least.  It was certainly in April of 2020.

17                      And it occurred at 1503 Kemper

18   Street?

19                A.    Yes.

20                Q.    So tell me what happened?  You -- it

21   was night, it was after dark?

22                A.    Yes.

23                Q.    And you were, you arrived at Kemper

24   Street?

25                A.    Yes.
```

**EXHIBIT 4**

```
 1              Q.   Okay.  Were you living there at the
 2    time?
 3              A.   Yes.
 4              Q.   Okay.  And when you arrived, there
 5    was a police officer with his lights on?
 6              A.   I wouldn't necessarily say with that.
 7              Q.   Okay.
 8              A.   So I'll start from the beginning.
 9              Q.   Okay.
10              A.   I needed to go get my children some
11    food, you know, and cabs and other, and Ubers and
12    stuff were kind of expensive at the time.  So my
13    friend offered me to drive his car so I can go get
14    my children something to eat and pick their clothes
15    up from being washed.
16                   So as I'm doing that, I'm coming down
17    12th Street, and I see the cop.  You know, I'm
18    driving normal, seatbelt's on.  The cop pulls out.
19    I take the right on Kemper Street to go to my
20    mother's house, and he followed me until I got to
21    my mother's house.  And that's when he turned the
22    lights on, when I was turning into Kemper Street.
23                   So I pull over.  The cop comes to the
24    driver's side, you know, and I'm not the smartest
25    guy in the world, but I know a little bit of the
```

**EXHIBIT 4**

1   law, you know.  I mean, of course, I probably was

2   doing something that I wasn't supposed to be, but

3   it was for a good cause, you know.

4               The cop proceeds to ask me for my

5   name and stuff.  I comply, you know.  Then he says,

6   he asked -- he asked me could he search the car.

7   And I told him no, that it wasn't my car, you know.

8   And then he goes back, and the lady cop comes.

9   She's talking to me and stuff.

10             So the K9 unit shows up, and the guy

11   from the K9 unit, he was very aggressive.  You

12   know, it didn't -- it didn't take long for things

13   to escalate, you know what I'm saying, when it was

14   already.  Honestly, sir, like I said, I complied.

15   And I feel like the officer should have just gave

16   me a ticket for driving without a license, and it

17   should have been that.

18             But obviously it turned into more.  I

19   can't tell you how, because as I was saying, I was

20   compliant with everyone.  All the officers that was

21   there, I was compliant.  It was just when he came,

22   he just had so much aggression, I didn't want to,

23   you know, get hurt, if that makes sense, because he

24   showed a lot of aggression.

25             And he was, apparently, he was

1  supposed to have the dog go around the car first,

2  but he -- I guess he didn't do that.  So he

3  proceeds to open my car door, to open my friend's

4  car door.  He pulls me out the car.  You know, we

5  were tussling around for a little bit, you know

6  what I'm saying.  At this point, I'm scared,

7  because I don't know what's going to happen.

8            All this, all the crazy things that

9  have been going on in Lynchburg, and also in the

10  world, you know what I'm saying, with law

11  enforcement and civilians, you know.  But he slams

12  me up against the car, gets me on the ground, puts

13  me in handcuffs.

14            And I walk to the car, and I just

15  hear like my mother and my sister, I guess.  I

16  don't know what was going on.  I didn't really see

17  everything.  All I knew was I was in handcuffs, and

18  I was about to go downtown, I guess, and that's

19  really what happened for my standpoint.

20            Q.   So you -- how did you know, you said

21  you heard your mother and your sister?

22            A.   Yeah, it was, I heard commotion.

23            Q.   Okay.  Was your car pulled up to the

24  front of the apartment?

25            A.   It was like more so off to like the

