Exhibit 5

Officer Tereika Grooms Body Cam to be provided via USPS

{00563917.DOCX }