**EXHIBIT 6**

```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF VIRGINIA
                     LYNCHBURG DIVISION
      ****************************************************
SHANTA LYNETTE BROWN, et al.,

      Plaintiffs,

v.                                    Case No. 6:23cv00054

THE CITY OF LYNCHBURG, et al.,

      Defendants.

      ****************************************************

                DEPOSITION OF SHANTA BROWN

                    October 25, 2024

                 9:36 a.m. - 11:16 a.m.

                   Lynchburg, Virginia
```

REPORTED BY:  Kimberly A. Henderson, RPR

```
 1        Deposition of SHANTA BROWN, taken and
 2   transcribed on behalf of the Defendants, pursuant
 3   to notice and/or agreement to take depositions; by
 4   and before Kimberly A. Henderson, a Registered
 5   Professional Reporter and Notary Public in and for
 6   the Commonwealth of Virginia at Large; commencing
 7   at 9:36 a.m., October 25, 2024, at the offices of
 8   the Lynchburg City Attorney, 900 Church Street,
 9   Lynchburg, Virginia.
10   APPEARANCES OF COUNSEL:
11
12        JAMES RIVER LEGAL ASSOCIATES
          7601 Timberlake Road
13        Lynchburg, Virginia  24502
          434.845.4529
14        kthomas@vbclegal.com
     BY:  PAUL VALOIS, ESQUIRE
15             Counsel for the Plaintiffs
16        GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
          415 S. College Avenue
17        Salem, Virginia  24153
          540.387.2320
18        jimg@guynnwaddell.com
          john@guynnwaddell.com
19   BY:  JIM H. GUYNN, JR., ESQUIRE
          JOHN R. FITZGERALD, ESQUIRE
20             Counsel for the Defendants
21
22
23
24
25
```

**EXHIBIT 6**

```
 1              I N D E X

 2  WITNESS                                    PAGE

 3  SHANTA LYNETTE BROWN

 4       Examination by Mr. Guynn              4

 5       Examination by Mr. Valois             41

 6       Examination by Mr. Guynn              45

 7       Examination by Mr. Valois             47

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 6**

```
 1  (9:36 a.m., October 25, 2024)

 2

 3                 SHANTA LYNETTE BROWN

 4           was sworn and testified as follows:

 5                E X A M I N A T I O N

 6  BY MR. GUYNN:

 7           Q.   Good morning, Ms. Brown.

 8           A.   Good morning, sir.

 9           Q.   My name is Jim Guynn, and as I'm sure

10  Mr. Valois has told you, I represent the defendants

11  in the lawsuit you brought.

12           A.   Yes.

13           Q.   And I'm going to be asking some

14  questions this morning, and a couple of things that

15  we can do.  Our court reporter is going to prepare

16  a transcript of your testimony, not today, I mean,

17  you know, it takes her a while to do it.

18           A.   Got you.

19           Q.   But some of the things, when she goes

20  back and does it, that will help her, two in

21  particular that I always try to stress.  One is

22  let's try not to talk over each other.

23           A.   Okay.

24           Q.   I will wait until you finish your

25  answer, and you wait until I finish my question,
```

```
 1  and that's going to help her.
 2              A.   Okay.
 3              Q.   And the second thing is try not to
 4  use uh-huh or huh-uh in your answers.
 5              A.   Yes.
 6              Q.   Because she can't spell that.
 7              A.   Okay.
 8              Q.   All right.  So we don't know what we
 9  get, you know, at the end.  And if you do, I might
10  kind of look at you and prompt you a little bit to,
11  you know, go ahead and say yes or no.
12              A.   Yes.
13              Q.   Okay.  You doing all right today?
14              A.   I am, thanks for asking.
15              Q.   Have you been deposed before?
16              A.   What's that mean?
17              Q.   What we're doing today?
18              A.   No.
19              Q.   Okay.  As I'm sure Mr. Valois has
20  told you, I'm going to ask you some questions.  If
21  you don't understand my question, just tell me you
22  don't understand it.
23              A.   Yes.
24              Q.   And you won't be the first, trust me.
25              A.   Okay.
```

```
1          Q.   If you don't hear it -- more likely
2    you'll hear it, but nonetheless, if you don't hear
3    it, ask me to repeat it.  I'll be glad to do that.
4          A.   Okay.
5          Q.   So what I want to make sure of is
6    when we're finished, that you have understood all
7    my questions and heard all my questions, and that
8    your answers reflect that.
9          A.   Okay.
10         Q.   All right.  Where do you live,
11   Ms. Brown?
12         A.   I live in Lynchburg.
13         Q.   What's your address?
14         A.   1445 Ashbourne Drive, Lynchburg,
15   Virginia 24501.
16         Q.   How long have you lived there?
17         A.   I just moved there in December of
18   2023.
19         Q.   Where did you live before that?
20         A.   1503 Kemper Street, Apartment 103,
21   Lynchburg, Virginia 24501.
22         Q.   And I think that's, that was where
23   you were living on April 28th, 2020?
24         A.   Yes, sir.
25         Q.   Okay.  And April 28th, 2020, can we
```

```
 1  agree that's the date of the incident that's given
 2  rise to this lawsuit?
 3            A.    Yes, sir.
 4            Q.    Are you currently employed?
 5            A.    I am.
 6            Q.    Okay.  Where do you work?
 7            A.    Food Lion Memorial Avenue.
 8            Q.    How long have you worked at Food
 9  Lion?
10            A.    About four-and-a-half years.
11            Q.    Where were you working on April 28th,
12  2020?
13            A.    Buckingham Correctional Center.
14            Q.    Is Buckingham Correctional Center a
15  Department of Corrections facility?
16            A.    Yes.
17            Q.    State facility?
18            A.    Yes.
19            Q.    What was your job at Buckingham?
20            A.    I was a corrections officer.
21            Q.    How long had you been a corrections
22  officer?
23            A.    At that time, what year?
24            Q.    2020?
25            A.    Yeah, 2020.  I think I started
```

```
 1   September 2017.
 2            Q.   And were you, did you work the floor
 3   at the correctional center?
 4            A.   Yes.
 5            Q.   Okay.  Making rounds and doing that
 6   sort of thing?
 7            A.   Yes.
 8            Q.   What training did you go through to
 9   become a correctional officer?
10            A.   What do they call it?  We went
11   through like physical training.  We had to, you
12   know, touch, throw each other around to be able to
13   deal with the inmates at the prison.  I don't know
14   exactly what the name of it, or the place that we
15   went to, but I know --
16            Q.   Let me see if I can help you a little
17   bit with that?
18            A.   Okay.
19            Q.   Were you, was it a criminal justice
20   academy?
21            A.   Yes.
22            Q.   Do you know if it was state run or if
23   it was run by localities?
24            A.   I don't know.
25            Q.   And it was to get you certified as a
```

**EXHIBIT 6**

```
 1  correctional officer?
 2          A.   Yes.
 3          Q.   And did it include lectures and
 4  training on things like policies and
 5  constitutionality and things like that?
 6          A.   Yes.
 7          Q.   And then you were talking about
 8  throwing people around and that sort of thing.
 9               Is that, did they call that defensive
10  tactics?
11          A.   Defensive tactics, yes.
12          Q.   Okay.  And how long was your whole
13  program to be certified?
14          A.   I think it was six weeks.
15          Q.   And then you were certified and
16  assigned to work at Buckingham?
17          A.   Yes.
18          Q.   Did your shifts at Buckingham rotate?
19          A.   Yes.
20          Q.   So what, on a regular day, what were
21  your job duties as a correctional officer?
22          A.   Sometimes I would stand in the
23  hallway, so when the inmates come out of the units
24  that we would have to make sure that they're not
25  passing off, you know, merchandise to each other.
```

```
 1  Going -- make sure they're going where they're

 2  supposed to go to.

 3              So then if I'm not doing that, I'm

 4  watching the -- in the -- in the, what you call it?

 5  Dorms.  Like we're in there, and we're making sure

 6  they're not fighting or passing drugs and stuff

 7  like that.

 8          Q.   You said you were trained in

 9  defensive tactics?

10          A.   Yes.

11          Q.   Did you ever have to use that

12  training?

13          A.   No.

14          Q.   Okay.  Never had to wrestle with

15  anybody?

16          A.   No.

17          Q.   Never went hands-on with an inmate?

18          A.   No.

19          Q.   Are you from the Lynchburg area

20  originally?

21          A.   Yes.

22          Q.   Okay.  Do you have family that lives

23  in Lynchburg?

24          A.   Yes.

25          Q.   Mr. Valois probably told you, but
```

**EXHIBIT 6**

```
 1  we'll be picking a jury in this case, and so I'm

 2  hoping to get a little bit of a rundown, to be

 3  honest with you, so that I don't get your cousin on

 4  the jury.

 5             MR. VALOIS:  Good luck.

 6             MR. GUYNN:  Or closer or whatever.

 7             MR. VALOIS:  Shanta knows everybody

 8  in this town.

 9             MR. GUYNN:  I get that.  I understand

10  that.

11  BY MR. GUYNN:

12        Q.   So are you married?

13        A.   I am.

14        Q.   Okay.  And what's your husband's

15  name?

16        A.   Marcello Sandidge.

17        Q.   Where does he work?

18        A.   Bentley Commons.

19        Q.   What does --

20        A.   He's a chef.

21        Q.   Okay.  And you have children?

22        A.   I do.

23        Q.   Mr. Pannell is one of your children?

24        A.   Yes, sir.

25        Q.   And Ms. Sandidge is one of your
```

```
 1  children?
 2              A.   Yes.
 3              Q.   Do you have other children?
 4              A.   Yes.
 5              Q.   Okay.  What are their names?
 6              A.   Jarvis Brown.
 7              Q.   Does he live in Lynchburg?
 8              A.   No, sir.
 9              Q.   Surrounding area?
10              A.   Yes.
11              Q.   Where does he work?
12              A.   It's a tree company.
13              Q.   And again, I'm not, I'm really not
14  being nosy, but when we get a jury list, the
15  person's name and where they work comes up, so
16  that's how I'll be able to know.
17              A.   Got you.
18              Q.   Do you have grandchildren?
19              A.   Yes.
20              Q.   That always gets a smile.
21                   How many grandchildren do you have?
22              A.   I have 12.
23              Q.   What are their ages?
24              A.   Oh, my God.  I couldn't tell you.
25              Q.   Are they in school?
```

**EXHIBIT 6**

```
 1            A.   Yes, they are.

 2            Q.   What schools do they go to?

 3            A.   Well, I have one that lives in

 4   Germany.  His mom is in the military.  And then

 5   the -- two of them go to Lyn-CAG Head Start, and

 6   then the other ones, I don't know where they go to

 7   school at.

