**EXHIBIT 7**

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA
                     LYNCHBURG DIVISION
    *****************************************************
SHANTA LYNETTE BROWN, et al.,

     Plaintiffs,

v.                              Case No. 6:23cv00054

THE CITY OF LYNCHBURG, et al.,

     Defendants.

    *****************************************************


             DEPOSITION OF AQUASHA SANDIDGE

                   October 25, 2024

               10:25 a.m. - 10:47 a.m.

                  Lynchburg, Virginia
```

REPORTED BY:  Kimberly A. Henderson, RPR

```
1        Deposition of AQUASHA SANDIDGE, taken and

2   transcribed on behalf of the Defendants, pursuant

3   to notice and/or agreement to take depositions; by

4   and before Kimberly A. Henderson, a Registered

5   Professional Reporter and Notary Public in and for

6   the Commonwealth of Virginia at Large; commencing

7   at 10:25 a.m., October 25, 2024, at the offices of

8   the Lynchburg City Attorney, 900 Church Street,

9   Lynchburg, Virginia.

10  APPEARANCES OF COUNSEL:

11

12        JAMES RIVER LEGAL ASSOCIATES
          7601 Timberlake Road
13        Lynchburg, Virginia  24502
          434.845.4529
14        kthomas@vbclegal.com
    BY:  PAUL VALOIS, ESQUIRE
15             Counsel for the Plaintiffs

16        GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
          415 S. College Avenue
17        Salem, Virginia  24153
          540.387.2320
18        jimg@guynnwaddell.com
          john@guynnwaddell.com
19  BY:  JIM H. GUYNN, JR., ESQUIRE
          JOHN R. FITZGERALD, ESQUIRE
20             Counsel for the Defendants

21

22

23

24

25
```

**EXHIBIT 7**

```
1                    I N D E X

2  WITNESS                                          PAGE

3  AQUASHA SANDIDGE

4       Examination by Mr. Guynn                    4

5       Examination by MR. VALOIS                   21

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 7**

Page 4

```
 1  (10:25 a.m., October 25, 2024)

 2

 3              AQUASHA SANDIDGE

 4        was sworn and testified as follows:

 5              E X A M I N A T I O N

 6  BY MR. GUYNN:

 7        Q.   Good morning.

 8        A.   Good morning.

 9        Q.   My name is Jim Guynn.  I represent

10  the defendants in the lawsuit that you brought, and

11  as I'm sure Mr. Valois has told you, I'm going to

12  be asking you some questions this morning.  If you

13  don't understand my question, or if you don't hear

14  it, just tell me, and I'll be glad to either repeat

15  it or clarify it.  But if you do answer the

16  question, I'm going to assume that you both heard

17  it and understood it.  Okay?

18        A.   Okay.

19        Q.   The other thing I would ask you to do

20  is speak up so the court reporter can hear you, so

21  she can get a good transcript.  And I'll try not to

22  start my next question until you finish your

23  answer.  And if you can wait and start your answer

24  until I finish the question, it will help her on

25  the transcript.
```

**EXHIBIT 7**

```
 1              The last thing would be try and
 2   answer with a word as opposed to uh-huh or huh-uh,
 3   because she can't spell uh-huh or huh-uh, and it
 4   won't show up well in the transcript.  Okay?
 5         A.   Yeah.
 6         Q.   My understanding is your name is
 7   Aquasha Sandidge?
 8         A.   Yes.
 9         Q.   Okay.  How old are you?
10         A.   23.
11         Q.   Where do you live?
12         A.   I live at 6105 Old Mill Road.
13         Q.   Are you married?
14         A.   No.
15         Q.   Who do you live there with at 6105
16   Old Mill Road?
17         A.   Just me and my children, my three
18   kids.
19         Q.   You have three kids?
20         A.   I do.
21         Q.   How old are they?
22         A.   Four, two, and one.
23         Q.   Does the four-year-old go to school,
24   like at a pre-kindergarten?
25         A.   Yes.
```

**EXHIBIT 7**

```
 1            Q.   What school?

 2            A.   It's called Head Start.

 3            Q.   And what's your educational

 4   background?  Did you finish high school?

 5            A.   I did not.

 6            Q.   We're here, as you know,

 7   Ms. Sandidge, about an incident that occurred in

 8   April of 2020 with the police.

 9                 Do you remember that?

10            A.   Yes.

11            Q.   Okay.  And if I said it occurred on

12   April 28th, 2020, does that sound about right?

13            A.   Yes.

14            Q.   So tell me when you first became

15   aware, or how you first became aware, that the

16   police were there?

17            A.   I looked out the window.  It was

18   nighttime, and I was eating, and I walked over to

19   the window and seen --

20            Q.   And saw the lights?

21            A.   Yeah, uh-huh.

22            Q.   Who else did you see?

23            A.   Just my brother was in the truck.

24            Q.   Was it a truck or a car?

25            A.   I think it was a truck.  I'm not
```

