Exhibit 9

Officer Seth Reed Body Cam to be provided via USPS