Exhibit 10

Officer Tereika Grooms Dash Cam 1 to be provided via USPS

{00563922.DOCX }