Exhibit 11

Officer Seth Reed Dash Cam to be provided via USPS

{00563924.DOCX }