

# EMPLOYEE INJURY/ILLNESS REPORT

## EMPLOYEE INFORMATION

| | | |
|---|---|---|
| Date: 04/29/20 | Date Hired: 01/09/08 | Sex: M |
| Employee Name: Robbin G. Miller | | SS#: [redacted] |
| Department: Lynchburg Police Department | | Date of Birth: [redacted] |
| Position Title: Detective | | |
| Home Address: [redacted] | Home Phone #: [redacted] | |
| | Work Phone #: 434.455.6160 | |

## INCIDENT INFORMATION

| | |
|---|---|
| Date of incident: 04/28/20 | Time Employee Shift Began: 3:00pm |
| Years/Months of Service: 12 yrs 4 mos | Time of Incident: 10:08pm |
| Location of incident: 1503 Kemper St, Lynchburg, VA | |

**What was the employee doing before the incident occurred? Describe the activity, tools and equipment in use, be specific.** Making an arrest of several person obstructing / resisting

**What happened? Tell how the injury occurred.** While arresting a female, another female grabbed me from behind (assaulting an officer) and during the struggle I fell to the ground striking my elbow on the sidewalk

**What was the injury or illness? Part of body affected and how.** Right elbow

**What object or substance directly harmed the employee? Tool, equipment, vehicle, etc.** Sidewalk

| | Yes | No |
|---|---|---|
| Personal Protective equipment in use? | ☐ | ☒ |
| If yes, please describe. | | |
| Report for reporting purpose only? | ☒ | ☐ |
| First Aid treatment? | ☐ | ☒ |
| Medical treatment? | ☐ | ☒ |
| Lost Time From Work/Restricted Duty | ☐ | ☒ |
| Employee hospitalized overnight? | ☐ | ☒ |

For injuries requiring medical attention, a provider from the City of Lynchburg Panel of Physician's must be seen for treatment of all work related injuries. Which provider did you use?

☐ Physician's Treatment Center  ☐ Health Works  ☐ Lynchburg General Emergency Room

Employee Signature _[signature]_    Date 04/29/20
Supervisor Signature _[signature]_    Date 4/30/2020
Supervisor's Name (Print) Sgt. Ronald Coleman    Contact # 434.455.6169

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE THE CITY OF LYNCHBURG, FILES ANY ACCIDENT

City of Lynchburg — Department of Risk Management    CITY 000050    ED-2017

REPORT CONTAINING ANY FALSE OR MISLEADING INFORMATION OR FURTHER COMPLICATES THE INJURY MAY BE SUBJECT TO DISCIPLINARY ACTION, INCLUDING DISMISSAL.

Case 6:23-cv-00054-NKM-CKM   Document 43-12   Filed 11/27/24   Page 2 of 2
Pageid#: 660

**EXHIBIT 12**  **CONFIDENTIAL**

## SUPPLEMENTAL INFORMATION

**Additional Information:** Sgt. B. Isner advised of injury on scene at time of occurrence. Sgt. B. Williams (supervisor in my office) notified today and advised to leave this form on Sgt. R. Coleman's desk for signature on morning of April 30, 2020.

Injury does not appear to be serious requiring any treatment. Report made for purposes of having it documented should injury become problematic in future. Photos were taken.