Exhibit 13

Officer Thomas Hall Dash Cam to be provided via USPS