Exhibit 14

Officer Tereika Grooms Dash Cam 2 to be provided via USPS

{00563927.DOCX }