# Lynchburg Police Department — Incident/Investigation (INTERNAL COPY)

**Agency Name:** Lynchburg Police Department
**ORI:** VA1140000
**Case#:** 2020-006129
**Date / Time Reported:** 04/28/2020 22:08 Tue
**Last Known Secure:** 04/28/2020 22:08 Tue
**At Found:** 04/28/2020 22:08 Tue
**Location of Incident:** 1503 KEMPER ST, Lynchburg VA 24501
**Premise Type:** Highway/road/alley
**Zone/Tract:** SD, LPD
** Contains Restricted Names **

## Incident Data

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Assault/on Pol Offi  4F | F | Personal Weapons (hands, Etc.) | | | | N |
| #2 | Drug Violation  18A | M | | | | | P |
| #3 | Drug Paraphenal  18B | M | | | | | P |

**MO:**

## Victim

**# of Victims:** 4  **Type:** SOCIETY / PUBLIC  **Injury:**

| | Victim/Business Name | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | Commonwealth Of Virginia | 2,3,4 | | | | | | |

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## Others Involved

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** LAW ENFORCEMENT OFFICER   **Injury:** None

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | MILLER, Z S  Restricted | 1 | [redacted] | W | M | 1RU,2RU | Non-Residen | |

**Home Address:**  **Home Phone:**
**Employer Name/Address:** Lynchburg Police Department (OFFICER)  **Business Phone:**  **Mobile Phone:**

**Type:** LAW ENFORCEMENT OFFICER   **Injury:** None

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V3 | REED, S C  Restricted | 1 | [redacted] | W | M | 1RU,2RU | Resident | |

**Home Address:** 905 COURT ST LYNCHBURG, VA 24504  **Home Phone:**
**Employer Name/Address:** Lynchburg Police Dept (OFFICER)  **Business Phone:**  **Mobile Phone:**

## Property

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 3 | 11 | 6 | $10.00 | | 0 | SCALE | | |
| 1 | 11 | 6 | $0.01 | | 0 | CLEAR CORNER BAGGIES | | |
| 1 | 11 | 6 | $0.01 | | 0 | ROLLING PAPERS | | |
| | PSU | 1 | $0.00 | | 1 | 2011 SIL, VUS5083 VA | KIA | KNDJT2A26B7235407 |

**Officer/ID#:** MILLER, Z. S. (075841)
**Invest ID#:** (0)
**Supervisor:** WORSHAM, P. G. (38490)
**Complainant Signature:**
**Case Status:** Cleared By Arrest  04/28/2020
**Case Disposition:** Not Applicable  04/28/2020
**Page 1**

Printed By: VHE, 5018   Sys#: 446111   07/11/2023 15:58:02

**CONFIDENTIAL**   Incident Report - Additional Offense List   EXHIBIT 15

*Lynchburg Police Department*

OCA: *2020-006129*

Offense List (Continued)   Page 2

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| # 4 | ALL OTHER OFFENSES | | 26 | Com |
| # 5 | O.L. VIOL | | 38K | Com |

**CONFIDENTIAL**  EXHIBIT 15

Incident Report-Additional Name List

Lynchburg Police Department                                OCA: 2020-006129

Additional Name List

** Contains Restricted Names **

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | VI  4 | MILLER, R G | 1, | | 00 | W | M |

Restricted  Address  ,                                         H: - -

Empl/Addr  Lynchburg Police Department, 905 Court St, Lynchburg, Va     B: [redacted]

Email  [redacted]@lynchburgva.gov                              Mobile #: - -

**CONFIDENTIAL**             **EXHIBIT 15**

**INCIDENT/INVESTIGATION REPORT**

*Lynchburg Police Department*

Case # *2020-006129*

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

**DRUGS**

| IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|
| E | 6 | 11.831 | GM | Marijuana | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *None (No bias)*

NARRATIVE

**CONFIDENTIAL**            REPORTING NARRATIVE            EXHIBIT 15

| Lynchburg Police Department | | OCA |
|---|---|---|
| | | 2020-006129 |
| Victim | Offense | Date / Time Reported |
| Society | ASSAULT/ON POL OFFI | Tue 04/28/2020 22:08 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 04/28/2020 I was sitting at the Liberty Warehouse on 12th St. watching traffic on 12th street. A vehicle passed from my left to right approaching 12th St. and Kemper St. as the vehicle was passing in front of me I observed that the vehicle had no front tag displayed on the front of the vehicle and it was not showing in the front windshield of the car. I fell in behind the vehicle on 12th St. approaching Kemper St. the vehicle made a right onto Kemper St. and this is when I called in the stop. The vehicle was bearing VA tag # VUS5083. I then initiated my emergency lights and our final was in the parking lot of the Kemper St. Lofts located at 1406 Kemper St.