```
1  left side of the apartment.
2            Q.    But it was perpendicular to it?
3            A.    Yeah.  It was, yeah, straight.
4            Q.    You're looking straight at it?
5            A.    Yeah.
6            Q.    Well, at it?
7            A.    Yes, sir.
8            Q.    Okay.  And so they came out.
9                  Do you know where they were standing?
10           A.    I seen my mom standing right in front
11  of me.  Before he pulled me out the car, I just see
12  my mom standing right in front of me.  I was in the
13  driver's seat, and my mom was standing in front of
14  the car to where I could see her.  Yes.
15           Q.    And then you were pulled out and put
16  on the ground?
17           A.    Yes.
18           Q.    And do you know what your mom did
19  after that?
20           A.    No.
21           Q.    Didn't see it?
22           A.    Huh-uh, but I -- no, sir.  But I'm
23  pretty sure my mom never like touched anybody.  She
24  doesn't -- she's not a person that goes against the
25  law.  So it wouldn't make sense for someone to say
```

1  that my mother like put their hands on her, put her

2  hands on them, or any of that, anything of that

3  nature.  Right.

4          Q.   But as far as seeing whether or not

5  she did, you didn't see?

6          A.   No.

7          Q.   Did you hear her saying anything?

8          A.   "It's going to be okay, son."  That's

9  all I remember from that night.

10         Q.   Did your sister -- when you heard

11  your mom say that, was she -- the last time you saw

12  her, she was in front of the car?

13         A.   Yeah, last time I saw her, she was in

14  front of the car.

15         Q.   Was she closer than that when you

16  heard it?  Could you tell if she was closer than

17  that when you heard?

18         A.   No.  Like you, like you are, my mom

19  is pretty loud.  I remember when we used to play on

20  the playground as children, I could hear my mom

21  call us from the front door.

22         Q.   Okay.

23         A.   So she's, she's pretty loud.

24         Q.   So you would have no way of knowing

25  her distance from you?

**EXHIBIT 4**

```
 1              A.   It was, it was the K9 unit guy, the

 2    officer that pulled me over, and that was it.  They

 3    pretty big guys, so, I mean, I didn't really see

 4    anything else.  As I said, sir, I didn't lie.  I

 5    was kind of terrified, because I didn't -- you

 6    don't know.

 7              From my standpoint, I never knew, I

 8    didn't know what was going to happen, you know what

 9    I'm saying?  I just thought the way I thought, you

10    know what I mean?  So I, like I said, I complied

11    with everybody.  His aggression and stuff made me

12    not want to comply with him.

13              Q.   So you really, I mean, you have your

14    belief as to what your mom wouldn't do, because as

15    you said, she's a law-abiding person; right?

16              A.   Yeah.  I mean, it -- it sounds crazy,

17    but I absolutely, I know for sure, just because I

18    know who my mother is, you know.  And being in a

19    situation, I'm pretty sure she didn't want to hold

20    back because of her son, but she's a

21    well-controlled person, you know?  You know how you

22    just, you just know a person, you know.

23              Q.   So how about your sister, could you

24    see her after you were taken out of the car?