 8            Q.   Okay.  But they live generally in

 9   Lynchburg, Campbell County area?

10            A.   Yes.

11            Q.   What are their last names?

12            A.   They're all different.  Jaden's last

13   name is Brown.  Chana's is Pannell, J.J. is Brown,

14   Kiari is Sandidge, Nazari is Bush, Theory is Bush,

15   and so on.  I said I had 12 grandchildren.

16            Q.   You did.

17            A.   I didn't know all of the last names,

18   but more than likely I will say they've taken after

19   the father's last names.

20            Q.   Okay.

21            A.   So if it ain't a Brown, it's a

22   Pannell.

23            Q.   Are your parents still alive?

24            A.   Yes.

25            Q.   Do they live in the area?
```

```
 1              A.    My mom does.   My dad does not.
 2              Q.    What was your -- what was her last
 3   name?
 4              A.    Brandon.
 5              Q.    So we said earlier that April 28th,
 6   2020, is the date of this incident, and it appears
 7   from the records I've looked at that it happened in
 8   the evening.
 9                    Do you recall that?
10              A.    It was dark outside, so, yeah.   In
11   the evening, yeah.
12              Q.    So it happened after dark?
13              A.    Yeah.
14              Q.    So just kind of walk me through what
15   you saw, what drew your attention to the front, I
16   assume, it was to the front of your apartment?
17              A.    Right.  So I lived on the bottom
18   floor, so I have a front view of the outside.
19   Well, then I was cooking dinner.  I had finished.
20   It was me, my husband, and my daughter in the
21   house, and we was getting ready, we had plated our
22   food and was ready to eat.
23                    And we saw the flashing lights
24   through the blinds of the apartment, and I -- my
25   daughter went to the window, and she was like,
```

1  "Well, somebody got pulled over."

2              I said, "I don't care, as long as it

3  ain't one of my children."

4          Q.   Okay.

5          A.   So I got to the window, and I stood

6  there for a minute with the blinds open, you know,

7  being nosy.  And as the window came down on the

8  vehicle, I saw that it was my child.

9          Q.   Mr. Pannell?

10          A.   Mr. Pannell, Terron Pannell, and I

11  instantly grabbed my keys to go outside.  I grabbed

12  my keys, because we get locked out if we

13  don't -- you had to have a key at that time to get

14  back in, so I had to get my keys so I can get back

15  in.  And when I got outside, it was said, they said

16  it was just a traffic stop and that he didn't have

17  his driver's license.

18              But they had started asking questions

19  to search his vehicle, and he declined that.  So

20  Officer Grooms was on scene talking to me at that

21  time, but Officer Miller had asked her to go around

22  to see if she could get him to allow them to

23  search.  But if it was a traffic stop, we were

24  trying to figure out why he needed to search.

25              He allowed them to know that the

```
 1  vehicle wasn't his, for one, the reason why you
 2  couldn't search it.  I wouldn't -- he wouldn't know
 3  what was up in there, and if something was there,
 4  of course, he's going to get charged with it.
 5  Well, from there, we were standing on the side and
 6  on the sidewalk.
 7          Q.   Now, when you say "we," had somebody
 8  else joined you?
 9          A.   Yes.  My daughter came out with me.
10          Q.   Ms. Sandidge?
11          A.   Yes, Aquasha.
12          Q.   Aquasha?
13          A.   Yeah.  So at that point, we were
14  videoing just to help ourselves.  Of course, you
15  know, with the -- with police situations and people
16  getting shot and dying and all this, we wanted to
17  be just secure.  So she was recording, and I was
18  standing there.
19               And as they deny -- as he denied the
20  fact, you know, at this point, he's
21  saying -- oh, wait.  Mr. Miller, Officer Miller had
22  then called another -- he called the K9 unit.  We
23  were wondering what that was about.
24               Well, he called the K9 unit, which
25  Officer Reed came on scene and wanted him to exit
```

**EXHIBIT 6**

```
 1   the vehicle.  Well, talking to me, he's like,
 2   "Well, Ma, you know, now I fear for my life."  I'm
 3   like -- going on the internet, I was looking,
 4   excuse me, you know, but I was looking on the
 5   internet for a situation for my oldest son is where
 6   I told him, wind the windows up.  You're supposed
 7   to wind the windows up.
 8              If you ask for a supervisor, ask for
 9   the supervisor, tell them you don't want to -- you
10   want a supervisor, and they're supposed to get a
11   supervisor for you.  And you're supposed to lock
12   your doors and wind your windows up.  So he didn't
13   wind windows up but he told them that he feared for
14   his life.
15              And the man told him to get out.  He
16   refused to get out, Officer Reed, and they ended up
17   pulling him out of the vehicle.  The man opened the
18   door and pulled him out the vehicle.  Well, as a
19   mother, you know, and not only that, I'm a mother
20   of the law, and then I'm like, you can't do this.
21              So he, as he pulled him out, of
22   course, I'm just like, "You can't do this to my
23   son.  Why are you doing this?"  A lot took place
24   that night and I was just in a black -- you know,
25   having a child takes a lot and to have -- to watch
```

**EXHIBIT 6**

Page 18

```
 1  them be like taken over, or feel like you have
 2  no right, you feel like you have no right, you
 3  know, was just absurd.
 4               It was very emotional, you know, that
 5  night to watch that, and then to be handcuffed
 6  myself and thrown to the ground.  My daughter, she
 7  was pregnant at that time with her oldest child,
 8  also be thrown to the ground and handcuffed and
 9  then taken and lied on down to the magistrate's
10  office.
11               Because when we got down there, the
12  officers, of course, said that we assaulted them
13  too, and that definitely didn't happen.  So but we
14  had to go along with the situation, and then to be
15  appointed a lawyer that didn't want to do his job,
16  to tell you to -- well, they're offering you this
17  and --
18               MR. VALOIS:  Objection.  For the
19  record, can we name that lawyer, please?
20               MR. GUYNN:  I'm going to.
21               MR. VALOIS:  Okay.
22  BY MR. GUYNN:
23        Q.   So you weren't happy with Mr. Valois?
24  I'm just kidding.
25               MR. VALOIS:  Thanks a lot.
```

**EXHIBIT 6**

```
 1  BY MR. GUYNN:
 2          Q.   I'm just kidding.
 3               I understood you were talking about a
 4  court-appointed attorney and not Mr. Valois?
 5          A.   Yes.  The court-appointed attorney
 6  called and sent emails.  To this day I still have
 7  his emails telling me that the prosecuting attorney
 8  wanted to give me a year and six months and take
 9  away one of the obstruction charges, but I can get
10  a second opinion.
11               So at that moment I'm like, I don't
12  even need your permission to get a second opinion.
13  You just saying that I assaulted these officers,
14  and that's definitely not what happened.  So it was
15  by God's grace and his mercy that -- I'm sorry.
16          Q.   It's okay.
17          A.   It's very emotional.  That we came
18  upon Paul.  I heard, have heard so many situations
19  where, you know, the officers or the police that
20  pull people over and, you know, give them assault
21  charges when it didn't even happen.
22               But again, I thank God that I was
23  able to pull from my bag what I needed to pull to
24  be able to get somebody that was actually on my
25  side.  Now, granted, the court-appointed lawyer
```

```
 1  that I was appointed, I tried to believe in him and
 2  knew that he was going to be that person to do his
 3  job as a lawyer, period, and see me through this.
 4             But that definitely didn't happen.
 5  Because every day, you know, that -- when going
 6  down to the magistrate's office and my daughter
 7  ended up in jail for seven days, that really broke
 8  my heart.  So the seven days, I had to pay to get
 9  her out, hoping that she could get out on her own,
10  but because of the assault, I'm sure she couldn't.
11  So we didn't even do that.
12             But we ended up paying to get her
13  out, and then to have him have me get a second
14  opinion on getting another lawyer, because I guess
15  he didn't want to fight the case.  I really will
16  never know, but he'll definitely never be
17  recommended to anybody.
18        Q.   Let me back up a little bit to the
19  beginning.
20             When you went outside, you said
21  something about having seen something on the
22  internet about rolling your windows up?
23        A.   Yes.  So --
24        Q.   Can you tell me more about that, what
25  you saw, who it was, or whatever?
```

```
 1            A.   Yes.  So my oldest son had gotten in
 2   the mix with someone else, a different situation,
 3   and he had gotten pulled over by the police.  And
 4   so at this moment he has a, you know, a felony
 5   charge.
 6                 And he asked me if, you know, they
 7   can do that, can -- because you have a felony
 8   charge, can the police, when they pull you over,
 9   tell you to get out because you are felon, a
10   convicted felon or whatnot.  I said, "Son, I don't
11   know."  So I'm going through the internet trying to
12   find his answer.
13                 As far as that situation went, he got
14   pulled over.  They told him to get out because, you
15   know, he was a convicted felon, so that they can
16   search his vehicle or whatever.  He complied.  I
17   wasn't there, of course, but he complied.  And I
18   guess they -- he went on.  I'm not sure if he got a
19   ticket or anything, but moving on.
20                 I was on the internet, and I was
21   looking the stuff up so in case it happened again.
22   And it was saying to -- if an officer asks you to
23   do something, and you refuse to ask for a
24   supervisor, you want to speak to their supervisor.
25   You're supposed to wind the window up and lock the
```

**EXHIBIT 6**

Page 22

```
 1  doors.
 2              Q.   And you don't -- do you know who it
 3  was that gave that advice?
 4              A.   Google.
 5              Q.   Mr. Google?
 6              A.   Google gave it, yeah.  You punch
 7  things in on Google, and Google will tell you some
 8  stuff, you know.  So I Googled some information,
 9  can police, or can, you know, Virginia police do
10  this to you, whatever, whatever.  So I Googled what
11  it was that I asked, and, you know, stuff come up.
12              Q.   And in particular, something came up
13  that said you can roll up the window and ask for a
14  supervisor?
15              A.   Yes.
16              Q.   And do you remember what website that
17  was that it took you to --
18              A.   I do not.
19              Q.   -- or was there a YouTube video?
20              A.   There was no YouTube videos, no.
21  It's just me punching in a question on Google.
22              Q.   Had your correctional officer
23  training included anything about people in cars or
24  anything like that?
25              A.   No.
```

**EXHIBIT 6**

```
 1              Q.    And then, so you said your son didn't

 2   roll up his windows?

 3              A.    No.

 4              Q.    And he was asked to get out of the

 5   car, told to get out of the car?

 6              A.    Yes.

 7              Q.    And didn't?

 8              A.    No.

 9              Q.    And he was saying that he was fearing

10   for his life?

11              A.    Yes.

12              Q.    Up until that point, had you seen

13   anything that would give him a reason to fear for

14   his life?  Was there a weapon drawn or anything

15   like that?

16              A.    I think the aggressiveness of the

17   officer.

18              Q.    When you say "officer," which

19   officer?

20              A.    Officer Reed.

21              Q.    Okay.

22              A.    So the aggressiveness that he came

23   with is more likely why he said he feared for his

24   life.