**EXHIBIT 7**

```
 1  sure.  I think it was a truck.
 2            Q.   Don't recall?
 3            A.   Right, I don't.
 4            Q.   And this was at your mother's house,
 5  your mother's apartment?
 6            A.   Yes, uh-huh.
 7            Q.   So what did you do?  Did you go
 8  outside?
 9            A.   Yes.  Me and my mother, we went
10  outside.
11            Q.   And when you got out there, what was
12  going on?
13            A.   He was being questioned, I do
14  believe.  I don't recall everything.  I don't
15  remember a lot from that night.
16            Q.   Police officers were talking to your
17  brother?
18            A.   Yes.  I think it was just one there
19  at the moment.  I'm not sure.
20            Q.   Have you had an opportunity to look
21  at any video of this incident since then, before
22  now?
23            A.   I think I've seen one.
24            Q.   Did you take any video of the
25  incident?
```

**EXHIBIT 7**

Page 8

```
 1              A.   I did.

 2              Q.   And where is that video?  Is it

 3  stored somewhere, on like a phone or a --

 4              A.   I think my mom has it.  Right?

 5              MR. VALOIS:  Is it the one on that

 6  tablet?  I don't want to interrupt.  I can help

 7  clarify it.  Is it the one on that dead tablet

 8  thing?

 9              THE WITNESS:  She said she has mine.

10              MR. VALOIS:  Yeah, I think, I think

11  that's the same one.  I don't -- I do not

12  personally vouch for any particular video, but I

13  think that's what we're talking about.

14  BY MR. GUYNN:

15              Q.   Did it appear that -- how was the

16  conversation going between the police officer and

17  your brother?

18              A.   I honestly don't recall that.

19              Q.   Were they yelling at each other?

20              A.   No, not at the time, no.

21              Q.   Okay.  Did they ever yell at each

22  other?

23              A.   No.  I just, I remember the -- I

24  think it was Officer Grooms, I think, the woman, it

25  was the woman.  So, no, there was no yelling.
```

**EXHIBIT 7**

```
 1              Q.   Did you see them take your brother
 2    out of the car?
 3              A.   Yes, yes, I think so.  Yeah, I did.
 4              Q.   So from a perspective standpoint, if
 5    that's sort of the door to your mother's apartment,
 6    was the car straight out, was it more to the left,
 7    more to the right?  Or from your side that would be
 8    the left or right or whatever?
 9              A.   I don't know.
10              Q.   Do you recall where you were standing
11    with regard to the car itself?
12              A.   Could I see the car, are you asking
13    me could I see it?
14              Q.   No, no.  Where you were standing, you
15    know, you were in front of the car; right?
16              A.   Uh-huh, yeah.
17              Q.   Were you to the right of it or to the
18    left of it?
19              A.   I don't know.  I think I was in front
20    of it, or on the side.
21              Q.   Okay.  So it may have been hard to
22    see them taking your brother out of the car, or
23    whatever, from where you were?
24              A.   I could see, though, a little bit.
25    It was just a lot going on that night anyway; so.
```

**EXHIBIT 7**

```
 1              Q.   Okay.  When you say "a lot going on,"
 2    with this incident, or was there some other stuff
 3    going on?
 4              A.   Just the same incident.  I was
 5    recording, trying to record, and then I had kind of
 6    got distracted anyway when my mom had got
 7    handcuffed.  So I kind of turned away from what was
 8    going on there, and was here, and then, you know,
 9    an officer, or detective, grabbed me after that;
10    so.
11              Q.   Did you stop recording?
12              A.   When?
13              Q.   At any time?
14              A.    I think once I hit the ground,
15    because they took my phone.  But I didn't stop
16    recording.  I was still recording.
17              Q.   Were you recording with the tablet
18    and the phone?
19              A.   No, I just had my phone.  I never had
20    a tablet.
21              Q.   So has the video from your phone been
22    moved to the tablet?
23              A.   I'm not sure.
24              Q.   A few minutes ago, we were talking
25    about the video being on the tablet that your mom
```

**EXHIBIT 7**

1  has?

2          A.   Right.  She told me that she brought

3  back my video, so I don't know where it actually

4  is.

5          Q.   So the video that -- you weren't, you

6  didn't take video with the tablet?

7          A.   No.

8          Q.   Okay.  So the video from your phone

9  has gotten to the tablet in some way?

10         A.   I do believe so.  I'm not sure.

11         Q.   Right.  I got you.

12              Somebody else did that?

13         A.   Right.

14              MR. VALOIS:  And if you want to bring

15  Shanta back in and open it back up to ask her about

16  it, that might -- that might be fruitful.

17              MR. GUYNN:  Yeah, I might do that.

18  BY MR. GUYNN:

19         Q.   I think I understand what you're

20  telling me.

21         A.   Okay.

22         Q.   You recorded it on the phone; your

23  mother said she brought it back, and it was on the

24  tablet?

25         A.   Right.  That's what she told me

1   earlier, yeah.

2            Q.    Okay.  All right.  And you said you

3   stopped -- well, you didn't stop recording the

4   video when you were on the ground?

5            A.    No.

6            Q.    Okay.  When did the video stop?  And

7   the only reason I'm asking this, I haven't seen it,

8   so I don't know.

9            A.    Probably once I hit the ground,

10  honestly, because, you know, it really wasn't

11  showing anything after that.

12           Q.    Okay.

13           A.    And then I think he took my phone,

14  and I was yelling, to tell him give it to my dad.

15           Q.    Had your dad come out by that point?

16           A.    Yes.  Yes, I think he tried to, but I

17  think they pushed him back in the door.