I approached the vehicle from the driver's side of the vehicle and told the driver why I had pulled him over. I then asked to see his driver's license and registration and the driver told me he did not have a license. I then asked for his SSN to which he provided it and was identified as Terron Pannell (OF1). I then returned to my vehicle and started running his name through NCIC/VCIN. See officer T. Grooms supplement for further information on consent to search the vehicle. I was made aware by Officer Grooms that consent had been denied so I called for K9 officer Reed to come to the scene based on consent being denied as well as Terron's gang involvement and previous marijuana convictions. I then began working on issuing Terron a summons for operating a motor vehicle in the state of VA without a license. While I was working on my paperwork two females identified as Shanta Brown (OF2) and Aquasha Sandidge (IO3) exited the building and approached the vehicle that I had performed a traffic stop on. I had to step out of my car and ask the two females to step away from the vehicle. I then returned back inside my patrol car to continue issuing the ticket. K9 officer Reed arrived on scene and I told him there was one occupant in the vehicle and consent had been denied. Officer Reed then approached the vehicle while I was still writing the summons. Please see Officer Reed's supplement for further information when he got to the vehicle.

I looked up from my ticket and saw Officer Reed open the door of the vehicle and reach in so I immediately exited my patrol car to assist him with what was going on. When I arrived to the suspect car, Terron was saying repeatedly he was scared and he wasn't going to get out of the vehicle. At this point we extracted Terron from the vehicle and had to place him on the ground to handcuff him. I then with Officer Reed picked Terron up and walked him to my patrol car. Terron had a strong odor of marijuana coming from his person so I attempted to search Terron. I told him to spread his legs and I kicked his left foot away from his right foot. Terron then attempted to shift his legs back together and attempted to pull away from me and Officer Reed. At this point I scooped Terron's legs out from under him and we had to take him down to him to the ground for a second time. At this point Shanta ran up on me and Officer Reed and shoved both of us like she was trying to get us off of Terron. I immediately had to shove Shanta backwards from Officer Reed and I. Officer Reed then instructed me to go help Officer Grooms and place both females in handcuffs. While Officer Grooms and I were attempting to detain Shanta she was thrashing and immediately jerked her arm back from me. At this point I placed Shanta on the ground with the assistance of Officer Grooms. At this point Officer R. Miller arrived on scene and was attempting to help me place Brown in handcuffs. We were on the sidewalk in front of the building and Aquasha was inbetween the building and us. Aquasha was screaming and thrashing as well and being disorderly so Officer Miller attempted to detain her as well. Please see Officer R. Miller's supplement for further on how he was assaulted. I saw Aquasha pull Officer Miller down to the ground so I immediately lunged onto her so that she could not gain control on top of Officer Miller. Officer Miller was able to regain control of Aquahsa so I then lunged back towards Shanta who was still fighting and resisting arrest. Officer Grooms and I were able to place Shanta under arrest. I then assisted Officer R. Miller with placing Aquasha under arrest. Other officers arrived on scene at this time and began to assist with crowd control.

Please see officer Reed's supplement for further information on where a bag of suspected marijuana was found on Terron during search incident to arrest.

| Reporting Officer: MILLER, Z. S. | Printed By: VHE, 5018    07/11/2023 15:58 | CITY 000008    Page 5 |
|---|---|---|
| R_CS3NC | | |

**CONFIDENTIAL**  **REPORTING NARRATIVE**  EXHIBIT 15

| Lynchburg Police Department | | OCA 2020-006129 |
|---|---|---|
| Victim: Society | Offense: ASSAULT/ON POL OFFI | Date / Time Reported: Tue 04/28/2020 22:08 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I then was able to search the vehicle. Multiple torn corner baggies were found amongst the front seat of the vehicle that in my training and experience is used for the distribution of marijuana. A scale was also located in the rear of the vehicle that based on my training and experience is a way someone distributing narcotics uses to know they are selling the correct amount. Also a rolling paper device was located inside of the vehicle.

All items seized were turned into P&E.

The suspected marijuana has been sent to the lab using certified mailing number 7020 0090 0001 7083 0212.

Terron Pannell was transported to BRRJ and the following charges were obtained
- Fail to display front license plate
- Driving without a license
- Misdemeanor PWID marijuana
- Obstruction x2

Shanta Brown was transported to BRRJ and the following charges were obtained
- Obstruction x2
- Assault on LEO X2

Aquasha Sandidge was transported to BRRJ and the following charges were obtained.
- Obstruction
- Assault on LEO

Nothing else further to report.