25              A.   The only time I saw either one of
```

**EXHIBIT 4**

1  them is when I was sitting in the car, and my mom

2  was on the driver's side, and I see my sister

3  coming out, and I told her to record.  You know,

4  they can record us, we can record them, you know.

5                    And after I got pulled out of the

6  car, I didn't see either one of them.  And my

7  sister was also pregnant at the time too.  I

8  believe, I believe she was.  Yeah, she was pregnant

9  at the time too.  But as far as me seeing anything,

10  from that point, I didn't see anything besides what

11  was going on with me.

12                    Q.   When did you next see your mother and

13  your sister?

14                    A.   When we were getting -- when they

15  were getting put into the back of the police car.

16  And I barely seen that, because I was just thinking

17  like dang, my kids' food in the car, you know what

18  I'm saying?  Like it was just, it was a whole bunch

19  going on, you know.  And honestly, I wish I could

20  have at least got them the food first, you know,

21  but I would have been breaking the law even more,

22  right?

23                    Q.   I don't know.

24                    How has -- have you seen any effect

25  of this incident on either your mother or your

1  sister?

2          A.    Yeah.

3          Q.    Tell me about that?

4          A.    Especially my mom.

5          Q.    Tell me about that?

6          A.    My mom worked hard for stuff that she

7  has.  You know, she went to school, she went back

8  to school and everything once we got situated, you

9  know.  She became a correctional officer, you know.

10  This is things that I know, like this is something

11  that she always talked about.

12              And it affects me too, because I was

13  doing something that I wasn't supposed to be.  It

14  was for the right cause, but I wasn't supposed to

15  be doing it, you know, and that caused my mom to,

16  you know, lose what she worked for, you know.  And

17  it do make me feel some type of way, you know what

18  I'm saying?

19              That's why I choose to do right,

20  because it affected somebody, my situation, my

21  choice affected my mom and my sister.  So it does,

22  I'm going to take that back.  It do affect me, now

23  that I think about it.  You know, we like to leave

24  the past in the past and keep moving forward, you

25  know, you get what I'm saying?

**EXHIBIT 4**

1          So it definitely do weigh on me now

2  that I'm talking about it, because I -- my mom

3  loving me ruined what she worked hard for, you

4  know?

5          Q.    How often do you see your mom?

6          A.    I talk to my mom every day, every

7  single day.

8          Q.    As far as in person?

9          A.    I mean, we work.  You know, my mom

10  work every day, I work every day.  So the only

11  time -- well, if you can include FaceTime.

12          Q.    Well, she did, she did and said that

13  y'all pretty much when you're talking each day,

14  it's on FaceTime?

15          A.    Yeah.

16          Q.    And then I didn't know maybe if you

17  had a standing Sunday dinner or something like that

18  that you were at or whatever?

19          A.    The thing about it is, you know, me

20  still being kind of young and growing and stuff,

21  like, I have a plan for stuff like that.  You know,

22  I just -- everything needs to fall in place for me

23  this time, you know what I'm saying, so I can

24  provide for my mom, you know?

25          Q.    And did you notice an impact on your

1  sister?

2         A.   Yeah, it does.  But my sister real

3  nonchalant, so you're not going to really like

4  notice it unless you talk, unless you talk with her

5  about it, you know.  And then she may get

6  emotional, you know, because she was pregnant at

7  the time, and they had her on her stomach on the

8  ground, from what I was hearing.  You know, I

9  didn't see anything, but that's what they told me.

10         Q.   Right.

11         A.   I kind of get emotional about it,

12  too, because what if she would have -- what if she

13  would have lost her kid?  Yeah, that affects me

14  too.  Like I said, I made a -- I made a poor choice

15  for the right reason, and it cost -- and the cost

16  was a lot, really, you know.

17                MR. GUYNN:  I'm going to take just a

18  quick break.  Be right back.

19                (Recess.)

20  BY MR. GUYNN:

21         Q.   I don't have any other questions.  I

22  do have -- that's not really true.  I have one

23  more, but I want to preface it by saying I mean no

24  offense by it, when I say, because we have to ask

25  this about everybody, but have you ever been

1  convicted of a felony?

2          A.   No.  I'm proud to say that.  There

3  was one time I was falsely accused.  Yeah.

4          Q.   Again, the only thing I get to ask is

5  whether or not you're convicted of a felony, and if

6  the answer is no, it's fine.

7          A.   No, no, sir.  Never been a felon

8  before.

9          MR. GUYNN:  I'm not worried about

10  anything else.  So I don't have any other

11  questions.

12                E X A M I N A T I O N

13  BY MR. VALOIS:

14          Q.   Terron, now, do you remember outside

15  at the time your mom, your sister, your dad being

16  there?

17          A.   No.  I mean, well, my stepdad

18  probably did come outside, but he was like --

19          Q.   He's not your dad, he's your stepdad;

20  right?

21          A.   I mean, you know, he's been there for

22  a while, you know what I'm saying?

23          Q.   Do you remember anybody else that was

24  present by name?

25          MR. VALOIS:  The reason I'm asking, I

**EXHIBIT 4**

Page 18

1  don't represent him, so there may be somebody else.

2              MR. GUYNN:  Right.

3              MR. VALOIS:  Now's the time to find

4  out.

5              MR. GUYNN:  Yeah.

6              MR. VALOIS:  If there's anybody else.

7  BY MR. VALOIS:

8         Q.   Was there anybody else, any other, do

9  you remember any other residents of the apartment

10  complex or -- who gave you -- whose car was it?

11         A.   Whose car was it?  It was my friend

12  Brendan.

13         Q.   Was he there?

14         A.   No, he was not there.

15         Q.   Okay.

16         A.   They -- he -- they let him, I don't

17  know, I don't know if they let him, but he got his

18  car.

19         Q.   There's a black guy named Brendan?

20         A.   No, he's a white guy.

21         Q.   There's a white guy that lives at

22  Kemper Street?

23         A.   No, that's the -- that's the guy,

24  that was -- just whose car I was driving.

25         Q.   Oh, okay.  All right.  But Brendan

1   doesn't have anything to do with this except owning

2   the vehicle; right?

3           A.    Yeah.   That's the only thing he has,

4   owning the vehicle.

5           Q.    Okay.   And he wasn't there?

6           A.    No, sir.

7           Q.    All right.   Did you ever see the body

8   cam videos?

9           A.    No.   Never got to see any of that.

10          Q.    Your lawyer never showed you the body

11  cam?

12          A.    No.

13                MR. VALOIS:   No further questions.

14                THE WITNESS:   And it's, honestly, I

15  asked him.

16                MR. VALOIS:   When I say no further

17  questions, it's over with.   You guys can go home.

18  Oh, wait.   We need Shanta, you want Shanta back to

19  ask her about the video?

20                MR. GUYNN:   Yeah, I will ask her

21  that, but before we do, you can't tell him, can

22  you, because you don't represent him.   So we

23  started off talking about how she was going to

24  create a transcript out of this.

25                THE WITNESS:   Uh-huh.