25              Q.    Okay.  And when you were in your
```

 1  correctional officer training, did they teach you

 2  about probable cause?

 3          A.   Probable cause.  Give me an example.

 4          Q.   Well, in order to arrest somebody,

 5  you got to have probable cause to believe they

 6  committed a crime?

 7          A.   Of course.  Because you have some

 8  inmates that, of course, they'll lie or do things

 9  they're not supposed to do.  And I actually was put

10  in a situation like that; so, but, yeah, of course.

11          Q.   And did you hear any conversation

12  among the officers regarding probable cause for

13  having -- you know, wanted to search the car or

14  asking him to get out of the car?

15          A.   No.

16          Q.   Now, had your son had some problems

17  with the law before?

18          A.   Not too much that I can recall.  He

19  ain't the perfect child, but he ain't a problem

20  child, if that makes sense.

21          Q.   Had he had some, I'm trying to

22  remember exactly, arrests and convictions, maybe,

23  for marijuana possession?

24          A.   Yeah.  Yeah.

25          Q.   And, in fact, wasn't he holding that

```
 1  night?
 2            A.    I don't know.
 3            Q.    Don't know?
 4            A.    No, I don't know.
 5            Q.    Were you there when they inventoried
 6  the contents of the car?
 7            A.    No.  I was, at that moment, I think I
 8  was being arrested and put in the car to take
 9  downtown.
10            Q.    Do you know whose car it was?
11            A.    I do not.
12            Q.    Did you happen to notice, when you
13  came out, whether the car had a front license plate
14  on it?
15            A.    I don't remember, but I think that's
16  what they was saying.  It didn't have one of the
17  licenses, didn't have front license.  And they said
18  in the state of Virginia, you do have to have a
19  front license tag on your vehicle.  But it's so
20  funny, because after the incident, I took my
21  license plate off of my car, and I drove it for a
22  whole year, and no one ever stopped me.
23            Q.    The front one?
24            A.    Yes.
25            Q.    Are you generally a safe driver?
```

```
 1              A.   Yes.
 2              Q.   Stop for stop signs and red lights
 3  and all that?
 4              A.   Yes.  Was at a plus five with the
 5  DMV.  My mom said I drive too slow.  As long as I
 6  get there on time, I'm okay.
 7                   MR. VALOIS:  So does all the rest of
 8  Lynchburg.
 9  BY MR. GUYNN:
10              Q.   You said you kind of blacked out a
11  little bit as this was going on?
12              A.   Yes.
13              Q.   Have you had the opportunity, since
14  it happened, to look at the video from the
15  officers' body cams?
16              A.   I did in court, but it's so
17  terrifying.  Like, I'm -- still brings me to tears
18  because of the situation, and how it took place, or
19  how it happened.  And then the way the scene was,
20  it was like somebody had done died.  You know,
21  they -- it was so many police there for the
22  situation.  Like it was so crazy.
23                   So looking at the video and stuff,
24  it's -- my anxiety is so bad because of this.  I
25  can't even really look at the video.  I don't like
```

**EXHIBIT 6**

Page 27

```
 1   looking at the video.  But sitting in court,
 2   because it had to be played, yeah, I looked at
 3   certain parts of it.  But for the most part, no.
 4           Q.   Well, and I'm -- my curiosity is
 5   because you indicated in your testimony that you
 6   sort of blacked out?
 7           A.   Yeah.
 8           Q.   Did the video sort of remind you of
 9   what you did?
10           A.   Yes.
11           Q.   Okay.  So based on that, do you
12   recall going over to where the officers were, I
13   guess they were -- were they handcuffing your son
14   at that point?
15           A.   They were actually just kneeled down
16   on him.  He was already handcuffed.
17           Q.   Okay.
18           A.   Because he was handcuffed when he was
19   standing up, and they searched him, and then they
20   turned around and threw him on the ground, and then
21   they kneeled on him.
22           Q.   Were you able to see whether or not
23   he complied with their direction with regard to
24   searching him?
25           A.   On the video it showed that they
```

1  searched him on one of the -- I think he was

2  standing against one of the units, the vehicles,

3  and they searched him then.  But again, he was

4  handcuffed then.

5          Q.   Did the video show them removing him

6  from the car?

7          A.   Yeah, putting him on the ground?  I

8  think so.

9          Q.   So they opened the door, obviously,

10  because they --

11          A.   His, the car that he was in?

12          Q.   Yeah?

13          A.   Yes.

14          Q.   They opened the door of the car he

15  was in?

16          A.   Yes, Officer Reed.

17          Q.   Yeah.  And did he reach in and grab

18  him?

19          A.   I would suppose, yes.

20          Q.   Do you recall that from the video?

21          A.   Yes.  And the door opened, and they

22  come out, and when they came out, they were all on

23  the ground.

24          Q.   They handcuffed him on the ground?

25          A.   Yes.

```
 1              Q.   And then picked him back up?
 2              A.   Yes.  And then put him back down.
 3              Q.   Was he -- was he in the process of
 4  being searched when they put him back on the
 5  ground?
 6              A.   No, not that I can recall.  He was
 7  standing up in the -- once they took him out of the
 8  vehicle and put him on the ground, they handcuffed
 9  him, picked him up, stood him by the unit, searched
10  him then, and then put him back on the ground.
11              Q.   Did you have occasion, when you were
12  working at Buckingham, to have to search inmates?
13              A.   No.
14              Q.   Were you taught how to do it in your
15  correctional school?
16              A.   Yes.
17              Q.   And you have to search arms, legs,
18  not -- I mean, obviously, there are private areas,
19  but you try and search without getting to?
20              A.   They teach you how to do it, yeah.
21              Q.   Yeah.  It's uncomfortable for me too,
22  but I think we're on the same page?
23              A.   Yes.
24              Q.   That there are a lot of different
25  places where people try to hide things.
```

1            Do you recall, in the video, telling

2    your son, or telling the officers that they can't

3    remove him from the car?  Does that sound familiar?

4            A.   I do not recall.

5            Q.   Do you have a belief that the

6    officers don't have the right to ask someone to get

7    out of their car when they stop them?

8            A.   I'm going to go back to Google.  Now,

9    on Google, it'll say if they ask you to, just

10    comply and then you can fix it later, you know, if

11    you have to go to court or whatever.

12            Q.   Have you discussed with your son,

13    since this incident, what went on?

14            A.   No.  We don't talk about the

15    incident.

16            Q.   Do you see him on a regular basis?

17    Does he live with you?

18            A.   No, he doesn't live with me.

19            Q.   Okay.  How often do you see him?

20            A.   When he calls.

21            Q.   Which is how often?

22            A.   Every day.

23            Q.   Okay.

24            A.   They check on me every day, make sure

25    I'm okay.

1          Q.   And when you say you see him, is that

2   FaceTiming on your phone?

3          A.   Yes.

4          Q.   You mentioned that you had anxiety

5   since this?

6          A.   Yes.

7          Q.   Okay.

8          A.   Bad anxiety.  I ended up having to go

9   see my doctor, and she prescribed me some

10  medication.  I don't know the name of the

11  medication, but I can probably, you know, get it to

12  you later.

13         Q.   Who is your doctor?

14         A.   Dr. Kozak, Brenda Kozak, in Madison

15  Heights at the Johnson Health Center.

16         Q.   Okay.  K-o-z-a-k, Kozak?

17         A.   Yes.

18         Q.   And she's your regular family

19  physician?

20         A.   Yes.

21         Q.   And you went to see her after this

22  because of the anxiety?

23         A.   It was so bad I was -- it was so bad

24  I was calling the lawyer and telling him about it,

25  and yes, I had to go see her.

```
 1              Q.   Did you have any physical injuries as
 2   a result of the arrest?
 3              A.   Yeah.  I was scratched up on my legs,
 4   yes.
 5              Q.   Did you have to seek medical
 6   treatment for that?
 7              A.   No.
 8              Q.   Maybe over the counter or whatever,
 9   salve or something?
10              A.   Yeah.  A little ibuprofen, some cream
11   and stuff so that it wouldn't be so bad, the marks.
12              Q.   Now, you said at the time you were
13   working at Buckingham Correctional Center, and now
14   you're working at Food Lion.
15              Why did you make that change?
16              A.   Okay.  So while working at
17   Buckingham, I decided I wanted to get a part time,
18   so I started Buckingham in September 2017, and then
19   '19 I started at Food Lion.  So it was just me
20   wanting to do some other stuff.
21              Q.   This incident didn't have anything to
22   do with that?
23              A.   No.  Actually, I was glad I was, you
24   know, still working, because -- well, losing the
25   job at Buckingham, I was suspended first before I
```

```
 1   actually lost my job.  The night of the incident, I
 2   had to report back to Buckingham to allow them to
 3   know that I wouldn't be in the next day, or
 4   whenever, because I got arrested.
 5               So I know when you get arrested you
 6   got to report so that whatever you got to go
 7   through, you know.  So, but I was suspended until a
 8   report came through from the Lynchburg Police
 9   Department to my job with false accusations about
10   the incident.  And then my job took a turn for the
11   worse.  I was terminated.
12          Q.   Well, a minute ago I asked you if it
13   had -- if your change in jobs had anything to do
14   with this incident, and you said no?
15          A.   Well, I thought you mean having a
16   second job.
17          Q.   Okay.
18          A.   You know, with the Buckingham job,
19   because of me leaving here.  I was already working
20   there.
21          Q.   But if I understand correctly, then,
22   what you're telling me is that because of the
23   reports of this incident that went from the
24   Lynchburg police to the Buckingham folks, the
25   administration at Buckingham Correctional, they
```

1  terminated your employment?

2         A.   With the Buckingham, yes.

3         Q.   Did you file a grievance?

4         A.   I did not file a grievance.  I wanted

5  to see the situation through, because I -- of

6  course I thought I was going to be all right with

7  the lawyer that I had at that time.  But no, I

8  didn't file a grievance.  So I just let this

9  situation go on through, you know.

10        Q.   Did your hours increase in Food Lion

11 after you left?

12        A.   No.  They were still the same, so

13 that was a struggle.

14        Q.   Have you found another job since then

15 to make up for the difference?

16        A.   I had been trying to find a job

17 before.  After the situation, I was trying to find

18 a job, and it was still with the state, but because

19 it was still showing on my record that I assaulted

20 a police officer, they wasn't giving me no job.

21             So I had to wait until all that

22 cleared off for me to get my interview through

23 where I was getting it, and I still didn't get that

24 job.  But -- and that was probation and parole.  So

25 I became full time at Food Lion just this year

```
 1   after Mother's Day.
 2              Q.   Okay.  So you are now full time?
 3              A.   Yes, at Food Lion.
 4              Q.   And your record for this has been
 5   expunged?
 6              A.   Yes.
 7              Q.   So I would assume going forward, it's
 8   not going to be an issue for you from an employment
 9   standpoint?
10              A.   Well, if they ask about the
11   expungement, because, you know, some -- a lot of
12   jobs that you go on, especially dealing with the
13   state, they still have a question.  And I don't lie
14   to them, you know.  Even though it's expunged, I
15   don't go in there and say, well, this is expunged,
16   you shouldn't be asking me this.  But they're still
17   going to ask, and I still feel obligated to tell
18   them.
19              Q.   I didn't realize that in a background
20   check or whatever that an expungement shows up?
21              A.   Yeah.
22              MR. VALOIS:  For certain purposes.
23   BY MR. GUYNN:
24              Q.   Ms. Brown, prior to the incident
25   here, on April 28th of 2020, did you know any of
```

```
 1  these police officers?
 2            A.    No.
 3            Q.    Never had any contact with them, to
 4  your knowledge?
 5            A.    No.
 6            Q.    Had no reason to believe they had
 7  anything personally against you --
 8            A.    No.
 9            Q.    -- before this?
10            Have you -- since the court
11  appearance and whatever, have you run into any of
12  them?
13            A.    Yes.
14            Q.    Okay.  Who have you run into?
15            A.    The detective.
16            Q.    Okay.  That would be Detective
17  Miller?
18            A.    Detective Miller, yes.
19            Q.    Okay.
20            A.    I'll just see him.  I don't even
21  know, I don't even think he knows who I am.
22            Q.    So you haven't talked to him or had
23  any interaction?
24            A.    No, no communication, no talk, no.
25  And that's only because he goes into the 7-Eleven
```

```
 1  store on Memorial Avenue here in Lynchburg.  He

 2  goes in there, get coffee and stuff.  I go in there

 3  and get coffee, too.