18           Q.    So you said that you were taken to

19  the ground?

20           A.    Yes.

21           Q.    Who took you to the ground?

22           A.    I think his name is Millers,

23  Detective Millers, I think.  I'm not sure.

24           Q.    Was he in a uniform, or did he have

25  on just street clothes?

**EXHIBIT 7**

```
 1              A.   I think it was different from an
 2    actual, you know, police uniform.
 3              Q.   Again, detectives usually don't wear
 4    the uniforms --
 5              A.   Right.
 6              Q.   -- so that's why I was thinking that.
 7    All right.
 8                   Do you know why he took you to the
 9    ground?
10              A.   I do not.  Well, because I guess I
11    wouldn't allow him to arrest me.
12              Q.   How did you -- how did you not allow
13    him to arrest you?  Was it that you wouldn't allow
14    yourself to be handcuffed?
15              A.   Right.  So when I turned to see why
16    my mom was being arrested, he came, I seen him
17    coming towards me and he grabbed me, and I was
18    trying to figure out why.  So I didn't think, you
19    know, I was doing anything wrong by, you know,
20    trying to pull away from him, because I don't
21    understand what I did wrong.  So, yeah.
22              Q.   Did your mom go over to assist your
23    brother?
24              A.   I think she tried to, yeah.
25              Q.   What kept her from doing -- you said
```

**EXHIBIT 7**

```
 1  she tried to, what kept her from it, or did

 2  anything?

 3          A.    Well, from what I seen, like I said,

 4  she was being arrested, so I, when she was doing

 5  all that, like I said, I didn't catch everything.

 6          Q.    Okay.

 7          A.    So I don't really know.

 8          Q.    So you didn't see -- let me ask it

 9  this way.  You and your mom came out of the

10  apartment, and there's a sidewalk, I guess, on the

11  front?

12          A.    Yes.

13          Q.    And you were both standing on the

14  sidewalk, weren't you?

15          A.    Yes.

16          Q.    And then at some point, your mom was

17  over trying to assist your brother when she was

18  arrested?

19          A.    Right.

20          Q.    But you didn't see what she did when

21  she went over there?

22          A.    No, I did not.

23          Q.    Okay.

24                MR. VALOIS:  Objection to leading,

25  leading form.  If I say an objection, you still
```

```
 1  have to answer unless I tell you not to talk.
 2                  THE WITNESS:  Okay.
 3                  MR. VALOIS:  You can answer.  I'm
 4  just putting an objection on for the paperwork.
 5  Okay.
 6  BY MR. GUYNN:
 7          Q.   So after you were arrested, what
 8  happened next?
 9          A.   I was put into the car.
10          Q.   To one of the police vehicles?
11          A.   Yes.
12          Q.   Were you taken somewhere?
13          A.   Downtown.
14          Q.   And where downtown did you go?
15          A.   To the magistrate office.
16          Q.   What happened at the magistrate
17  office?
18          A.   They asked what happened.
19          Q.   Did they ask you, or did they ask the
20  officers?
21          A.   They were first.  Both, I do believe,
22  yeah, it was both of us, so they were going first,
23  and then after, it was me.
24          Q.   And when you say they asked you, do
25  you mean the magistrate asked?
```

**EXHIBIT 7**

Page 16

```
1               A.    Yes.

2               Q.    And what did the police officer say?

3               A.    That I hit him, or grabbed him from

4    behind or something.   That was the detective that

5    stated that, and then it was a police officer

6    standing with him.

7               Q.    And did the police officer standing

8    there with him say anything about you?

9               A.    They were whispering, so I didn't

10   really hear anything.   He like agreed with him, or

11   whatever they were writing down.

12              Q.    The police officer agreed with the

13   detective?

14              A.    Yes.

15              Q.    Do you know which police officer it

16   was?

17              A.    I do not.

18              Q.    Did you have a chance to talk to the

19   magistrate?

20              A.    I don't remember.

21              Q.    So when -- what happened after the

22   officers talked to the magistrate?

23              A.    I don't remember that either.

24              Q.    Okay.  Did you go home that day?

25              A.    No, I didn't.
```

```
 1                      MR. VALOIS:  I'm going to object to
 2  foundation.  I think it might be helpful to
 3  describe what a magistrate is.  I don't think she
 4  understands.  When you're saying magistrate, I
 5  don't know that she understands what that person
 6  is.
 7                      Do you know what a magistrate is?
 8                      THE WITNESS:  Talking about the
 9  people downtown, where they asked you what
10  happened, right?  Where you go to tell them what
11  happened?
12                      MR. VALOIS:  Well, the police?
13                      THE WITNESS:  The police?
14                      MR. VALOIS:  Well, I think she may be
15  conflating the police officer's questioning her at
16  the jail versus the magistrate behind the glass,
17  taking her oath and stuff.
18                      THE WITNESS:  No.  I know what he's
19  saying.
20                      MR. VALOIS:  Okay.  Never mind.
21  BY MR. GUYNN:
22        Q.   I think we were on the same page,
23  weren't we?
24        A.   Yes.
25        Q.   You were, the officers went in with
```