# Incident Report Suspect List

**Lynchburg Police Department**

OCA: 2020-006129

## 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| PANNELL, TERRON LASHAWN | | 1503 KEMPER ST - 103<br>LYNCHBURG, VA 24501 |

Business Address: E C GLASS HIGH SCHOOL
434- - , STUDENT

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | 21 | B | M | N | 600 | 160 | BRO | BRO | | NONE |

Scars, Marks, Tattoos, or other distinguishing features
TAT R  FOREARM / NAME;  TAT L  FOREARM / STARS/NAME;  TAT L  ARM / INITIALS;  TAT R  ARM / EST/DATE;
TAT L  ARM / STARS/CLOUD/BIBLE VERSE

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes                                           Physical Char

## 2

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| BROWN, SHANTA LYNETTE | BROWN, CHANTA L;<br>SANDIDGE, SHAUNTA | 1503 KEMPER ST - 103<br>LYNCHBURG, VA 24501-1971 |

Business Address: BUCKINGHAM CORRECTIONAL OFFICE, BUCKINGHAM, VA

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | 41 | B | F | N | 508 | 220 | BLK | BRO | | VA |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes                                           Physical Char

**CONFIDENTIAL**  **EXHIBIT 15**

## Incident Report Suspect List

Lynchburg Police Department

OCA: 2020-006129

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 3 | SANDIDGE, AQUASHA RENEE | | 1503 KEMPER ST - 103 LYNCHBURG, VA 24501 |

Business Address: FORT HILL
434- - , STUDENT

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | 19 | B | F | N | 503 | 180 | BLK | BRO | | |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| Veh Yr / Make / Model | | Drs | Style | Color | Lic Plate / State | | VIN |

Notes

Physical Char

## Incident Report Related Vehicle List

Lynchburg Police Department

OCA: 2020-006129

| # | VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|
| 1 | 2011 KIA | 4D | SIL | VUS5083 VA 2020 | KNDJT2A26B7235407 |

| IBR Status | Date | Location | | |
|---|---|---|---|---|
| None | 04/28/2020 | 1503 KEMPER ST, LYNCHBURG VA | | |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
|  | $0.00 | 9999 | Locally |  |  |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| * No name * |  |  |

| Business Address | |
|---|---|
|  |  |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Notes

# CASE SUPPLEMENTAL REPORT

*Original*    Printed: 07/11/2023 15:58

*Lynchburg Police Department*    OCA: **2020006129**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | |
|---|---|
| Case Status: *Cleared By Arrest* | Offense: *ASSAULT/ON POL OFFI* |
| Case Mng Status: *NA* | Occured: *04/28/2020* |
| Investigator: *MILLER, R. G. (066)* | Date / Time: *04/29/2020 17:02:11, Wednesday* |
| Supervisor: *WILLIAMS, B. E. (043)* | Supervisor Review Date / Time: *04/30/2020 13:19:38, Thursday* |
| Contact: | Reference: *Supplement* |

APRIL 28, 2020

While working evening shift with CID, I monitored a Officer Help call on a traffic stop at 1503 Kemper St.

I responded to that location and observed Officer S. Reed struggling with a black male in handcuffs on the ground. Reed advised that the two black females needed to be detained as well. Officers T. Grooms and Z. Miller approached the two females at the front entrance to Jobbers Apartments. They were trying to arrest SHANTA BROWN who was actively resisting. At that point AQUASHA SANDIDGE was advancing on each of us and cursing. I then tried to take SANDIDGE into custody and she shoved me in the chest. I then secured her left arm behind her back while she was still flailing with her right arm. He was trying to use her phone in her right hand and began to jump up and down and fell landed on me making me fall to the ground. Officer Miller then jumped on top of SANDIDGE until I got control of her. Officer Miller then was able to assist Officer Grooms with getting BROWN handcuffed. He then assisted me in getting SANDIDGE in handcuffs. Both females were placed in separate patrol cars. During the incident, I injured my elbow and took pictures of same.

I then went over and assisted Officer Reed with getting TERRON PANNELL up and off the ground to be placed in the patrol car for transport. We leaned him against the patrol car so that we could search him prior to putting him in the car. While Officer Reed was searching him, he became extremely hostile and began throwing his body weight around. He was physically resisting the search. He was throwing himself back and kicking his legs up in the air. We took him to the ground in an effort to search him, and to place shackles on his ankles. Shortly thereafter a bag of marijuana was recovered inside his pants.

I obtained a warrant on SANDIDGE for Assaulting a Police Officer.

Nothing further.