```
1                    MR. GUYNN:  You have the right to
2     sign that transcript after it's been -- you can
3     read it, determine whether or not she got it
4     correct, and then sign it.  Or you can waive that
5     right and authorize her, as a court reporter, she's
6     also a notary public, to sign your name for you.
7                    In your situation, and given how
8     short this was, I mean, I don't know about you, but
9     I would probably -- if you were my client, I'd
10    probably tell you to waive, but I -- maybe Paul
11    looks at it differently.
12                    THE WITNESS:  Can I -- can I give the
13    opportunity to my mom, to see what she think about
14    it?
15                    MR. VALOIS:  Well, you can talk with
16    her.  Yeah, why don't you talk with your mom?  Send
17    your mom in here.  Let me talk to her first.  I'll
18    give her my advice, and then she can give you her
19    advice.
20                    THE WITNESS:  All right.
21            (Deposition concluded at 11:07 a.m.)
22              (Reading and signature waived.)
23                          *****
24
25
```

**EXHIBIT 4**

```
 1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
 2                  I, KIMBERLY A. HENDERSON, a
 3  Registered Professional Reporter and Electronic
 4  Notary Public in and for the Commonwealth of
 5  Virginia at Large, Notary Registration Number
 6  359658, whose commission expires November 30, 2025,
 7  do certify that the aforementioned appeared before
 8  me, was sworn by me, and was thereupon examined by
 9  counsel; and that the foregoing is a true, correct,
10  and full transcript of the testimony adduced to the
11  best of my ability.
12                  I further certify that I am neither
13  related to nor associated with any counsel or party
14  to this proceeding, nor otherwise interested in the
15  event thereof.
16                  Given under my hand and Notarial seal
17  at Forest, Virginia, this 8th day of November,
18  2024.
19
20
21
22          Kimberly A. Henderson, Notary Public
23            Commonwealth of Virginia at Large
24
25
```

| A | B | | |
|---|---|---|---|

**A**

**ability** 21:11
**absolutely** 12:17
**accused** 17:3
**adduced** 21:10
**advice** 20:18
  20:19
**affect** 14:22
**aforementioned**
  21:7
**aggression** 8:22
  8:24, 12:11
**aggressive** 8:11
**agreement** 2:3
**ahead** 5:19
**al** 1:3, 1:6
**and/or** 2:3
**answer** 5:5, 5:17
  17:6
**anybody** 10:23
  17:23, 18:6
  18:8
**anyway** 4:25
**apartment** 9:24
  10:1, 18:9
**apologize** 5:14
**apparently** 8:25
**APPEARANC...**
  2:10
**appeared** 21:7
**appreciate** 6:9
**April** 4:14, 6:12
  6:16
**Aquasha** 6:5
**arrived** 6:23
  7:4