 4            Q.   Okay.

 5            MR. VALOIS:  Where is there a

 6  7-Eleven on Memorial?

 7            THE WITNESS:  Oh, Fort Avenue.

 8            MR. VALOIS:  Okay.

 9            THE WITNESS:  Fort Avenue, my bad.

10            MR. VALOIS:  That's right.  Sorry, I

11  don't mean to take over the deposition.  I just

12  happen to know there's not a 7-Eleven on Memorial

13  Avenue.

14            MR. GUYNN:  Be right back.

15            MR. VALOIS:  Sure.

16            MR. GUYNN:  Almost finished.

17            (Recess.)

18  BY MR. VALOIS:

19            Q.   Just a couple more questions,

20  Ms. Brown.  You said you saw the lights when y'all

21  were just getting ready to sit down to eat dinner?

22            A.   Yes.

23            Q.   And it was you and your husband and

24  your daughter?

25            A.   Yes.
```

**EXHIBIT 6**

Page 38

```
 1              Q.   Did he ever come out of the apartment
 2    while this was going on?
 3              A.   My husband?
 4              Q.   Yeah?
 5              A.   Yes.
 6              Q.   At what point did he come out?
 7              A.   I think he said he heard me holler.
 8    I don't really know, but I know he said he was
 9    standing at the door, at the front door.  Because
10    remember, I said we had to have a key to go back
11    in.
12              He was standing at the front door,
13    and as Detective Miller was trying to put my
14    daughter down and take her phone from her, they
15    nudged him back into the door, because she was
16    trying to give the phone to her dad, but that's all
17    I got from that.  They pushed him back into the
18    door, and he could see through the glass.
19              Q.   And did your son live with you at the
20    time?
21              A.   Yes.
22              Q.   Okay.  So he was coming home,
23    essentially?
24              A.   Yes.  I would suppose.
25              Q.   Well, I mean, he's coming --
```

```
 1              A.    He got pulled over into the --

 2              Q.    -- when he came to your house -- when

 3  he came to your apartment, I mean, he spends the

 4  night there at that time, so he was coming --

 5              A.    Yes.

 6              Q.    That's how you would have viewed it?

 7              A.    Yes.

 8              Q.    And the video you said your daughter

 9  took?

10              A.    Yes.

11              Q.    Okay.  Where is it?

12              A.    I have it right here, but it's going

13  dead.

14              MR. VALOIS:  You got it right where?

15  BY MR. GUYNN:

16              Q.    I'm sorry, the battery is going dead?

17              A.    Yeah.

18              Q.    Oh, okay.  All right.

19              A.    I have a video.

20              MR. VALOIS:  Is it on a phone?

21              THE WITNESS:  Yeah, it's a pad.

22              MR. VALOIS:  Is it an iPhone or is it

23  a --

24              THE WITNESS:  No, it's just a pad.

25              MR. GUYNN:  Oh --
```

```
 1                    THE WITNESS:  It's not even an iPad.
 2   It's like one of the little --
 3                    MR. VALOIS:  Tablet thing?
 4                    THE WITNESS:  Yeah, a tablet.
 5   BY MR. GUYNN:
 6           Q.   Yeah, but that, but it still exists?
 7           A.   Yes.
 8                    MR. VALOIS:  Does it work?
 9   BY MR. GUYNN:
10           Q.   You just charge the battery up?
11           A.   Yeah.
12           Q.   Okay.
13                    MR. VALOIS:  Well --
14   BY MR. GUYNN:
15           Q.   So that's something you can give to
16   Mr. Valois?
17           A.   Yeah.
18                    MR. VALOIS:  I'll get it to you as
19   soon as we get it.
20                    MR. GUYNN:  Okay.  Also, the husband,
21   what's the husband's name?
22                    THE WITNESS:  Marcello Sandidge.
23                    MR. VALOIS:  Was he on our -- I don't
24   know if he's on our Rule 26 disclosures or not, but
25   if he isn't, I'll put him.
```

**EXHIBIT 6**

```
 1                    MR. GUYNN:  I'm trying to remember.
 2                    MR. VALOIS:  I'll add him.
 3                    MR. GUYNN:  I don't, yeah --
 4                    MR. VALOIS:  From what she said, I'll
 5   add him too.
 6                    MR. GUYNN:  Well, we probably ought
 7   to find out what he knows.
 8                    MR. VALOIS:  Yeah.
 9                    MR. GUYNN:  What he saw too.
10                    MR. VALOIS:  He was there.  It sounds
11   like he had eyes on the thing.
12                    MR. GUYNN:  Yeah.  All right.
13                    Ms. Brown, that's all the questions I
14   have for you.  I'm not sure if Mr. Valois has
15   questions or --
16                      E X A M I N A T I O N
17   BY MR. VALOIS:
18           Q.   Yeah, I'm going to ask just a couple,
19   Shanta, frankly, just in case you die.
20           A.   Okay.
21           Q.   I hate to be gruesome about it.
22                    MR. GUYNN:  Do you have any plans for
23   that?
24                    THE WITNESS:  Right.
25   BY MR. VALOIS:
```

**EXHIBIT 6**

Page 42

```
 1              Q.   But with that, I'm going to go ahead
 2   and ask you some.
 3              Did you ever lay hands on Zach,
 4   Officer Zachary Miller?
 5              A.   No, sir, I never did.
 6              Q.   You ever touch him?
 7              A.   No.
 8              Q.   You ever threaten him in any way?
 9              A.   No.
10              Q.   How about Seth Reed, did you ever lay
11   hands on Seth Reed?
12              A.   No, sir.
13              Q.   Do you see Seth Reed on the video
14   saying that you did?
15              A.   Yes, sir.
16              Q.   Was that truthful?
17              A.   No, sir.
18              Q.   All right.  Did you
19   have to -- you made bond at the magistrate?
20              A.   Yes.  I didn't have -- the magistrate
21   that I talked to, I don't -- I don't remember his
22   name, but I think he -- he didn't lock me up
23   because I was an officer at that time.
24              And what I told him, when the
25   two -- Officer Reed and Officer Miller went to
```

**EXHIBIT 6**

Page 43

```
 1  tell, you know, their side as I assaulted them,

 2  when they brought me in, he asked me the same

 3  thing, and I told him that they were lying.  I

 4  never touched them.  So he ended up letting me, on

 5  my own recognizance, sign myself out.

 6          Q.   But were you restricted during that

 7  period from traveling and stuff?

 8          A.   Yes.  I was definitely restricted.

 9          Q.   And to clarify, there was a period

10  there before this happened, when this happened, you

11  were working two places?

12          A.   Yes.

13          Q.   You were working for the Department

14  of Corrections at Buckingham; is that right?

15          A.   Yes.

16          Q.   You were also working for Food Lion;

17  is that right?

18          A.   Yes.

19          Q.   And after this happened, you were

20  suspended?

21          A.   Yes.

22          Q.   And then you were later terminated?

23          A.   Yes.

24          Q.   What caused the termination,

25  specifically?
```

```
 1            A.   The letter, the letter that they
 2   sent, the Lynchburg police sent back to -- the
 3   letter that the Lynchburg police sent back to
 4   Buckingham Correctional Center.  They had asked, I
 5   guess, they inquired.  They wanted to know what was
 6   going on.
 7            Q.   Right.  And did that letter, was it
 8   signed by Zachary Miller?  Do you remember?
 9            A.   I don't remember.
10            Q.   Did it contain truthful information
11   or false information?
12            A.   False.
13            MR. VALOIS:  That's all the questions
14   I have.
15            MR. GUYNN:  Doesn't prompt any from
16   me.  You have the right to read and review a
17   transcript of this, of your testimony that the
18   court reporter is going to prepare, or you can
19   waive that right and authorize her to sign your
20   name.  You probably want to consult with your
21   attorney as to which way to go.
22            MR. VALOIS:  Oh, yeah, we'll read,
23   read and sign.
24            MR. GUYNN:  That's good.  Thank you
25   very much.
```

**EXHIBIT 6**

```
 1              (Recess.)
 2              E X A M I N A T I O N
 3   BY MR. GUYNN:
 4         Q.   You're still under oath.
 5              In talking to Aquasha, she mentioned
 6   that she did her video on the phone, and you were
 7   talking about you had it on a tablet.
 8              How did it get from the phone to the
 9   tablet?
10         A.   I think we transferred it.
11         Q.   Okay.  Do you know if you
12   transferred --
13         A.   Because the tablet originally was my
14   brother's, so he was videoing when he came on
15   scene.  I think, I'm not sure if my mom called him
16   or what, because my mom also lives in the area, in
17   the complex too.  So she had seen the lights as
18   well, and she came down.  And I'm going to guess
19   that she called him, because I didn't call him.
20   And so when he came on scene, he brought the tablet
21   and was videoing.
22         Q.   So it has his video on it?
23         A.   Yes.
24         Q.   Does it have Aquasha's video on it?
25         A.   Yes.  We transferred it.
```

**EXHIBIT 6**

Page 46