**EXHIBIT 7**

```
1   you, there was somebody behind the window --
2              A.   Right, yeah.
3              Q.   -- asked the officers questions?
4              A.   Uh-huh.  I even remember when I
5   giggled, because I heard him when he lied on me and
6   said that I hit him.  And I think, you know,
7   because of me laughing is probably why they locked
8   me up.
9              Q.   All right.  Did they take you
10  straight from the magistrate's office to the jail?
11             A.   Yes, I do believe so.
12             Q.   Okay.  And then did you have
13  any -- were you questioned by anybody at the jail?
14             A.   No.
15             Q.   Okay.  When they checked you in at
16  the jail, did they ask you a bunch of questions
17  about your health and things like that?
18             A.   Yes.
19             Q.   And gave you a uniform to put on?
20             A.   Yes.
21             Q.   Did they put you in a -- I take it,
22  in a cell?
23             A.   Yes.
24             Q.   And was that a cell and -- like that
25  opened up to a big area with a TV in it and all
```

**EXHIBIT 7**

```
 1  that?
 2           A.   It was the holding cell.
 3           Q.   Okay.  So you were in the holding
 4  cell in the beginning?
 5           A.   Yes.
 6           Q.   Were you ever -- how long were you in
 7  the jail?
 8           A.   It was either five to seven days.
 9           Q.   Did you stay in the holding cell the
10  whole --
11           A.   Yes.
12           Q.   -- five or seven days?
13           A.   I did.
14           Q.   And was that the jail just right down
15  here in Lynchburg?
16           A.   Yes.
17           Q.   I know it was jail, okay, but
18  otherwise, I mean, were the people who worked in
19  the jail, did they treat you fairly?
20           A.   Yes.
21           Q.   Did you have any other interviews
22  with any police officers during the time that you
23  were in jail?
24           A.   No.
25           Q.   Once you got out of jail, you then
```

**EXHIBIT 7**

```
 1  had to go to court; right?
 2          A.   Right.
 3          Q.   And I don't know how long it was
 4  between the two?
 5          A.   Me neither.
 6          Q.   But did you talk to any police
 7  officers between the time you got out of jail and
 8  went to court?
 9          A.   No.
10          Q.   Prior to this incident, did you know
11  any of those police officers?
12          A.   No.
13          Q.   Have you had occasion to run into
14  them since then?
15          A.   No.
16          Q.   Have you had any other experiences
17  with police officers that were negative?
18          A.   No.
19          Q.   When they put you on the ground, did
20  you suffer any injuries?
21          A.   No.
22          Q.   Have you sought any medical treatment
23  as a result of this incident?
24          A.   No.
25          Q.   Are you currently employed?
```

**EXHIBIT 7**

Page 21

```
 1              A.   No.
 2              Q.   Were you employed at the time of this
 3  incident?
 4              A.   No.
 5              Q.   Did I ask you if you're married?
 6              A.   Yes, you did.
 7              Q.   Okay.  You live at Old Mill Road with
 8  your three kids?
 9              A.   Yes.
10              Q.   Their father or --
11              A.   Alone.
12              Q.   -- alone?
13              A.   Myself.
14              Q.   Just the three, the four of y'all?
15  I'm sorry.
16              A.   Yes.
17              Q.   Did you know whose car your brother
18  was driving, or truck, as you recall it?
19              A.   No.
20                   MR. GUYNN:  I don't have any other
21  questions.
22                    E X A M I N A T I O N
23  BY MR. VALOIS:
24              Q.   Aquasha, I got to ask you a couple
25  questions.  All right.
```

**EXHIBIT 7**

```
 1              When they took you to jail, you said
 2  you were in jail five to seven day?
 3          A.   Uh-huh.
 4          Q.   You were in solitary?
 5          A.   What is that?
 6          Q.   Were you in a room by yourself the
 7  whole time?
 8          A.   Yeah, I was in a room by myself.
 9          Q.   So this would have been in the intake
10  department?
11          A.   Yeah.  The holding cell.
12          Q.   Well, is it in the basement in the
13  intake department?  Do you know?
14          A.   In the basement?
15          Q.   You wouldn't know, would you?  Yeah.
16  Because you can't tell from inside.  Let me
17  rephrase.
18              Was there a room with a big counter
19  in the middle where the jailer sat, where the
20  correctional officer sat?
21          A.   I want to say yes.  I don't really
22  remember what it looked like.
23          Q.   But you were in a room by yourself?
24          A.   Yes.
25          Q.   Did you get to watch TV?
```

```
 1              A.    No.   There was no TV.
 2              Q.    Did you get books?
 3              A.    No.
 4              Q.    Did you spend 24 hours 7 in the same
 5  cell?
 6              A.    Yes.
 7              Q.    Right.   By yourself?
 8              A.    Yeah.
 9              Q.    Were you strip searched?
10              A.    Strip searched?
11              Q.    Did they -- were you forced to get
12  naked and get searched before they --
13              A.    Yes.
14              Q.    You had to go through that?
15              A.    Uh-huh.
16              Q.    All right.   Did you enjoy that?
17              A.    No.
18              Q.    No?   Was it humiliating?
19              A.    Yeah.
20              Q.    All right.   And when you got out, you
21  were on bond?
22              A.    Yes.
23              Q.    And did you -- were you living with
24  your mom then still?
25              A.    Yes.
```