CONFIDENTIAL

CASE SUPPLEMENTAL REPORT

Printed: 07/11/2023 15:58

Original

| | |
|---|---|
| Lynchburg Police Department | OCA: *2020006129* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | |
|---|---|
| Case Status: *Cleared By Arrest* | Offense: *ASSAULT/ON POL OFFI* |
| Case Mng Status: *NA* | Occured: *04/28/2020* |
| Investigator: *REED, S. C. (170)* | Date / Time: *04/29/2020 01:11:08, Wednesday* |
| Supervisor: *ISNER, B. S. (061)* | Supervisor Review Date / Time: *04/29/2020 05:28:54, Wednesday* |
| Contact: | Reference: *Supplement* |

On Tuesday, April 28, 2019 at approximately 2213 hours I was dispatched to assist Officer Z. Miller and Officer Grooms with a traffic stop at 1503 Kemper St. When I arrived on scene Officer Miller advised me that the driver, Terron Pannell, had refused consent on the vehicle. Officer Grooms was standing at the passenger's side of the vehicle talking to Pannell when I arrived on scene. As I was walking up to Pannell's vehicle I advised Grooms that I was going to have him exit the vehicle. There were two black females, later identified as Shanta Brown and Aquasha Sandidge, standing at the front of Pannell's vehicle.

I walked up to the driver's side window and asked Pannell to exit the vehicle and stand with Officer Grooms. When I asked him to exit the vehicle Brown, who was standing at the front of the vehicle stated, "Is he being detained because he doesn't have to get out of the car." I advised her that he does have to exit the vehicle if we ask him to and she stated, "He doesn't have to get out of the car." I advised Brown that she did not have anything to do with this traffic stop and that she needed to step away from the vehicle. Brown stated, "That's my son." I advised them that I was a K9 Officer and he needed to exit the vehicle so I could conduct a scan on the vehicle.

Pannell yelled, "I'm scared, I'm scared, I'm scared. Mom, I fear for my life now!" I advised Pannell four times to step out of the vehicle and he kept stating, "I'm scared, I'm so scared bro." I opened the driver's side door and again told him to step out of the vehicle. I went to place hands on Pannell to escort him out of the vehicle and he stated, "Don't touch me!" I advised him I did not have to touch him if he would just exit the vehicle. Pannell kept stating, "I'm scared of you sir. I am scared for my life." Pannell refused to exit the vehicle so I grabbed his left wrist and forearm with both of my hands and attempted to escort him out of the vehicle however he threw all of his body weight towards the center console and pulled away from me.

As Pannell was pulling away from me with his body weight, I placed his left forearm against the B pillar of the vehicle. When I placed his forearm against the B pillar, Officer Miller observed the confrontation with Pannell and exited his police car to assist me. Officer Miller took control of his left arm and attempted to pull him out of the vehicle however Pannell grabbed onto the passenger's seat with his right hand. Pannell then grabbed the steering wheel with his right hand pulling against us. I grabbed his right wrist and elbow and escorted him out of the vehicle. Once he was out of the vehicle I maintained positive control of his right wrist and forearm while Officer Miller maintained positive control of his left arm. Pannell continued to resist and fight against us as we attempted to place handcuffs on him. Initially, we attempted to place him against the vehicle that was parked parallel to his however his behavior and actions became more aggressive.

## CASE SUPPLEMENTAL REPORT

Printed: 07/11/2023 15:58

Lynchburg Police Department

OCA: **2020006129**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | |
|---|---|
| Case Status: *Cleared By Arrest* | Offense: *ASSAULT/ON POL OFFI* |
| Case Mng Status: *NA* | Occured: *04/28/2020* |

Based on Pannell's disorderly behavior, we placed him on the ground; once he was on the ground we were able to get handcuffs on him. After we placed handcuffs on him we walked him back to Officer Miller's car. While we were fighting with Pannell, I could smell a strong odor of marijuana coming from his person. When Officer Miller attempted to search Pannell, he threw his body weight down towards the ground and pushed back against us. Pannell continued to flail against us preventing us from searching him. We then placed him on the ground again. While we were trying to get control of Pannell on the ground, Brown ran up on both Officer Miller and I and shoved both of us. Officer Miller shoved Brown back and I advised Officer Miller to go assist Officer Grooms. I told Officer Z. Miller to place both females in handcuffs.

After multiple officers arrived on scene, they were able to take Brown and Sandidge into custody. After more officers arrived on scene I stood Pannell up and attempted to search him. While I was sweeping my hand between his legs, Pannell thrashed his body weight around again and was taken to the ground for a third time. It took multiple officers holding onto to Pannell for a search to be completed. A plastic baggie containing marijuana was located in Pannell's pants.

All three subjects were transported to the BRJ. While at the jail Brown's case was heard before Magistrate Sprinkle. After providing my testimony I obtained a misdemeanor warrant for obstruction and a felony warrant for assault on LEO. Pannell's case was also heard by Magistrate Sprinkle, after providing my testimony I obtained a misdemeanor warrant for obstruction.

Nothing further at this time.