**asked** 8:6, 8:6
  19:15
**asking** 17:25
**associated** 21:13
**ASSOCIATES**
  2:12
**Attorney** 2:8
**authorize** 20:5
**Avenue** 2:16

**B**

**back** 8:8, 12:20
  13:15, 14:7
  14:22, 16:18
  19:18
**barely** 13:16
**beginning** 7:8
**behalf** 2:2
**belief** 12:14
**believe** 6:14
  13:8, 13:8
**best** 21:11
**big** 12:3
**bit** 7:25, 9:5
**black** 18:19
**body** 19:7
  19:10
**break** 16:18
**breaking** 13:21
**Brendan** 18:12
  18:19, 18:25
**brought** 4:11
**Brown** 1:3, 6:3
**bunch** 13:18

**C**

**cabs** 7:11
**call** 11:21
**cam** 19:8, 19:11
**car** 7:13, 8:6
  8:7, 9:1, 9:3, 9:4
  9:4, 9:12, 9:14
  9:23, 10:11
  10:14, 11:12
  11:14, 12:24
  13:1, 13:6
  13:15, 13:17
  18:10, 18:11
  18:18, 18:24
**CARROLL**
  2:16
**Case** 1:5
**cause** 8:3, 14:14
**caused** 14:15

**certainly** 6:16
**certify** 21:7
  21:12
**children** 7:10
  7:14, 11:20
**choice** 14:21
  16:14
**choose** 14:19
**Church** 2:8
**City** 1:6, 2:8
**civilians** 9:11
**Clay** 5:24
**client** 20:9
**closer** 11:15
  11:16
**clothes** 7:14
**College** 2:16
**come** 17:18
**comes** 5:9, 7:23
  8:8
**coming** 7:16
  13:3
**commencing**
  2:6
**commission**
  21:6
**Commonwealth**
  2:6, 21:1, 21:4
  21:23
**commotion** 9:22
**complex** 18:10
**compliant** 8:20
  8:21
**complied** 8:14
  12:10
**comply** 8:5
  12:12
**concluded** 20:21
**convicted** 17:1
  17:5
**cop** 7:17, 7:18
  7:23, 8:4, 8:8
**correct** 20:4
  21:9
**correctional**
  14:9

**correctly** 6:2
**cost** 16:15
  16:15
**counsel** 2:10
  2:15, 2:20, 21:9
  21:13
**course** 8:1
**court** 1:1, 20:5
**crazy** 9:8, 12:16
**create** 19:24

**D**

**dad** 17:15
  17:19
**dang** 13:17
**dark** 6:21
**day** 15:6, 15:7
  15:10, 15:10
  15:13, 21:17
**defendants** 1:7
  2:2, 2:20, 4:10
**definitely** 15:1
**Deposition** 1:9
  2:1, 20:21
**depositions** 2:3
**determine** 20:3
**differently**
  20:11
**dinner** 15:17
**distance** 11:25
**DISTRICT** 1:1
  1:1
**DIVISION** 1:2
**dog** 9:1
**doing** 7:16, 8:2
  14:13, 14:15
**door** 9:3, 9:4
  11:21
**downtown** 9:18
**drive** 7:13
**driver's** 7:24
  10:13, 13:2
**driving** 7:18
  8:16, 18:24

**E**

**easier** 5:8
**eat** 7:14
**effect** 13:24
**either** 12:25
  13:6, 13:25
**Electronic** 21:3
**emotional** 16:6
  16:11
**enforcement**
  9:11
**escalate** 8:13
**Especially** 14:4
**ESQUIRE** 2:14
  2:19, 2:19
**et** 1:3, 1:6
**event** 21:15
**events** 4:14
**everybody**
  12:11, 16:25
**Examination**
  3:4, 3:5
**examined** 21:8
**expensive** 7:12
**expires** 21:6

**F**

**FaceTime** 15:11
  15:14
**fall** 15:22
**falsely** 17:3
**far** 11:4, 13:9
  15:8
**feel** 8:15, 14:17
**felon** 17:7
**felony** 17:1
  17:5
**find** 18:3
**fine** 17:6
**finish** 5:5, 5:6
**first** 9:1, 13:20
  20:17