```
 1            Q.    Okay.
 2                  MR. VALOIS:  It's got two videos on
 3    it?
 4                  THE WITNESS:  Yea.
 5                  MR. VALOIS:  On that tablet you have
 6    there?
 7                  THE WITNESS:  Yeah.
 8                  MR. VALOIS:  All right.  We'll find
 9    them.  Whatever is on there.
10                  THE WITNESS:  They're short.  There's
11    not nothing huge.  It's just a lot of lights.
12    BY MR. GUYNN:
13            Q.    Yeah.  Where were you when your mom
14    came down?  Were you already arrested?
15            A.    I think I was being taken down on the
16    ground, and I couldn't tell you where she was.
17            Q.    Have you talked to her about it?  Do
18    you know what she saw?
19            A.    No, we don't talk about it, because
20    it just --
21            Q.    It upsets everybody?
22            A.    Yeah, we don't talk about this.  I
23    don't want like talking about it, period.
24            Q.    Okay.
25            A.    But she was, she was down there,
```

```
 1  because I could hear her mouth.  I could definitely
 2  hear her mouth.
 3              MR. VALOIS:  What's her name?  Do you
 4  have the Rule 26 still up by chance?
 5              MR. FITZGERALD:  Yeah.  One second.
 6              MR. VALOIS:  What's your mom's name?
 7              THE WITNESS:  Stella Brandon.
 8              MR. VALOIS:  Stella Brandon.
 9              THE WITNESS:  Yes.  And so, you know,
10  when family is in, you know, there, everybody want
11  to know what's going on, why are they being
12  arrested and stuff like that.
13              MR. VALOIS:  Anybody else
14  there -- well, I'm sorry.  I'm taking over.
15  BY MR. GUYNN:
16         Q.   You said your brother also came?
17         A.   Yeah, he came down.
18         Q.   And what's his name?
19         A.   Ernest Brandon.  But I don't even
20  think they told him anything.  Because I'm, you
21  know, I was that adult at that time, so.
22         Q.   Okay.
23                  E X A M I N A T I O N
24  BY MR. VALOIS:
25         Q.   Do they still live there?
```

**EXHIBIT 6**

```
 1          A.   Huh?
 2          Q.   Does Stella live with Ernest?
 3          A.   She -- they don't live together.
 4          Q.   But they live at Kemper Street?
 5          A.   She lived at Kemper Street, and she's
 6  in the process of moving, so she'll not be there in
 7  November.
 8          Q.   Do you have phone numbers for any of
 9  these people?
10          A.   Yeah.
11          Q.   Do you have them on you?
12          A.   Yeah.  So my mom's phone number is
13  (434)818-3 --
14          Q.   Who's that?
15          A.   My mother, Stella.
16          Q.   Okay.  (434)?
17          A.   818.
18          Q.   818?
19          A.   3262.
20          Q.   All right.  And Ernest?
21          A.   My brother's number is (434)439-6869.
22          Q.   Okay.  Besides Stella and Ernest and
23  your husband and Aquasha and your son, was there
24  anybody else out there?  You remember that one
25  other person you told me about, right, at the
```

```
 1  window or something?
 2           A.   Tiffany Huggins.
 3                MR. VALOIS:   I think she, Tiffany's,
 4  I think I disclosed.
 5                MR. GUYNN:   Yes.
 6  BY MR. VALOIS:
 7           Q.   Other than Tiffany, is there anybody
 8  else that you can remember that was there now, as
 9  you've been through it, that we haven't named?
10           A.   No, I don't know.
11           Q.   Okay.
12           A.   Because I wasn't --
13           Q.   All right.
14           A.    I was only upset the fact that I was
15  going to jail.
16           Q.   I understand.  Well, if you think
17  about it, make sure you let me know, because we
18  have to -- if we know it, we got to let them know.
19  We're supposed to tell them about anybody that we
20  remember being there.
21           A.   Okay.
22           Q.   So if it comes to mind or somebody
23  reminds you or something, just make sure you tell
24  me.  Okay?
25           A.    Okay.
```

EXHIBIT 6

```
1                    MR. GUYNN:  Is that it?

2                    MR. VALOIS:  That's it.

3                    MR. GUYNN:  Thank you again,

4    Ms. Brown.

5                    THE WITNESS:  Yes, sir, no problem.

6              (Reading and signature reserved.)

7              (Deposition concluded at 11:16 a.m.)

8                          *****

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
 2                   I, KIMBERLY A. HENDERSON, a
 3   Registered Professional Reporter and  Electronic
 4   Notary Public in and for the Commonwealth of
 5   Virginia at Large, Notary Registration Number
 6   359658, whose commission expires November 30, 2025,
 7   do certify that the aforementioned appeared before
 8   me, was sworn by me, and was thereupon examined by
 9   counsel; and that the foregoing is a true, correct,
10   and full transcript of the testimony adduced to the
11   best of my ability.
12                   I further certify that I am neither
13   related to nor associated with any counsel or party
14   to this proceeding, nor otherwise interested in the
15   event thereof.
16                   Given under my hand and Notarial seal
17   at Forest, Virginia, this 8th day of November,
18   2024.
19
20
21
22   _____
23        Kimberly A. Henderson, Notary Public
24        Commonwealth of Virginia at Large
25
```

**EXHIBIT 6**

Page 52

```
 1              CHANGES REQUESTED TO THE DEPOSITION OF:

 2                      SHANTA LYNETTE BROWN

 3                  TAKEN ON:  October 25, 2024

 4

 5   Page/Line:      From:           To:           Reason:

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16

17

18              _____

19                   SHANTA LYNETTE BROWN

20

21   COMMONWEALTH OF VIRGINIA to wit:
     Subscribed to and sworn before me
22   this _____ day of _____
     My commission expires
23