**EXHIBIT 7**

```
 1              Q.   And were you allowed to travel freely
 2   while you were on bond?
 3              A.   No.
 4              Q.   All right.  And that just got
 5   resolved when, last year; right?  Your case got
 6   resolved last year; is that right?
 7              A.   Yes.
 8              Q.   You had a different attorney.  I
 9   wasn't representing you in your case; correct?
10              A.   Yes.
11              Q.   Do you remember your attorney's name?
12              A.   I do not.
13              Q.   But your charges were ultimately
14   dismissed; right?
15              A.   Yes.
16              MR. VALOIS:  All right.  I don't have
17   any further questions.
18              MR. GUYNN:  Do you want to read?
19              MR. VALOIS:  Yeah.  Might as well.
20         (Reading and signature reserved.)
21         (Deposition concluded at 10:47 a.m.)
22                        *****
23
24
25
```

```
 1              COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
 2                   I, KIMBERLY A. HENDERSON, a
 3    Registered Professional Reporter and  Electronic
 4    Notary Public in and for the Commonwealth of
 5    Virginia at Large, Notary Registration Number
 6    359658, whose commission expires November 30, 2025,
 7    do certify that the aforementioned appeared before
 8    me, was sworn by me, and was thereupon examined by
 9    counsel; and that the foregoing is a true, correct,
10    and full transcript of the testimony adduced to the
11    best of my ability.
12                   I further certify that I am neither
13    related to nor associated with any counsel or party
14    to this proceeding, nor otherwise interested in the
15    event thereof.
16                   Given under my hand and Notarial seal
17    at Forest, Virginia, this 8th day of November,
18    2024.
19
20
21
22    _____
23         Kimberly A. Henderson, Notary Public
24         Commonwealth of Virginia at Large
25
```

| | |
|---|---|
| 1 | CHANGES REQUESTED TO THE DEPOSITION OF: |
| 2 | AQUASHA SANDIDGE |
| 3 | TAKEN ON:  October 25, 2024 |
| 4 | |
| 5 | Page/Line:      From:            To:            Reason: |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | _____ |
| 12 | _____ |
| 13 | _____ |
| 14 | _____ |
| 15 | _____ |
| 16 | |
| 17 | |
| 18 | _____ |
| 19 | AQUASHA SANDIDGE |
| 20 | |
| 21 | COMMONWEALTH OF VIRGINIA to wit: |
| | Subscribed to and sworn before me |
| 22 | this _____ day of _____ |
| | My commission expires |
| 23 | |
| 24 | |
| 25 | Notary Public                    (AFFIX NOTARY SEAL) |

## A

ability 25:11
actual 13:2
adduced 25:10
AFFIX 26:25
aforementioned 25:7
ago 10:24
agreed 16:10 16:12
agreement 2:3
al 1:3, 1:6
allow 13:11 13:12, 13:13
allowed 24:1
and/or 2:3
answer 4:15 4:23, 4:23, 5:2 15:1, 15:3
anybody 18:13
anyway 9:25 10:6
apartment 7:5 9:5, 14:10
appear 8:15
APPEARANC... 2:10
appeared 25:7
April 6:8, 6:12
Aquasha 1:9 2:1, 3:3, 4:3, 5:7 21:24, 26:2 26:19
area 18:25
arrest 13:11 13:13
arrested 13:16 14:4, 14:18 15:7
asked 15:18 15:24, 15:25 17:9, 18:3
asking 4:12 9:12, 12:7
assist 13:22

## B

back 11:3, 11:15 11:15, 11:23 12:17
background 6:4
basement 22:12 22:14
beginning 19:4
behalf 2:2
believe 7:14 11:10, 15:21 18:11
best 25:11
big 18:25, 22:18
bit 9:24
bond 23:21 24:2
books 23:2
bring 11:14
brother 6:23 7:17, 8:17, 9:1 9:22, 13:23 14:17, 21:17
brought 4:10 11:2, 11:23
BROWN 1:3
bunch 18:16

## C

called 6:2
car 6:24, 9:2 9:6, 9:11, 9:12
14:17
associated 25:13
ASSOCIATES 2:12
assume 4:16
attorney 2:8 24:8
attorney's 24:11
Avenue 2:16
aware 6:15 6:15
9:15, 9:22, 15:9 21:17
CARROLL 2:16
case 1:5, 24:5 24:9
catch 14:5
cell 18:22, 18:24 19:2, 19:4, 19:9 22:11, 23:5
certify 25:7 25:12
chance 16:18
CHANGES 26:1
charges 24:13
checked 18:15
children 5:17
Church 2:8
City 1:6, 2:8
clarify 4:15, 8:7
clothes 12:25
College 2:16
come 12:15
coming 13:17
commencing 2:6
commission 25:6, 26:22
Commonwealth 2:6, 25:1, 25:4 25:24, 26:21
concluded 24:21
conflating 17:15
conversation 8:16
correct 24:9 25:9
correctional 22:20
counsel 2:10 2:15, 2:20, 25:9 25:13
counter 22:18
couple 21:24
court 1:1, 4:20
20:1, 20:8
currently 20:25