**FITZGERALD**
  2:19

followed 7:20
follows 4:4
food 7:11, 13:17
13:20
foregoing 21:9
Forest 21:17
forward 14:24
friend 7:13
18:11
friend's 9:3
front 9:24
10:10, 10:12
10:13, 11:12
11:14, 11:21
full 21:10
further 19:13
19:16, 21:12

**G**

getting 13:14
13:15
give 5:2, 20:12
20:18, 20:18
given 20:7
21:16
glad 4:16
go 5:19, 7:10
7:13, 7:19, 9:1
9:18, 19:17
goes 8:8, 10:24
going 4:12, 5:1
5:1, 9:7, 9:9
9:16, 11:8, 12:8
13:11, 13:19
14:22, 16:3
16:17, 19:23
good 4:7, 4:8
8:3
ground 9:12
10:16, 16:8
growing 15:20
guess 9:2, 9:15
9:18
guy 7:25, 8:10
12:1, 18:19

18:20, 18:21
18:23
Guynn 2:16
2:19, 3:4, 4:6
4:9, 16:17
16:20, 17:9
18:2, 18:5
19:20, 20:1
guys 12:3, 19:17

**H**

hand 21:16
handcuffs 9:13
9:17
hands 11:1, 11:2
happen 9:7
12:8
happened 4:13
6:20, 9:19
hard 14:6, 15:3
hear 4:15, 9:15
11:7, 11:20
heard 9:21, 9:22
11:10, 11:16
11:17
hearing 4:21
16:8
help 5:4
Henderson 1:25
2:4, 21:2, 21:22
hold 12:19
home 19:17
honestly 8:14
13:19, 19:14
house 7:20, 7:21
huh-uh 5:12
5:13, 10:22
hurt 8:23

**I**

impact 15:25
incident 6:11
13:25
include 15:11

interested 21:14
it'll 5:17

**J**

JAMES 2:12
Jim 2:19, 4:9
jimg@guynnw...
2:18
JOHN 2:19
john@guynnw...
2:18
JR 2:19

**K**

K9 8:10, 8:11
12:1
keep 14:24
Kemper 6:17
6:23, 7:19, 7:22
18:22
kid 16:13
kids 13:17
Kimberly 1:25
2:4, 21:2, 21:22
kind 5:16, 7:12
12:5, 15:20
16:11
knew 9:17, 12:7
know 4:13, 7:11
7:17, 7:24, 7:25
8:1, 8:3, 8:5, 8:7
8:12, 8:13, 8:23
9:4, 9:5, 9:7
9:10, 9:11, 9:16
9:20, 10:9
10:18, 12:6
12:8, 12:8
12:10, 12:17
12:18, 12:18
12:21, 12:21
12:22, 12:22
13:3, 13:4
13:17, 13:19
13:20, 13:23

14:7, 14:9, 14:9
14:10, 14:15
14:16, 14:16
14:17, 14:23
14:25, 15:4
15:9, 15:16
15:19, 15:21
15:23, 15:24
16:5, 16:6, 16:8
16:16, 17:21
17:22, 18:17
18:17, 20:8
knowing 11:24
kthomas@vbcl...
2:14

**L**

lady 8:8
Large 2:6, 21:1
21:5, 21:23
law 8:1, 9:10
10:25, 13:21
law-abiding
12:15
lawsuits 4:10
lawyer 19:10
leave 14:23
left 10:1
LEGAL 2:12
license 8:16
lie 12:4
lights 7:5, 7:22
little 7:25, 9:5
live 5:23, 5:24
lived 5:25
lives 18:21
living 7:1
LOCKABY
2:16
long 5:25, 8:12
look 5:16
looking 10:4
looks 20:11
lose 14:16
lost 16:13

lot 8:24, 16:16
loud 11:19
11:23
louder 4:21
loving 15:3
Lynchburg 1:2
1:6, 1:12, 2:8
2:9, 2:13, 9:9
LYNETTE 1:3

**M**

ma'am 5:3
mean 8:1, 12:3
12:10, 12:13
12:16, 15:9
16:23, 17:17
17:21, 20:8
mom 6:3, 10:10
10:12, 10:13
10:18, 10:23
11:11, 11:18
11:20, 12:14
13:1, 14:4, 14:6
14:15, 14:21
15:2, 15:5, 15:6
15:9, 15:24
17:15, 20:13
20:16, 20:17
morning 4:7
4:8
mother 4:10
9:15, 9:21, 11:1
12:18, 13:12
13:25
mother's 7:20
7:21
moved 6:1
moving 14:24

**N**

name 4:9, 5:20
5:21, 8:5, 17:24
20:6
named 18:19

nature 11:3
necessarily 7:6
need 19:18
needed 7:10
needs 15:22
neither 21:12