24

25   Notary Public                 (AFFIX NOTARY SEAL)
```

**EXHIBIT 6**

## A

ability 51:11
able 8:12, 12:16
    19:23, 19:24
    27:22
absurd 18:3
academy 8:20
accusations
    33:9
add 41:2, 41:5
address 6:13
adduced 51:10
administration
    33:25
adult 47:21
advice 22:3
AFFIX 52:25
aforementioned
    51:7
ages 12:23
aggressiveness
    23:16, 23:22
ago 33:12
agree 7:1
agreement 2:3
ahead 5:11, 42:1
ain't 13:21, 15:3
    24:19, 24:19
al 1:3, 1:6
alive 13:23
allow 15:22
    33:2
allowed 15:25
and/or 2:3
answer 4:25
    21:12
answers 5:4, 6:8
anxiety 26:24
    31:4, 31:8
    31:22
anybody 10:15
    20:17, 47:13
    48:24, 49:7
    49:19
apartment 6:20

14:16, 14:24
    38:1, 39:3
appearance
    36:11
APPEARANC...
    2:10
appeared 51:7
appears 14:6
appointed 18:15
    20:1
April 6:23, 6:25
    7:11, 14:5
    35:25
Aquasha 16:11
    16:12, 45:5
    48:23
Aquasha's
    45:24
area 10:19, 12:9
    13:9, 13:25
    45:16
areas 29:18
arms 29:17
arrest 24:4, 32:2
arrested 25:8
    33:4, 33:5
    46:14, 47:12
arrests 24:22
Ashbourne 6:14
asked 15:21
    21:6, 22:11
    23:4, 33:12
    43:2, 44:4
asking 4:13
    5:14, 15:18
    24:14, 35:16
asks 21:22
assault 19:20
    20:10
assaulted 18:12
    19:13, 34:19
    43:1
assigned 9:16
associated 51:13
ASSOCIATES
    2:12

assume 14:16
    35:7
attention 14:15
attorney 2:8
    19:4, 19:5, 19:7
    44:21
authorize 44:19
Avenue 2:16
    7:7, 37:1, 37:7
    37:9, 37:13

## B

back 4:20, 15:14
    15:14, 20:18
    29:1, 29:2, 29:4
    29:10, 30:8
    33:2, 37:14
    38:10, 38:15
    38:17, 44:2
    44:3
background
    35:19
bad 26:24, 31:8
    31:23, 31:23
    32:11, 37:9
bag 19:23
based 27:11
basis 30:16
battery 39:16
    40:10
beginning 20:19
behalf 2:2
belief 30:5
believe 20:1
    24:5, 36:6
Bentley 11:18
best 51:11
bit 5:10, 8:17
    11:2, 20:18
    26:11
black 17:24
blacked 26:10
    27:6
blinds 14:24
    15:6

body 26:15
bond 42:19
bottom 14:17
Brandon 14:4
    47:7, 47:8
    47:19
Brenda 31:14
brings 26:17
broke 20:7
brother 47:16
brother's 45:14
    48:21
brought 4:11
    43:2, 45:20
Brown 1:3, 1:9
    2:1, 3:3, 4:3, 4:7
    6:11, 12:6
    13:13, 13:13
    13:21, 35:24
    37:20, 41:13
    50:4, 52:2
    52:19
Buckingham
    7:13, 7:14, 7:19
    9:16, 9:18
    29:12, 32:13
    32:17, 32:18
    32:25, 33:2
    33:18, 33:24
    33:25, 34:2
    43:14, 44:4
Bush 13:14
    13:14

## C

call 8:10, 9:9
    10:4, 45:19
called 16:22
    16:22, 16:24
    19:6, 45:15
    45:19
calling 31:24
calls 30:20
Campbell 13:9
cams 26:15

car 23:5, 23:5
    24:13, 24:14
    25:6, 25:8
    25:10, 25:13
    25:21, 28:6
    28:11, 28:14
    30:3, 30:7
care 15:2
CARROLL
    2:16
cars 22:23
case 1:5, 11:1
    20:15, 21:21
    41:19
cause 24:2, 24:3
    24:5, 24:12
caused 43:24
center 7:13
    7:14, 8:3, 31:15
    32:13, 44:4
certain 27:3
    35:22
certified 8:25
    9:13, 9:15
certify 51:7
    51:12
Chana's 13:13
chance 47:4
change 32:15
    33:13
CHANGES
    52:1
charge 21:5
    21:8, 40:10
charged 16:4
charges 19:9
    19:21
check 30:24
    35:20
chef 11:20
child 15:8
    17:25, 18:7
    24:19, 24:20
children 11:21
    11:23, 12:1
    12:3, 15:3

**EXHIBIT 6**

Page 54

**Church** 2:8
**City** 1:6, 2:8
**clarify** 43:9
**cleared** 34:22
**closer** 11:6
**coffee** 37:2, 37:3
**College** 2:16
**come** 9:23
22:11, 28:22
38:1, 38:6
**comes** 12:15
49:22
**coming** 38:22
38:25, 39:4
**commencing**
2:6
**commission**
51:6, 52:22
**committed** 24:6
**Commons** 11:18
**Commonwealth**
2:6, 51:1, 51:4
51:24, 52:21
**communication**
36:24
**company** 12:12
**complex** 45:17
**complied** 21:16
21:17, 27:23
**comply** 30:10
**concluded** 50:7
**constitutionality**
9:5
**consult** 44:20
**contact** 36:3
**contain** 44:10
**contents** 25:6
**conversation**
24:11
**convicted** 21:10
21:15
**convictions**
24:22
**cooking** 14:19
**correct** 51:9
**correctional**

7:13, 7:14, 8:3
8:9, 9:1, 9:21
22:22, 24:1
29:15, 32:13
33:25, 44:4
**corrections** 7:15
7:20, 7:21
43:14
**correctly** 33:21
**counsel** 2:10
2:15, 2:20, 51:9
51:13
**counter** 32:8
**County** 13:9
**couple** 4:14
37:19, 41:18
**course** 16:4
16:14, 17:22
18:12, 21:17
24:7, 24:8
24:10, 34:6
**court** 1:1, 4:15
26:16, 27:1
30:11, 36:10
44:18
**court-appointed**
19:4, 19:5
19:25
**cousin** 11:3
**crazy** 26:22
**cream** 32:10
**crime** 24:6
**criminal** 8:19
**curiosity** 27:4
**currently** 7:4

**D**

**dad** 14:1, 38:16
**dark** 14:10
14:12
**date** 7:1, 14:6
**daughter** 14:20
14:25, 16:9
18:6, 20:6
37:24, 38:14

39:8
**day** 9:20, 19:6
20:5, 30:22
30:24, 33:3
35:1, 51:17
52:22
**days** 20:7, 20:8
**dead** 39:13
39:16
**deal** 8:13
**dealing** 35:12
**December** 6:17
**decided** 32:17
**declined** 15:19
**defendants** 1:7
2:2, 2:20, 4:10
**defensive** 9:9
9:11, 10:9
**definitely** 18:13
19:14, 20:4
20:16, 43:8
47:1
**denied** 16:19
**deny** 16:19
**Department**
7:15, 33:9
43:13
**deposed** 5:15
**deposition** 1:9
2:1, 37:11, 50:7
52:1
**depositions** 2:3
**detective** 36:15
36:16, 36:18
38:13
**die** 41:19
**died** 26:20
**difference** 34:15
**different** 13:12
21:2, 29:24
**dinner** 14:19
37:21
**direction** 27:23
**disclosed** 49:4
**disclosures**
40:24

**discussed** 30:12
**DISTRICT** 1:1
1:1
**DIVISION** 1:2
**DMV** 26:5
**doctor** 31:9
31:13
**doing** 5:13, 5:17
8:5, 10:3, 17:23
**door** 17:18, 28:9
28:14, 28:21
38:9, 38:9
38:12, 38:15
38:18
**doors** 17:12
22:1
**Dorms** 10:5
**downtown** 25:9
**Dr** 31:14
**drawn** 23:14
**drew** 14:15
**drive** 6:14, 26:5
**driver** 25:25
**driver's** 15:17
**drove** 25:21
**drugs** 10:6
**duties** 9:21
**dying** 16:16

**E**

**earlier** 14:5
**eat** 14:22, 37:21
**Electronic** 51:3
**emails** 19:6
19:7
**emotional** 18:4
19:17
**employed** 7:4
**employment**
34:1, 35:8
**ended** 17:16
20:7, 20:12
31:8, 43:4
**Ernest** 47:19
48:2, 48:20

48:22
**especially** 35:12
**ESQUIRE** 2:14
2:19, 2:19
**essentially**
38:23
**et** 1:3, 1:6
**evening** 14:8
14:11
**event** 51:15
**everybody** 11:7
46:21, 47:10
**exactly** 8:14
24:22
**Examination**
3:4, 3:5, 3:6, 3:7
**examined** 51:8
**example** 24:3
**excuse** 17:4
**exists** 40:6
**exit** 16:25
**expires** 51:6
52:22
**expunged** 35:5
35:14, 35:15
**expungement**
35:11, 35:20
**eyes** 41:11

**F**

**FaceTiming**
31:2
**facility** 7:15
7:17
**fact** 16:20
24:25, 49:14
**false** 33:9, 44:11
44:12
**familiar** 30:3
**family** 10:22
31:18, 47:10
**far** 21:13
**father's** 13:19
**fear** 17:2, 23:13
**feared** 17:13

23:23
**fearing** 23:9
**feel** 18:1, 18:2
  35:17
**felon** 21:9
  21:10, 21:15
**felony** 21:4
  21:7
**fight** 20:15
**fighting** 10:6
**figure** 15:24
**file** 34:3, 34:4
  34:8
**find** 21:12
  34:16, 34:17
  41:7, 46:8
**finish** 4:24, 4:25
**finished** 6:6
  14:19, 37:16
**first** 5:24, 32:25
**FITZGERALD**
  2:19, 47:5
**five** 26:4
**fix** 30:10
**flashing** 14:23
**floor** 8:2, 14:18
**folks** 33:24
**follows** 4:4
**food** 7:7, 7:8
  14:22, 32:14
  32:19, 34:10
  34:25, 35:3
  43:16
**foregoing** 51:9
**Forest** 51:17
**Fort** 37:7, 37:9
**forward** 35:7
**found** 34:14
**four-and-a-half**
  7:10
**frankly** 41:19
**front** 14:15
  14:16, 14:18
  25:13, 25:17
  25:19, 25:23
  38:9, 38:12

**full** 34:25, 35:2
  51:10
**funny** 25:20
**further** 51:12

## G

**generally** 13:8
  25:25
**Germany** 13:4
**getting** 14:21
  16:16, 20:14
  29:19, 34:23
  37:21
**give** 19:8, 19:20
  23:13, 24:3
  38:16, 40:15
**given** 7:1, 51:16
**giving** 34:20
**glad** 6:3, 32:23
**glass** 38:18
**go** 5:11, 8:8
  10:2, 13:2, 13:5
  13:6, 15:11
  15:21, 18:14
  30:8, 30:11
  31:8, 31:25
  33:6, 34:9
  35:12, 35:15
  37:2, 38:10
  42:1, 44:21
**God** 12:24
  19:22
**God's** 19:15
**goes** 4:19, 36:25
  37:2
**going** 4:13, 4:15
  5:1, 5:20, 10:1
  10:1, 16:4, 17:3
  18:20, 20:2
  20:5, 21:11
  26:11, 27:12
  30:8, 34:6, 35:7
  35:8, 35:17
  38:2, 39:12
  39:16, 41:18

42:1, 44:6
  44:18, 45:18
  47:11, 49:15
**good** 4:7, 4:8
  11:5, 44:24
**Google** 22:4
  22:5, 22:6, 22:7
  22:7, 22:21
  30:8, 30:9
**Googled** 22:8
  22:10
**gotten** 21:1
  21:3
**grab** 28:17
**grabbed** 15:11
  15:11
**grace** 19:15
**grandchildren**
  12:18, 12:21
  13:15
**granted** 19:25
**grievance** 34:3
  34:4, 34:8