## D

dad 12:14 12:15
day 16:24, 22:2 25:17, 26:22
days 19:8, 19:12
dead 8:7
defendants 1:7 2:2, 2:20, 4:10
department 22:10, 22:13
Deposition 1:9 2:1, 24:21, 26:1
depositions 2:3
describe 17:3
detective 10:9 12:23, 16:4 16:13
detectives 13:3
different 13:1 24:8
dismissed 24:14
distracted 10:6
DISTRICT 1:1 1:1
DIVISION 1:2
doing 13:19 13:25, 14:4
door 9:5, 12:17
downtown 15:13, 15:14 17:9
driving 21:18

## E

earlier 12:1
eating 6:18
educational 6:3
either 4:14 16:23, 19:8
Electronic 25:3
employed 20:25 21:2
enjoy 23:16
ESQUIRE 2:14 2:19, 2:19
et 1:3, 1:6
event 25:15
Examination 3:4, 3:5
examined 25:8
experiences 20:16
expires 25:6 26:22

## F

fairly 19:19
father 21:10
figure 13:18
finish 4:22, 4:24 6:4
first 6:14, 6:15 15:21, 15:22
FITZGERALD 2:19
five 19:8, 19:12 22:2
follows 4:4
forced 23:11
foregoing 25:9
Forest 25:17
form 14:25
foundation 17:2
four 5:22, 21:14
four-year-old 5:23
freely 24:1
front 9:15, 9:19 14:11
fruitful 11:16
full 25:10
further 24:17 25:12

## G

giggled 18:5
give 12:14
Given 25:16
glad 4:14
glass 17:16
go 5:23, 7:7
  13:22, 15:14
  16:24, 17:10
  20:1, 23:14
going 4:11, 4:16
  7:12, 8:16, 9:25
  10:1, 10:3, 10:8
  15:22, 17:1
good 4:7, 4:8
  4:21
gotten 11:9
grabbed 10:9
  13:17, 16:3
Grooms 8:24
ground 10:14
  12:4, 12:9
  12:19, 12:21
  13:9, 20:19
guess 13:10
  14:10
Guynn 2:16
  2:19, 3:4, 4:6
  4:9, 8:14, 11:17
  11:18, 15:6
  17:21, 21:20
  24:18

## H

hand 25:16
handcuffed 10:7
  13:14
happened 15:8
  15:16, 15:18
  16:21, 17:10
  17:11
hard 9:21
Head 6:2
health 18:17

hear 4:13, 4:20
  16:10
heard 4:16, 18:5
help 4:24, 8:6
helpful 17:2
Henderson 1:25
  2:4, 25:2, 25:23
high 6:4
hit 10:14, 12:9
  16:3, 18:6
holding 19:2
  19:3, 19:9
  22:11
home 16:24
honestly 8:18
  12:10
hours 23:4
house 7:4
huh-uh 5:2, 5:3
humiliating
  23:18

## I

incident 6:7
  7:21, 7:25, 10:2
  10:4, 20:10
  20:23, 21:3
injuries 20:20
inside 22:16
intake 22:9
  22:13
interested 25:14
interrupt 8:6
interviews
  19:21

## J

jail 17:16, 18:10
  18:13, 18:16
  19:7, 19:14
  19:17, 19:19
  19:23, 19:25
  20:7, 22:1, 22:2
jailer 22:19

JAMES 2:12
Jim 2:19, 4:9
jimg@guynnw...
  2:18
JOHN 2:19
john@guynnw...
  2:18
JR 2:19

## K

kept 13:25, 14:1
kids 5:18, 5:19
  21:8
Kimberly 1:25
  2:4, 25:2, 25:23
kind 10:5, 10:7
know 6:6, 9:9
  9:15, 9:19, 10:8
  11:3, 12:8
  12:10, 13:2
  13:8, 13:19
  13:19, 14:7
  16:15, 17:5
  17:7, 17:18
  18:6, 19:17
  20:3, 20:10
  21:17, 22:13
  22:15
kthomas@vbcl...
  2:14

## L

Large 2:6, 25:1
  25:5, 25:24
laughing 18:7
lawsuit 4:10
leading 14:24
  14:25
left 9:6, 9:8
  9:18
LEGAL 2:12
lied 18:5
lights 6:20
little 9:24

live 5:11, 5:12
  5:15, 21:7
living 23:23
LOCKABY
  2:16
locked 18:7
long 19:6, 20:3
look 7:20
looked 6:17
  22:22
lot 7:15, 9:25
  10:1
Lynchburg 1:2
  1:6, 1:12, 2:8
  2:9, 2:13, 19:15
LYNETTE 1:3

## M

magistrate
  15:15, 15:16
  15:25, 16:19
  16:22, 17:3
  17:4, 17:7
  17:16
magistrate's
  18:10
married 5:13
  21:5
mean 15:25
  19:18
medical 20:22
middle 22:19
Mill 5:12, 5:16
  21:7
Millers 12:22
  12:23
mind 17:20
mine 8:9
minutes 10:24
mom 8:4, 10:6
  10:25, 13:16
  13:22, 14:9
  14:16, 23:24
moment 7:19
morning 4:7

4:8, 4:12
mother 7:9
  11:23
mother's 7:4
  7:5, 9:5
moved 10:22

## N

naked 23:12
name 4:9, 5:6
  12:22, 24:11
negative 20:17
neither 20:5
  25:12
never 10:19
  17:20
night 7:15, 9:25
nighttime 6:18
Notarial 25:16
Notary 2:5, 25:4
  25:5, 25:23
  26:25, 26:25
notice 2:3
November 25:6
  25:17
Number 25:5