never 10:23
  12:7, 17:7, 19:9
  19:10
night 6:21, 11:9
nonchalant 16:3
normal 7:18
Notarial 21:16
notary 2:5, 20:6
  21:4, 21:5
  21:22
notice 2:3, 15:25
  16:4
November 21:6
  21:17
Now's 18:3
Number 21:5

**O**

obviously 8:18
occurred 6:12
  6:17
October 1:10
  2:7, 4:1
offense 16:24
offered 7:13
officer 7:5, 8:15
  12:2, 14:9
officers 8:20
offices 2:7
Oh 18:25, 19:18
okay 5:22, 5:25
  6:5, 6:10, 6:15
  7:1, 7:4, 7:7, 7:9
  9:23, 10:8, 11:8
  11:22, 18:15
  18:25, 19:5
once 14:8
open 9:3, 9:3
opportunity

20:13
outside 17:14
  17:18
owning 19:1
  19:4

**P**

P.C 2:16
PAGE 3:2
Pannell 1:9, 2:1
  3:3, 4:3, 5:21
  5:22
party 21:13
Paul 2:14, 20:10
people 4:20
perpendicular
  10:2
person 10:24
  12:15, 12:21
  12:22, 15:8
pick 7:14
place 15:22
Plaintiffs 1:4
  2:15
plan 15:21
play 11:19
playground
  11:20
point 9:6, 13:10
police 7:5, 13:15
poor 16:14
preface 16:23
pregnant 13:7
  13:8, 16:6
present 17:24
pretty 10:23
  11:19, 11:23
  12:3, 12:19
  15:13
probably 4:21
  8:1, 17:18, 20:9
  20:10
problem 4:20
proceeding
  21:14

proceeds 8:4
  9:3
Professional 2:5
  21:3
proud 17:2
provide 15:24
public 2:5, 20:6
  21:4, 21:22
pull 7:23
pulled 9:23
  10:11, 10:15
  12:2, 13:5
pulls 7:18, 9:4
pursuant 2:2
put 10:15, 11:1
  11:1, 13:15
puts 9:12

**Q**

question 5:6
  5:7
questions 4:13
  16:21, 17:11
  19:13, 19:17
quick 16:18

**R**

read 20:3
Reading 20:22
real 16:2
really 4:24, 9:16
  9:19, 12:3
  12:13, 16:3
  16:16, 16:22
reason 16:15
  17:25
Recess 16:19
record 5:19
  13:3, 13:4, 13:4
Registered 2:4
  21:3
Registration
  21:5
related 21:13

remember 5:11
  11:9, 11:19
  17:14, 17:23
  18:9
repeat 4:16
repeating 4:20
REPORTED
  1:25
reporter 2:5
  20:5, 21:3
represent 4:9
  18:1, 19:22
residents 18:9
right 6:11, 7:19
  10:10, 10:12
  11:3, 12:15
  13:22, 14:14
  14:19, 16:10
  16:15, 16:18
  17:20, 18:2
  18:25, 19:2
  19:7, 20:1, 20:5
  20:20
RIVER 2:12
Road 2:12
RPR 1:25
ruined 15:3

**S**

Salem 2:17
Sandidge 6:5
saw 11:11
  11:13, 12:25
saying 8:13
  8:19, 9:6, 9:10
  11:7, 12:9
  13:18, 14:18
  14:25, 15:23
  16:23, 17:22
says 8:5
scared 9:6
school 14:7
  14:8
seal 21:16
search 8:6

seat 10:13
seatbelt's 7:18
see 7:17, 9:16
  10:11, 10:14
  10:21, 11:5
  12:3, 12:24
  13:2, 13:6
  13:10, 13:12
  15:5, 16:9, 19:7
  19:9, 20:13
seeing 11:4
  13:9
seen 10:10
  13:16, 13:24
Send 20:16
sense 8:23
  10:25
Shanta 1:3, 6:2
  19:18, 19:18
short 20:8
showed 8:24
  19:10
shows 8:10
side 7:24, 10:1
  13:2
sign 20:2, 20:4
  20:6
signature 20:22
single 15:7
sir 4:8, 4:18, 5:3
  5:10, 5:18, 6:7
  6:8, 6:14, 8:14
  10:7, 10:22
  12:4, 17:7, 19:6
sister 4:11, 6:6
  9:15, 9:21
  11:10, 12:23
  13:2, 13:7
  13:13, 14:1
  14:21, 16:1
  16:2, 17:15
sitting 13:1
situated 14:8
situation 12:19