**Grooms** 15:20
**ground** 18:6
  18:8, 27:20
  28:7, 28:23
  28:24, 29:5
  29:8, 29:10
  46:16
**gruesome** 41:21
**guess** 20:14
  21:18, 27:13
  44:5, 45:18
**Guynn** 2:16
  2:19, 3:4, 3:6
  4:6, 4:9, 11:6
  11:9, 11:11
  18:20, 18:22
  19:1, 26:9
  35:23, 37:14
  37:16, 39:15
  39:25, 40:5
  40:9, 40:14
  40:20, 41:1
  41:3, 41:6, 41:9

41:12, 41:22
  44:15, 44:24
  45:3, 46:12
  47:15, 49:5
  50:1, 50:3

## H

**hallway** 9:23
**hand** 51:16
**handcuffed** 18:5
  18:8, 27:16
  27:18, 28:4
  28:24, 29:8
**handcuffing**
  27:13
**hands** 42:3
  42:11
**hands-on** 10:17
**happen** 18:13
  19:21, 20:4
  25:12, 37:12
**happened** 14:7
  14:12, 19:14
  21:21, 26:14
  26:19, 43:10
  43:10, 43:19
**happy** 18:23
**hate** 41:21
**he'll** 20:16
**Head** 13:5
**Health** 31:15
**hear** 6:1, 6:2
  6:2, 24:11, 47:1
  47:2
**heard** 6:7, 19:18
  19:18, 38:7
**heart** 20:8
**Heights** 31:15
**help** 4:20, 5:1
  8:16, 16:14
**Henderson** 1:25
  2:4, 51:2, 51:23
**hide** 29:25
**holding** 24:25
**holler** 38:7

**home** 38:22
**honest** 11:3
**hoping** 11:2
  20:9
**hours** 34:10
**house** 14:21
  39:2
**huge** 46:11
**Huggins** 49:2
**Huh** 48:1
**huh-uh** 5:4
**husband** 14:20
  37:23, 38:3
  40:20, 48:23
**husband's** 11:14
  40:21

## I

**ibuprofen** 32:10
**incident** 7:1
  14:6, 25:20
  30:13, 30:15
  32:21, 33:1
  33:10, 33:14
  33:23, 35:24
**include** 9:3
**included** 22:23
**increase** 34:10
**indicated** 27:5
**information**
  22:8, 44:10
  44:11
**injuries** 32:1
**inmate** 10:17
**inmates** 8:13
  9:23, 24:8
  29:12
**inquired** 44:5
**instantly** 15:11
**interaction**
  36:23
**interested** 51:14
**internet** 17:3
  17:5, 20:22
  21:11, 21:20

interview 34:22
inventoried
  25:5
iPad 40:1
iPhone 39:22
issue 35:8
it'll 30:9

**J**

J.J 13:13
Jaden's 13:12
jail 20:7, 49:15
JAMES 2:12
Jarvis 12:6
Jim 2:19, 4:9
jimg@guynnw...
  2:18
job 7:19, 9:21
  18:15, 20:3
  32:25, 33:1
  33:9, 33:10
  33:16, 33:18
  34:14, 34:16
  34:18, 34:20
  34:24
jobs 33:13
  35:12
JOHN 2:19
john@guynnw...
  2:18
Johnson 31:15
joined 16:8
JR 2:19
jury 11:1, 11:4
  12:14
justice 8:19

**K**

K-o-z-a-k 31:16
K9 16:22, 16:24
Kemper 6:20
  48:4, 48:5
key 15:13, 38:10
keys 15:11

15:12, 15:14
Kiari 13:14
kidding 18:24
  19:2
Kimberly 1:25
  2:4, 51:2, 51:23
kind 5:10, 14:14
  26:10
kneeled 27:15
  27:21
knew 20:2
know 4:17, 5:8
  5:9, 5:11, 8:12
  8:13, 8:15, 8:22
  8:24, 9:25
  12:16, 13:6
  13:17, 15:6
  15:25, 16:2
  16:15, 16:20
  17:2, 17:4
  17:19, 17:24
  18:3, 18:4
  19:19, 19:20
  20:5, 20:16
  21:4, 21:6
  21:11, 21:15
  22:2, 22:8, 22:9
  22:11, 24:13
  25:2, 25:3, 25:4
  25:10, 26:20
  30:10, 31:10
  31:11, 32:24
  33:3, 33:5, 33:7
  33:18, 34:9
  35:11, 35:14
  35:25, 36:21
  37:12, 38:8
  38:8, 40:24
  43:1, 44:5
  45:11, 46:18
  47:9, 47:10
  47:11, 47:21
  49:10, 49:17
  49:18, 49:18
knowledge 36:4
knows 11:7

36:21, 41:7
Kozak 31:14
  31:14, 31:16
kthomas@vbcl...
  2:14

**L**

Large 2:6, 51:1
  51:5, 51:24
law 17:20, 24:17
lawsuit 4:11, 7:2
lawyer 18:15
  18:19, 19:25
  20:3, 20:14
  31:24, 34:7
lay 42:3, 42:10
leaving 33:19
lectures 9:3
left 34:11
LEGAL 2:12
legs 29:17, 32:3
letter 44:1, 44:1
  44:3, 44:7
letting 43:4
license 15:17
  25:13, 25:17
  25:19, 25:21
licenses 25:17
lie 24:8, 35:13
lied 18:9
life 17:2, 17:14
  23:10, 23:14
  23:24
lights 14:23
  26:2, 37:20
  45:17, 46:11
Lion 7:7, 7:9
  32:14, 32:19
  34:10, 34:25
  35:3, 43:16
list 12:14
little 5:10, 8:16
  11:2, 20:18
  26:11, 32:10
  40:2

live 6:10, 6:12
  6:19, 12:7, 13:8
  13:25, 30:17
  30:18, 38:19
  47:25, 48:2
  48:3, 48:4
lived 6:16, 14:17
  48:5
lives 10:22, 13:3
  45:16
living 6:23
localities 8:23
lock 17:11
  21:25, 42:22
LOCKABY
  2:16
locked 15:12
long 6:16, 7:8
  7:21, 9:12, 15:2
  26:5
look 5:10, 26:14
  26:25
looked 14:7
  27:2
looking 17:3
  17:4, 21:21
  26:23, 27:1
losing 32:24
lost 33:1
lot 17:23, 17:25
  18:25, 29:24
  35:11, 46:11
luck 11:5
lying 43:3
Lyn-CAG 13:5
Lynchburg 1:2
  1:6, 1:12, 2:8
  2:9, 2:13, 6:12
  6:14, 6:21
  10:19, 10:23
  12:7, 13:9, 26:8
  33:8, 33:24
  37:1, 44:2, 44:3
LYNETTE 1:3
  3:3, 4:3, 52:2
  52:19

**M**

Ma 17:2
Madison 31:14
magistrate
  42:19, 42:20
magistrate's
  18:9, 20:6
making 8:5
  10:5
man 17:15
  17:17
Marcello 11:16
  40:22
marijuana
  24:23
marks 32:11
married 11:12
mean 4:16, 5:16
  29:18, 33:15
  37:11, 38:25
  39:3
medical 32:5
medication
  31:10, 31:11
Memorial 7:7
  37:1, 37:6
  37:12
mentioned 31:4
  45:5
merchandise
  9:25
mercy 19:15
military 13:4
Miller 15:21
  16:21, 16:21
  36:17, 36:18
  38:13, 42:4
  42:25, 44:8
mind 49:22
minute 15:6
  33:12
mix 21:2
mom 13:4, 14:1
  26:5, 45:15
  45:16, 46:13

mom's 47:6
48:12
moment 19:11
21:4, 25:7
months 19:8
morning 4:7
4:8, 4:14
mother 17:19
17:19, 48:15
Mother's 35:1
mouth 47:1
47:2
moved 6:17
moving 21:19
48:6

**N**

name 4:9, 8:14
11:15, 12:15
13:13, 14:3
18:19, 31:10
40:21, 42:22
44:20, 47:3
47:6, 47:18
named 49:9
names 12:5
13:11, 13:17
13:19
Nazari 13:14
need 19:12
needed 15:24
19:23
neither 51:12
never 10:14
10:17, 20:16
20:16, 36:3
42:5, 43:4
night 17:24
18:5, 25:1, 33:1
39:4
nosy 12:14, 15:7
Notarial 51:16
Notary 2:5, 51:4
51:5, 51:23
52:25, 52:25

notice 2:3, 25:12
November 48:7
51:6, 51:17
nudged 38:15
number 48:12
48:21, 51:5
numbers 48:8

**O**

oath 45:4
Objection 18:18
obligated 35:17
obstruction
19:9
obviously 28:9
29:18
occasion 29:11
October 1:10
2:7, 4:1, 52:3
offering 18:16
office 18:10
20:6
officer 7:20
7:22, 8:9, 9:1
9:21, 15:20
15:21, 16:21
16:25, 17:16
21:22, 22:22
23:17, 23:18
23:19, 23:20
24:1, 28:16
34:20, 42:4
42:23, 42:25
42:25
officers 18:12
19:13, 19:19
24:12, 26:15
27:12, 30:2
30:6, 36:1
offices 2:7
oh 12:24, 16:21
37:7, 39:18
39:25, 44:22
okay 4:23, 5:2
5:7, 5:13, 5:19

5:25, 6:4, 6:9
6:25, 7:6, 8:5
8:18, 9:12
10:14, 10:22
11:14, 11:21
12:5, 13:8
13:20, 15:4
18:21, 19:16
23:21, 23:25
26:6, 27:11
27:17, 30:19
30:23, 30:25
31:7, 31:16
32:16, 33:17
35:2, 36:14
36:16, 36:19
37:4, 37:8
38:22, 39:11
39:18, 40:12
40:20, 41:20
45:11, 46:1
46:24, 47:22
48:16, 48:22
49:11, 49:21
49:24, 49:25
oldest 17:5, 18:7
21:1
once 29:7
ones 13:6
open 15:6
opened 17:17
28:9, 28:14
28:21
opinion 19:10
19:12, 20:14
opportunity
26:13
order 24:4
originally 10:20
45:13
ought 41:6
outside 14:10
14:18, 15:11
15:15, 20:20

**P**

P.C 2:16
pad 39:21
39:24
page 3:2, 29:22
Page/Line 52:5
Pannell 11:23
13:13, 13:22
15:9, 15:10
15:10
parents 13:23
parole 34:24
part 27:3, 32:17
particular 4:21
22:12
parts 27:3
party 51:13
passing 9:25
10:6
Paul 2:14, 19:18
pay 20:8
paying 20:12
people 9:8
16:15, 19:20
22:23, 29:25
48:9
perfect 24:19
period 20:3
43:7, 43:9
46:23
permission
19:12
person 20:2
48:25
person's 12:15
personally 36:7
phone 31:2
38:14, 38:16
39:20, 45:6
45:8, 48:8
48:12
physical 8:11
32:1
physician 31:19
picked 29:1

29:9
picking 11:1
place 8:14
17:23, 26:18
places 29:25
43:11
Plaintiffs 1:4
2:15
plans 41:22
plate 25:13
25:21
plated 14:21
played 27:2
please 18:19
plus 26:4
point 16:13
16:20, 23:12
27:14, 38:6
police 16:15
19:19, 21:3
21:8, 22:9, 22:9
26:21, 33:8
33:24, 34:20
36:1, 44:2, 44:3
policies 9:4
possession
24:23
pregnant 18:7
prepare 4:15
44:18
prescribed 31:9
prior 35:24
prison 8:13
private 29:18
probable 24:2
24:3, 24:5
24:12
probably 10:25
31:11, 41:6
44:20
probation 34:24
problem 24:19
50:5
problems 24:16
proceeding
51:14

process 29:3
48:6
Professional 2:5
51:3
program 9:13
prompt 5:10
44:15
prosecuting
19:7
Public 2:5, 51:4
51:23, 52:25
pull 19:20
19:23, 19:23
21:8
pulled 15:1
17:18, 17:21
21:3, 21:14
39:1
pulling 17:17
punch 22:6
punching 22:21
purposes 35:22
pursuant 2:2
pushed 38:17
put 24:9, 25:8
29:2, 29:4, 29:8
29:10, 38:13
40:25
putting 28:7

**Q**

question 4:25
5:21, 22:21
35:13
questions 4:14
5:20, 6:7, 6:7
15:18, 37:19
41:13, 41:15
44:13

**R**

reach 28:17
read 44:16
44:22, 44:23

Reading 50:6
ready 14:21
14:22, 37:21
realize 35:19
really 12:13
20:7, 20:15
26:25, 38:8
reason 16:1
23:13, 36:6
52:5
recall 14:9
24:18, 27:12
28:20, 29:6
30:1, 30:4
Recess 37:17
45:1
recognizance
43:5
recommended
20:17
record 18:19
34:19, 35:4
recording 16:17
records 14:7
red 26:2
Reed 16:25
17:16, 23:20
28:16, 42:10
42:11, 42:13
42:25
reflect 6:8
refuse 21:23