## O

oath 17:17
object 17:1
objection 14:24
  14:25, 15:4
occasion 20:13
occurred 6:7
  6:11
October 1:10
  2:7, 4:1, 26:3
office 15:15
  15:17, 18:10
officer 8:16
  8:24, 10:9, 16:2
  16:5, 16:7
  16:12, 16:15
  22:20

| | | | | |
|---|---|---|---|---|
| **officer's** 17:15 | 11:8, 11:22 | **R** | 9:15, 9:17, 11:2 | 11:15 |
| **officers** 7:16 | 12:13 | | 11:11, 11:13 | **show** 5:4 |
| 15:20, 16:22 | **Plaintiffs** 1:4 | **read** 24:18 | 11:25, 12:2 | **showing** 12:11 |
| 17:25, 18:3 | 2:15 | **Reading** 24:20 | 13:5, 13:7 | **side** 9:7, 9:20 |
| 19:22, 20:7 | **point** 12:15 | **really** 12:10 | 13:15, 14:19 | **sidewalk** 14:10 |
| 20:11, 20:17 | 14:16 | 14:7, 16:10 | 17:10, 18:2 | 14:14 |
| **offices** 2:7 | **police** 6:8, 6:16 | 22:21 | 18:9, 19:14 | **signature** 24:20 |
| **okay** 4:17, 4:18 | 7:16, 8:16, 13:2 | **reason** 12:7 | 20:1, 20:2 | **solitary** 22:4 |
| 5:4, 5:9, 6:11 | 15:10, 16:2 | 26:5 | 21:25, 23:7 | **somebody** 11:12 |
| 8:21, 9:21, 10:1 | 16:5, 16:7 | **recall** 7:2, 7:14 | 23:16, 23:20 | 18:1 |
| 11:8, 11:21 | 16:12, 16:15 | 8:18, 9:10 | 24:4, 24:5, 24:6 | **sorry** 21:15 |
| 12:2, 12:6 | 17:12, 17:13 | 21:18 | 24:14, 24:16 | **sort** 9:5 |
| 12:12, 14:6 | 17:15, 19:22 | **record** 10:5 | **RIVER** 2:12 | **sought** 20:22 |
| 14:23, 15:2 | 20:6, 20:11 | **recorded** 11:22 | **Road** 2:12, 5:12 | **sound** 6:12 |
| 15:5, 16:24 | 20:17 | **recording** 10:5 | 5:16, 21:7 | **speak** 4:20 |
| 17:20, 18:12 | **pre-kindergart...** | 10:11, 10:16 | **room** 22:6, 22:8 | **spell** 5:3 |
| 18:15, 19:3 | 5:24 | 10:16, 10:17 | 22:18, 22:23 | **spend** 23:4 |
| 19:17, 21:7 | **Prior** 20:10 | 12:3 | **RPR** 1:25 | **standing** 9:10 |
| **old** 5:9, 5:12 | **probably** 12:9 | **regard** 9:11 | **run** 20:13 | 9:14, 14:13 |
| 5:16, 5:21, 21:7 | 18:7 | **Registered** 2:4 | | 16:6, 16:7 |
| **once** 10:14, 12:9 | **proceeding** | 25:3 | **S** | **standpoint** 9:4 |
| 19:25 | 25:14 | **Registration** | | **start** 4:22, 4:23 |
| **open** 11:15 | **Professional** 2:5 | 25:5 | **Salem** 2:17 | 6:2 |
| **opened** 18:25 | 25:3 | **related** 25:13 | **Sandidge** 1:9 | **stated** 16:5 |
| **opportunity** | **Public** 2:5, 25:4 | **remember** 6:9 | 2:1, 3:3, 4:3, 5:7 | **STATES** 1:1 |
| 7:20 | 25:23, 26:25 | 7:15, 8:23 | 6:7, 26:2, 26:19 | **stay** 19:9 |
| **opposed** 5:2 | **pull** 13:20 | 16:20, 16:23 | **sat** 22:19, 22:20 | **stop** 10:11 |
| **outside** 7:8, 7:10 | **pursuant** 2:2 | 18:4, 22:22 | **saw** 6:20 | 10:15, 12:3 |
| | **pushed** 12:17 | 24:11 | **saying** 17:4 | 12:6 |
| **P** | **put** 15:9, 18:19 | **repeat** 4:14 | 17:19 | **stopped** 12:3 |
| | 18:21, 20:19 | **rephrase** 22:17 | **school** 5:23, 6:1 | **stored** 8:3 |
| **P.C** 2:16 | **putting** 15:4 | **REPORTED** | 6:4 | **straight** 9:6 |
| **page** 3:2, 17:22 | | 1:25 | **seal** 25:16 | 18:10 |
| **Page/Line** 26:5 | **Q** | **reporter** 2:5 | 26:25 | **street** 2:8, 12:25 |
| **paperwork** 15:4 | | 4:20, 25:3 | **searched** 23:9 | **strip** 23:9, 23:10 |
| **particular** 8:12 | **question** 4:13 | **represent** 4:9 | 23:10, 23:12 | **stuff** 10:2, 17:17 |
| **party** 25:13 | 4:16, 4:22, 4:24 | **representing** | **see** 6:22, 9:1 | **Subscribed** |
| **PAUL** 2:14 | **questioned** 7:13 | 24:9 | 9:12, 9:13, 9:22 | 26:21 |
| **people** 17:9 | 18:13 | **REQUESTED** | 9:24, 13:15 | **suffer** 20:20 |
| 19:18 | **questioning** | 26:1 | 14:8, 14:20 | **sure** 4:11, 7:1 |
| **person** 17:5 | 17:15 | **reserved** 24:20 | **seen** 6:19, 7:23 | 7:19, 10:23 |
| **personally** 8:12 | **questions** 4:12 | **resolved** 24:5 | 12:7, 13:16 | 11:10, 12:23 |
| **perspective** 9:4 | 18:3, 18:16 | 24:6 | 14:3 | **sworn** 4:4, 25:8 |
| **phone** 8:3 | 21:21, 21:25 | **result** 20:23 | **seven** 19:8 | 26:21 |
| 10:15, 10:18 | 24:17 | **right** 6:12, 7:3 | 19:12, 22:2 | |
| 10:19, 10:21 | | 8:4, 9:7, 9:8 | **Shanta** 1:3 | |