  14:20, 20:7
slams 9:11

**EXHIBIT 4**

smartest 7:24
somebody 14:20
  18:1
son 11:8, 12:20
sorry 5:3, 5:14
sounds 12:16
speak 4:14, 4:17
spell 5:12
Sr 1:9, 2:1, 3:3
  4:3, 5:21
standing 10:9
  10:10, 10:12
  10:13, 15:17
standpoint 9:19
  12:7
start 5:5, 7:8
started 19:23
STATES 1:1
stepdad 17:17
  17:19
stomach 16:7
straight 10:3
  10:4
Street 2:8, 5:24
  6:18, 6:24, 7:17
  7:19, 7:22
  18:22
stuff 7:12, 8:5
  8:9, 12:11, 14:6
  15:20, 15:21
Sunday 15:17
supposed 8:2
  9:1, 14:13
  14:14
sure 10:23
  12:17, 12:19
sworn 4:4, 21:8

**T**

take 2:3, 7:19
  8:12, 14:22
  16:17
taken 2:1, 12:24
talk 6:12, 15:6
  16:4, 16:4

20:15, 20:16
  20:17
talked 14:11
talking 5:7, 8:9
  15:2, 15:13
  19:23
tell 4:16, 5:19
  6:20, 8:19
  11:16, 14:3
  14:5, 19:21
  20:10
terrified 12:5
Terron 1:9, 2:1
  3:3, 4:3, 5:21
  17:14
testified 4:4
testimony 5:2
  21:10
thereabouts
  6:15
thereof 21:15
thing 4:25
  15:19, 17:4
  19:3
things 8:12, 9:8
  14:10
think 4:11
  14:23, 20:13
thinking 13:16
thought 12:9
  12:9
ticket 8:16
Timberlake
  2:12
time 5:9, 7:2
  7:12, 11:11
  11:13, 12:25
  13:7, 13:9
  15:11, 15:23
  16:7, 17:3
  17:15, 18:3
told 4:12, 8:7
  13:3, 16:9
touched 10:23
transcribed 2:2
transcript 5:1

19:24, 20:2
  21:10
true 16:22, 21:9
turned 7:21
  8:18
turning 7:22
tussling 9:5
type 5:1, 5:8
  14:17

**U**

Ubers 7:11
uh-huh 5:12
  5:13, 6:7, 19:25
understand
  4:15, 6:2
unit 8:10, 8:11
  12:1
UNITED 1:1

**V**

Valois 2:14, 3:5
  4:12, 17:13
  17:25, 18:3
  18:6, 18:7
  19:13, 19:16
  20:15
vehicle 19:2
  19:4
video 19:19
videos 19:8
Virginia 1:1
  1:12, 2:6, 2:9
  2:13, 2:17, 21:1
  21:5, 21:17
  21:23
voice 4:22, 4:24

**W**

WADDELL
  2:16
wait 5:4, 5:6
  19:18

waive 20:4
  20:10
waived 20:22
walk 9:14
want 8:22
  12:12, 12:19
  16:23, 19:18
washed 7:15
way 5:7, 11:24
  12:9, 14:17
weigh 15:1
well-controlled
  12:21
went 14:7, 14:7
WESTERN 1:1
white 18:20
  18:21
wish 13:19
wit 21:1
WITNESS 3:2
  19:14, 19:25
  20:12, 20:20
work 15:9
  15:10, 15:10
worked 14:6
  14:16, 15:3
world 7:25, 9:10
worried 6:8
  17:9
worry 5:15

**Y**

y'all 15:13
yeah 6:4, 9:22
  10:3, 10:3, 10:5
  11:13, 12:16
  13:8, 14:2
  15:15, 16:2
  16:13, 17:3
  18:5, 19:3
  19:20, 20:16
young 15:20

**1**

10:48 1:11, 2:7
  4:1
1010 5:24
11:07 1:11
  20:21
12th 7:17
1503 6:17
17 3:5

**2**

2020 4:14, 6:13
  6:16
2024 1:10, 2:7
  4:1, 21:18
2025 21:6
24153 2:17
24502 2:13
25 1:10, 2:7, 4:1
28th 4:14, 6:12

**3**

30 21:6
359658 21:6

**4**

4 3:4
415 2:16
434.845.4529
  2:13

**5**

540.387.2320
  2:17

**6**

6:23cv00054 1:5

**EXHIBIT 4**

Page 26

| 7 | | | | |
|---|---|---|---|---|
| **7601** 2:12 | | | | |
| **8** | | | | |
| **8th** 21:17 | | | | |
| **9** | | | | |
| **900** 2:8 | | | | |