refused 17:16
regard 27:23
regarding 24:12
Registered 2:4
51:3
Registration
51:5
regular 9:20
30:16, 31:18
related 51:13
remember
22:16, 24:22
25:15, 38:10
41:1, 42:21

44:8, 44:9
48:24, 49:8
49:20
remind 27:8
reminds 49:23
remove 30:3
removing 28:5
repeat 6:3
report 33:2
33:6, 33:8
REPORTED
1:25
reporter 2:5
4:15, 44:18
51:3
reports 33:23
represent 4:10
REQUESTED
52:1
reserved 50:6
rest 26:7
restricted 43:6
43:8
result 32:2
review 44:16
right 5:8, 5:13
6:10, 14:17
18:2, 18:2, 30:6
34:6, 37:10
37:14, 39:12
39:14, 39:18
41:12, 41:24
42:18, 43:14
43:17, 44:7
44:16, 44:19
46:8, 48:20
48:25, 49:13
rise 7:2
RIVER 2:12
Road 2:12
roll 22:13, 23:2
rolling 20:22
rotate 9:18
rounds 8:5
RPR 1:25
Rule 40:24, 47:4

run 8:22, 8:23
36:11, 36:14
rundown 11:2

**S**

safe 25:25
Salem 2:17
salve 32:9
Sandidge 11:16
11:25, 13:14
16:10, 40:22
saw 14:15
14:23, 15:8
20:25, 37:20
41:9, 46:18
saying 16:21
19:13, 21:22
23:9, 25:16
42:14
scene 15:20
16:25, 26:19
45:15, 45:20
school 12:25
13:7, 29:15
schools 13:2
scratched 32:3
seal 51:16
52:25
search 15:19
15:23, 15:24
16:2, 21:16
24:13, 29:12
29:17, 29:19
searched 27:19
28:1, 28:3, 29:4
29:9
searching 27:24
second 5:3
19:10, 19:12
20:13, 33:16
47:5
secure 16:17
see 8:16, 15:22
20:3, 27:22
30:16, 30:19

31:1, 31:9
31:21, 31:25
34:5, 36:20
38:18, 42:13
seek 32:5
seen 20:21
23:12, 45:17
sense 24:20
sent 19:6, 44:2
44:2, 44:3
September 8:1
32:18
Seth 42:10
42:11, 42:13
seven 20:7, 20:8
Shanta 1:3, 1:9
2:1, 3:3, 4:3
11:7, 41:19
52:2, 52:19
she'll 48:6
shifts 9:18
short 46:10
shot 16:16
show 28:5
showed 27:25
showing 34:19
shows 35:20
side 16:5, 19:25
43:1
sidewalk 16:6
sign 43:5, 44:19
44:23
signature 50:6
signed 44:8
signs 26:2
sir 4:8, 6:24, 7:3
11:24, 12:8
42:5, 42:12
42:15, 42:17
50:5
sit 37:21
sitting 27:1
situation 17:5
18:14, 21:2
21:13, 24:10
26:18, 26:22

34:5, 34:9
34:17
**situations** 16:15
19:18
**six** 9:14, 19:8
**slow** 26:5
**smile** 12:20
**somebody** 15:1
16:7, 19:24
24:4, 26:20
49:22
**son** 17:5, 17:23
21:1, 21:10
23:1, 24:16
27:13, 30:2
30:12, 38:19
48:23
**soon** 40:19
**sorry** 19:15
37:10, 39:16
47:14
**sort** 8:6, 9:8
27:6, 27:8
**sound** 30:3
**sounds** 41:10
**speak** 21:24
**specifically**
43:25
**spell** 5:6
**spends** 39:3
**stand** 9:22
**standing** 16:5
16:18, 27:19
28:2, 29:7, 38:9
38:12
**standpoint** 35:9
**Start** 13:5
**started** 7:25
15:18, 32:18
32:19
**state** 7:17, 8:22
25:18, 34:18
35:13
**STATES** 1:1
**Stella** 47:7, 47:8
48:2, 48:15

48:22
**stood** 15:5, 29:9
**stop** 15:16
15:23, 26:2
26:2, 30:7
**stopped** 25:22
**store** 37:1
**Street** 2:8, 6:20
48:4, 48:5
**stress** 4:21
**struggle** 34:13
**stuff** 10:6, 21:21
22:8, 22:11
26:23, 32:11
32:20, 37:2
43:7, 47:12
**Subscribed**
52:21
**supervisor** 17:8
17:9, 17:10
17:11, 21:24
21:24, 22:14
**suppose** 28:19
38:24
**supposed** 10:2
17:6, 17:10
17:11, 21:25
24:9, 49:19
**sure** 4:9, 5:19
6:5, 9:24, 10:1
10:5, 20:10
21:18, 30:24
37:15, 41:14
45:15, 49:17
49:23
**Surrounding**
12:9
**suspended**
32:25, 33:7
43:20
**sworn** 4:4, 51:8
52:21

**T**

**tablet** 40:3, 40:4

45:7, 45:9
45:13, 45:20
46:5
**tactics** 9:10
9:11, 10:9
**tag** 25:19
**take** 2:3, 19:8
25:8, 37:11
38:14
**taken** 2:1, 13:18
18:1, 18:9
46:15, 52:3
**takes** 4:17
17:25
**talk** 4:22, 30:14
36:24, 46:19
46:22
**talked** 36:22
42:21, 46:17
**talking** 9:7
15:20, 17:1
19:3, 45:5, 45:7
46:23
**taught** 29:14
**teach** 24:1
29:20
**tears** 26:17
**tell** 5:21, 12:24
17:9, 18:16
20:24, 21:9
22:7, 35:17
43:1, 46:16
49:19, 49:23
**telling** 19:7
30:1, 30:2
31:24, 33:22
**terminated**
33:11, 34:1
43:22
**termination**
43:24
**terrifying** 26:17
**Terron** 15:10
**testified** 4:4
**testimony** 4:16
27:5, 44:17

51:10
**thank** 19:22
44:24, 50:3
**thanks** 5:14
18:25
**Theory** 13:14
**thereof** 51:15
**thing** 5:3, 8:6
9:8, 40:3, 41:11
43:3
**things** 4:14
4:19, 9:4, 9:5
22:7, 24:8
29:25
**think** 6:22, 7:25
9:14, 23:16
25:7, 25:15
28:1, 28:8
29:22, 36:21
38:7, 42:22
45:10, 45:15
46:15, 47:20
49:3, 49:4
49:16
**thought** 33:15
34:6
**threaten** 42:8
**threw** 27:20
**throw** 8:12
**throwing** 9:8
**thrown** 18:6
18:8
**ticket** 21:19
**Tiffany** 49:2
49:7
**Tiffany's** 49:3
**Timberlake**
2:12
**time** 7:23, 15:13
15:21, 18:7
26:6, 32:12
32:17, 34:7
34:25, 35:2
38:20, 39:4
42:23, 47:21
**today** 4:16, 5:13

5:17
**told** 4:10, 5:20
10:25, 17:6
17:13, 17:15
21:14, 23:5
42:24, 43:3
47:20, 48:25
**touch** 8:12, 42:6
**touched** 43:4
**town** 11:8
**traffic** 15:16
15:23
**trained** 10:8
**training** 8:8
8:11, 9:4, 10:12
22:23, 24:1
**transcribed** 2:2
**transcript** 4:16
44:17, 51:10
**transferred**
45:10, 45:12
45:25
**traveling** 43:7
**treatment** 32:6
**tree** 12:12
**tried** 20:1
**true** 51:9
**trust** 5:24
**truthful** 42:16
44:10
**try** 4:21, 4:22
5:3, 29:19
29:25
**trying** 15:24
21:11, 24:21
34:16, 34:17
38:13, 38:16
41:1
**turn** 33:10
**turned** 27:20
**two** 4:20, 13:5
42:25, 43:11
46:2

| U | | |
|---|---|---|
| **uh-huh** 5:4 | | |
| **uncomfortable** 29:21 | | |
| **understand** 5:21, 5:22, 11:9 33:21, 49:16 | | |
| **understood** 6:6 19:3 | | |
| **unit** 16:22 16:24, 29:9 | | |
| **UNITED** 1:1 | | |
| **units** 9:23, 28:2 | | |
| **upset** 49:14 | | |
| **upsets** 46:21 | | |
| **use** 5:4, 10:11 | | |

**V**

**Valois** 2:14, 3:5
3:7, 4:10, 5:19
10:25, 11:5
11:7, 18:18
18:21, 18:23
18:25, 19:4
26:7, 35:22
37:5, 37:8
37:10, 37:15
37:18, 39:14
39:20, 39:22
40:3, 40:8
40:13, 40:16
40:18, 40:23
41:2, 41:4, 41:8
41:10, 41:14
41:17, 41:25
44:13, 44:22
46:2, 46:5, 46:8
47:3, 47:6, 47:8
47:13, 47:24
49:3, 49:6, 50:2
**vehicle** 15:8
15:19, 16:1
17:1, 17:17
17:18, 21:16
25:19, 29:8
**vehicles** 28:2
**video** 22:19
26:14, 26:23
26:25, 27:1
27:8, 27:25
28:5, 28:20
30:1, 39:8
39:19, 42:13
45:6, 45:22
45:24
**videoing** 16:14
45:14, 45:21
**videos** 22:20
46:2
**view** 14:18
**viewed** 39:6
**Virginia** 1:1
1:12, 2:6, 2:9
2:13, 2:17, 6:15
6:21, 22:9
25:18, 51:1
51:5, 51:17
51:24, 52:21

**W**

**WADDELL** 2:16
**wait** 4:24, 4:25
16:21, 34:21
**waive** 44:19
**walk** 14:14
**want** 6:5, 17:9
17:10, 18:15
20:15, 21:24
44:20, 46:23
47:10
**wanted** 16:16
16:25, 19:8
24:13, 32:17
34:4, 44:5
**wanting** 32:20
**watch** 17:25
18:5
**watching** 10:4

**way** 26:19, 42:8
44:21
**weapon** 23:14
**website** 22:16
**weeks** 9:14
**went** 8:10, 8:15
10:17, 14:25
20:20, 21:13
21:18, 30:13
31:21, 33:23
42:25
**WESTERN** 1:1
**whatnot** 21:10
**wind** 17:6, 17:7
17:12, 17:13
21:25
**window** 14:25
15:5, 15:7
21:25, 22:13
49:1
**windows** 17:6
17:7, 17:12
17:13, 20:22
23:2
**wit** 51:1, 52:21
**WITNESS** 3:2
37:7, 37:9
39:21, 39:24
40:1, 40:4
40:22, 41:24
46:4, 46:7
46:10, 47:7
47:9, 50:5
**wondering** 16:23
**work** 7:6, 8:2
9:16, 11:17
12:11, 12:15
40:8
**worked** 7:8
**working** 7:11
29:12, 32:13
32:14, 32:16
32:24, 33:19
43:11, 43:13
43:16

**worse** 33:11
**wrestle** 10:14

**Y**

**y'all** 37:20
**Yea** 46:4
**yeah** 7:25, 14:10
14:11, 14:13
16:13, 22:6
24:10, 24:24
24:24, 27:2
27:7, 28:7
28:12, 28:17
29:20, 29:21
32:3, 32:10
35:21, 38:4
39:17, 39:21
40:4, 40:6
40:11, 40:17
41:3, 41:8
41:12, 41:18
44:22, 46:7
46:13, 46:22
47:5, 47:17
48:10, 48:12
**year** 7:23, 19:8
25:22, 34:25
**years** 7:10
**YouTube** 22:19
22:20

**Z**

**Zach** 42:3
**Zachary** 42:4
44:8

**1**

**103** 6:20
**11:16** 1:11, 50:7
**12** 12:22, 13:15
**1445** 6:14
**1503** 6:20
**19** 32:19

**2**

**2017** 8:1, 32:18
**2020** 6:23, 6:25
7:12, 7:24, 7:25
14:6, 35:25
**2023** 6:18
**2024** 1:10, 2:7
4:1, 51:18, 52:3
**2025** 51:6
**24153** 2:17
**24501** 6:15, 6:21
**24502** 2:13
**25** 1:10, 2:7, 4:1
52:3
**26** 40:24, 47:4
**28th** 6:23, 6:25
7:11, 14:5
35:25

**3**

**30** 51:6
**3262** 48:19
**359658** 51:6

**4**

**4** 3:4
**41** 3:5
**415** 2:16
**434** 48:16
**434)439-6869** 48:21
**434)818-3** 48:13
**434.845.4529** 2:13
**45** 3:6
**47** 3:7

**5**

**540.387.2320** 2:17

**EXHIBIT 6**

Page 61

| **6** | | | | |
|---|---|---|---|---|
| **6:23cv00054** 1:5 | | | | |
| **7** | | | | |
| **7601** 2:12<br>**7-Eleven** 36:25<br>  37:6, 37:12 | | | | |
| **8** | | | | |
| **818** 48:17, 48:18<br>**8th** 51:17 | | | | |
| **9** | | | | |
| **9:36** 1:11, 2:7<br>  4:1<br>**900** 2:8 | | | | |