**T**

tablet 8:6, 8:7
10:17, 10:20
10:22, 10:25
11:6, 11:9
11:24
take 2:3, 7:24
9:1, 11:6, 18:9
18:21
taken 2:1, 12:18
15:12, 26:3
talk 15:1, 16:18
20:6
talked 16:22
talking 7:16
8:13, 10:24
17:8
tell 4:14, 6:14
12:14, 15:1
17:10, 22:16
telling 11:20
testified 4:4
testimony 25:10
thereof 25:15
thing 4:19, 5:1
8:8
things 18:17
think 6:25, 7:1
7:18, 7:23, 8:4
8:10, 8:10, 8:13
8:24, 8:24, 9:3
9:19, 10:14
11:19, 12:13
12:16, 12:17
12:22, 12:23
13:1, 13:18
13:24, 17:2
17:3, 17:14
17:22, 18:6
thinking 13:6
three 5:17, 5:19
21:8, 21:14
Timberlake
2:12
time 8:20, 10:13

19:22, 20:7
21:2, 22:7
told 4:11, 11:2
11:25
transcribed 2:2
transcript 4:21
4:25, 5:4, 25:10
travel 24:1
treat 19:19
treatment 20:22
tried 12:16
13:24, 14:1
truck 6:23, 6:24
6:25, 7:1, 21:18
true 25:9
try 4:21, 5:1
trying 10:5
13:18, 13:20
14:17
turned 10:7
13:15
TV 18:25, 22:25
23:1
two 5:22, 20:4

**U**

uh-huh 5:2, 5:3
6:21, 7:6, 9:16
18:4, 22:3
23:15
ultimately 24:13
understand
4:13, 11:19
13:21
understanding
5:6
understands
17:4, 17:5
understood 4:17
uniform 12:24
13:2, 18:19
uniforms 13:4
UNITED 1:1
usually 13:3

**V**

Valois 2:14, 3:5
4:11, 8:5, 8:10
11:14, 14:24
15:3, 17:1
17:12, 17:14
17:20, 21:23
24:16, 24:19
vehicles 15:10
versus 17:16
video 7:21, 7:24
8:2, 8:12, 10:21
10:25, 11:3
11:5, 11:6, 11:8
12:4, 12:6
Virginia 1:1
1:12, 2:6, 2:9
2:13, 2:17, 25:1
25:5, 25:17
25:24, 26:21
vouch 8:12

**W**

WADDELL
2:16
wait 4:23
walked 6:18
want 8:6, 11:14
22:21, 24:18
watch 22:25
way 11:9, 14:9
wear 13:3
went 7:9, 14:21
17:25, 20:8
WESTERN 1:1
whispering 16:9
window 6:17
6:19, 18:1
wit 25:1, 26:21
WITNESS 3:2
8:9, 15:2, 17:8
17:13, 17:18
woman 8:24
8:25

word 5:2
worked 19:18
writing 16:11
wrong 13:19
13:21

**Y**

y'all 21:14
yeah 5:5, 6:21
8:10, 9:3, 9:16
11:17, 12:1
13:21, 13:24
15:22, 18:2
22:8, 22:11
22:15, 23:8
23:19, 24:19
year 24:5, 24:6
yell 8:21
yelling 8:19
8:25, 12:14

**1**

10:25 1:11, 2:7
4:1
10:47 1:11
24:21

**2**

2020 6:8, 6:12
2024 1:10, 2:7
4:1, 25:18, 26:3
2025 25:6
21 3:5
23 5:10
24 23:4
24153 2:17
24502 2:13
25 1:10, 2:7, 4:1
26:3
28th 6:12

**3**

30 25:6
359658 25:6

**4**

4 3:4
415 2:16
434.845.4529
2:13

**5**

540.387.2320
2:17

**6**

6:23cv00054 1:5
6105 5:12, 5:15

**7**

7 23:4
7601 2:12

**8**

8th 25:17

**9**

900 2:8