## EXHIBIT 16

```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF VIRGINIA
                    LYNCHBURG DIVISION
     ****************************************************
SHANTA LYNETTE BROWN, et al.,

     Plaintiffs,

v.                                    Case No. 6:23cv00054

THE CITY OF LYNCHBURG, et al.,

     Defendants.

     ****************************************************

                DEPOSITION OF ROBBIN MILLER

                    October 29, 2024

                 3:00 p.m. - 3:18 p.m.

                  Lynchburg, Virginia
```

REPORTED BY:  Kimberly A. Henderson, RPR

EXHIBIT 16

```
 1        Deposition of ROBBIN MILLER, taken and

 2   transcribed on behalf of the Defendants, pursuant

 3   to notice and/or agreement to take depositions; by

 4   and before Kimberly A. Henderson, a Registered

 5   Professional Reporter and Notary Public in and for

 6   the Commonwealth of Virginia at Large; commencing

 7   at 3:00 p.m., October 29, 2024, at the offices of

 8   the Lynchburg City Attorney, 900 Church Street,

 9   Lynchburg, Virginia.

10   APPEARANCES OF COUNSEL:

11

12        JAMES RIVER LEGAL ASSOCIATES
          7601 Timberlake Road
13        Lynchburg, Virginia  24502
          434.845.4529
14        mvalois@vbclegal.com
     BY:  PAUL VALOIS, ESQUIRE
15        MARGARET VALOIS, ESQUIRE
               Counsel for the Plaintiffs
16
          GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
17        415 S. College Avenue
          Salem, Virginia  24153
18        540.387.2320
          john@guynnwaddell.com
19   BY:  JOHN R. FITZGERALD, ESQUIRE
               Counsel for the Defendants
20

21

22

23

24

25
```

EXHIBIT 16

```
 1                    I N D E X

 2   WITNESS                                    PAGE

 3   ROBBIN MILLER

 4       Examination by Mr. Valois              4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT 16

```
 1   (3:00 p.m., October 29, 2024)

 2

 3                    ROBBIN MILLER

 4          was sworn and testified as follows:

 5               E X A M I N A T I O N

 6   BY MR. VALOIS

 7          Q.   Can you state your name, please?

 8          A.   Robbin Miller.

 9          Q.   And your current position, sir?

10          A.   I'm a supervisor at the City of

11   Lynchburg Police Department, Sergeant.

12          Q.   What's your present -- Sergeant?

13          A.   Yes, sir.

14          Q.   How long have you been there?

15          A.   17 years in January.

16          Q.   Have you given a deposition before?

17          A.   No, sir.

18          Q.   Oh.  Well, first thing is, I don't

19   think we're going to be here too long.  I'll try

20   and push this along, get out of here, but if you

21   need a break, let me know.

22          A.   Sure.

23          Q.   I'll be happy to take a break.  The

24   second thing is, please allow me to finish asking

25   my question before you start answering.
```

EXHIBIT 16

```
1               A.   All right.

2               Q.   It's human nature, people tend to

3    talk over each other in normal conversation, but it

4    makes it a miserable job for the court reporter.

5               A.   Got you.

6               Q.   Okay.  And then she'll get mad, and

7    she'll try to kick you.

8               A.   And I'm closest to her.

9               Q.   You understand that the testimony

10   here is under oath, subject to perjury, just like

11   courtroom testimony?

12              A.   Yeah.

13              Q.   Have you -- is there any reason why

14   you can't testify today?  Are you under the

15   influence of any medication or --

16              A.   No.

17              Q.   -- any reason you can't?  Okay.

18                   What have you done to prepare for

19   this deposition?

20              A.   I just reviewed a couple videos on

21   body cameras and in-car cameras and just read the

22   report pretty much is about it.

23              Q.   Okay.  And finally, you may hear some

24   objections being raised to questions.  Unlike in

25   court, there will be no rulings on the objections.
```

EXHIBIT 16

```
 1   So unless your attorney instructs you not to
 2   answer, you can still answer, notwithstanding the
 3   objection.
 4              Do you understand?
 5        A.   Yeah.
 6        Q.   All right.  Can we start with your
 7   background, beginning, and can we -- let's start
 8   with education, and can you run me through from
 9   high school forward?
10        A.   Sure.  High school education,
11   graduated from high school with a diploma, worked
12   for several years.
13        Q.   Which high school did you graduate
14   from?
15        A.   Cleveland Hill High School in
16   Cheektowaga, New York.
17        Q.   In what a what a?
18        A.   Cheektowaga.
19        Q.   Cheektowaga?
20        A.   Yeah.
21        Q.   Do you mind spelling that?
22        A.   C-h-e-e-k-t-o-w-a-g-a.
23        Q.   Okay.  And when did you graduate?
24        A.   1980.
25        Q.   All right.  And you worked, after
```

EXHIBIT 16

```
 1  that you went to work?
 2          A.   Worked two years in the City of
 3  Buffalo just doing some odd jobs, and I worked for
 4  a medical company running ambulance, paramedic in
 5  the City of Buffalo for probably a year, year and a
 6  half.  Then in 1983, I joined the Marine Corps, was
 7  in the Marine Corps for four years.
 8              While working in the Marine Corps, I
 9  was also living at the county fire department,
10  where the Marine Corps allowed me to live off base.
11  I worked county fire for four years.
12          Q.   What county was that?
13          A.   Yuma.
14          Q.   Arizona?
15          A.   Yuma, Arizona.  That's good.  You
16  knew Arizona.  I like that.
17          Q.   Yeah.  So you were in the -- you were
18  in the Marines?
19          A.   Yes, sir.
20          Q.   Active duty standard enlistment?
21          A.   Active duty.
22          Q.   And discharged honorably?
23          A.   Yes.
24          Q.   And you were there four-year
25  enlistment?
```

EXHIBIT 16

```
1              A.    Yes.
2              Q.    Okay.  And so those, the whole time
3   at Yuma?
4              A.    Yeah, except just for training
5   exercises.  Bounced to Hawaii once and California a
6   number of times, Arizona a couple times.
7              Q.    All right.  And then after that
8   where?
9              A.    Then came to Liberty University for a
10  semester, where I was going to pursue a degree at
11  Liberty University, had family here.  And one
12  semester in I got hired by the New York State
13  Police where I had an application in.
14             Q.    All right.  New York State, and then
15  did you -- how long -- when did you begin work with
16  the New York State Police?
17             A.    January of -- I'm sorry, September of
18  '87.
19             Q.    How long did you work for them?
20             A.    Pardon me?
21             Q.    How long did you work for the New
22  York State Police?
23             A.    A little over 20.
24             Q.    Retire?
25             A.    Yes.
```

EXHIBIT 16

```
 1              Q.   All right.  And that would have been
 2   2007-ish?
 3              A.   2008 I retired.  I was actually still
 4   on the books there when I came here in January of
 5   '08.  I think I finally rolled off the books up
 6   there probably like March of '08.
 7              Q.   All right.  And then from there right
 8   to Lynchburg Police Department?
 9              A.   Yes.
10              Q.   And that's your current position?
11              A.   Yes.
12              Q.   And any other side work along the way
13   or part-time jobs?
14              A.   I don't think so.  Not when I was
15   with the state police, nothing there, no sir.
16              Q.   Do you supplement with off-duty work?
17   Do you ever do off-duty work?
18              A.   Oh, yeah.  Not so much as a sergeant,
19   I really don't typically do, but over the last 17
20   years I've worked a lot of off-duty.
21              Q.   Okay.  And in Lynchburg, have you
22   ever been disciplined?
23              A.   Yes.
24              Q.   Can you describe the discipline that
25   you've had?
```

EXHIBIT 16

```
 1              A.   We all have.   It's a progressive
 2  discipline plan that we use when we're supervising,
 3  supervisors use.  So I mean, they might look at
 4  video and say you were speeding or something.  You
 5  need to watch your speeds going to a call, or I
 6  mean --
 7              Q.   But have you been disciplined?
 8              A.   Pardon me?
 9              Q.   Have you?
10              A.   Yes.
11              Q.   Can you describe the discipline that
12  you've received?
13              A.   Yeah.  Like I've received one of
14  those, at least, maybe two.
15              Q.   One speeding admonishment or
16  whatever, what do they call that?
17              A.   They call them a DOR, but there's all
18  different levels of that.  You know, you can have a
19  supervisor counseling, you can have a written
20  reprimand, you can have a verbal reprimand.
21              Q.   What have you had?  Can you describe
22  what, the incidents that you've had?
23              A.   I mean, they're all small in nature,
24  and I really can't describe going back 17 years,
25  but there's been, there's been a number of them.
```

EXHIBIT 16

```
 1              Q.    Have you had any reprimands?
 2              A.    Yeah.  Those are all forms of
 3    reprimands.
 4              Q.    Okay.  And they all involve speeding?
 5              A.    No, no.
 6              Q.    What else?  What else do they
 7    involve?
 8              A.    I'm trying to think.  I didn't know
 9    you were going to be asking these questions.  I
10    could have brought my stuff with me.  I got
11    reprimanded once by a supervisor for having my
12    police radio on in a police station.  They didn't
13    like hearing the noise.
14              Q.    I don't care about administrative
15    things.
16              A.    Well, that's what these are, all
17    administrative.
18              Q.    Anything involving anything serious,
19    like serious misconduct, like a use of force?
20              A.    No.  I mean, every investigation we
21    have where there's a use of force, there's a use of
22    force investigation.  I've never been -- I've never
23    been founded of an excessive force.
24              Q.    Okay.  And you've never had any
25    findings that you've ever used excessive force?
```

EXHIBIT 16

```
 1              A.   No.
 2              Q.   Or any -- you've never been
 3   suspended?
 4              A.   No.  In either job.
 5              Q.   Pardon me?
 6              A.   In any of my jobs.
 7              Q.   Okay.  All right.  Let's get rid of
 8   this crap.  This is all worthless.  Let's cut to
 9   the chase.  All right.  What we're talking about
10   today, the reason you're here today is you're a
11   defendant in this complaint.  My clients are Shanta
12   Brown and Aquasha Sandidge.
13                   Really, you don't have much
14   interaction with Shanta Brown?
15              A.   No.
16              Q.   You didn't take out any charges
17   against Shanta Brown, so we're really talking about
18   Aquasha Sandidge?
19              A.   Yes.
20              Q.   All right.  So this happened on April
21   28th of 2020; right?
22              A.   Yes, sir.
23              Q.   All right.  I tell you what I'm going
24   to ask you to do.  Let's run through -- I'm going
25   to be quiet.  I'll let you start from the time that
```

EXHIBIT 16

1  you arrive on scene --

2          A.    Okay.

3          Q.    -- and walk me through, with as much

4  detail as you can from your own memory, or if it's

5  been -- if you need to refresh, feel free to

6  refresh from your documents, but walk me through

7  the narrative of your perception of what happened?

8          A.    I just knew that they were on a

9  traffic stop.  I was working in investigations at

10 the time.  I was in plainclothes in an unmarked

11 vehicle.  I don't remember exactly where I was, but

12 I had to be fairly close nearby when I heard an

13 officer help call go out, a lot of commotion in the

14 background.

15          I responded over to the Kemper Lofts

16 where this was transpiring at.  When I got out of

17 my car, I saw a number of officers there, including

18 Officer Reed, Officer Grooms, Officer Zach Miller.

19 Officer Reed was directing two females to be placed

20 in custody for their obstruction.

21          At that point, I walked over where

22 Officer Miller and Officer Grooms had already

23 approached these two females.  They had already

24 been moved back, apparently, from the actual

25 vehicles and the arrest scene, where they were

EXHIBIT 16

1   detaining Terron Pannell, and they were now on the

2   front steps of one of the buildings over there at

3   the Kemper Lofts.

4                   Kemper Lofts is kind of split up into

5   like two, three buildings, so it's kind of hard to

6   say, but I'm sure you've seen what I'm talking

7   about on the video.  They were on the front steps,

8   and I believe them to be the mother and sister of

9   Terron Pannell.

10                  And Shanta Brown, they were taking

11  her into custody, and Officer Miller and Officer

12  Grooms were struggling with her on the ground in

13  front of the apartment building.  And the other

14  one, Aquasha Sandidge, started advancing on them,

15  and I went to hold her back from advancing on them.

16  And when I grabbed a hold of her, she turned

17  around, she shoved me in my upper chest.

18                  I then grabbed her by the left arm,

19  I'm not sure how well I secured it, but obviously

20  with her, with the force of her body weight and

21  just the way that we were, I fell backwards, with

22  her on top of me, into a flower bed adjacent to the

23  front steps.

24                  Officer Zach Miller observed that,

25  that she was on top of me, so he immediately jumped

EXHIBIT 16

1  over.  He left Officer Grooms with Shanta Brown.

2  He jumped over to me, helped me getting her secure.

3  Once I had her secure, he jumped back over to

4  assist in completing getting Shanta Brown into

5  custody.  It was very short in duration.

6           Q.   Yeah.

7           A.   Or at least I think so.  And then

8  after that part was over, we had them removed to

9  patrol vehicles for transport.  And I secured a

10  warrant based on her -- for assaulting an officer

11  based on her shoving me when I was completing a

12  lawful action.

13           Q.   Do you remember that before you left

14  for the magistrate that a supervisor responded to

15  the scene?

16           A.   Like I said, there was multiple

17  people there.  And as you know, ranks change around

18  here quite frequently, so I'm sure they did.

19           Q.   But do you remember speaking with --

20           A.   I'm not sure.  I saw Officer Smith

21  there, who I believe was a sergeant at the time.

22           Q.   I honestly don't know who it is.  I

23  didn't recognize him.

24           But do you recall having a

25  conversation with a supervisor, a sergeant, at the

EXHIBIT 16

```
 1  scene before you went to the magistrate's office?
 2              A.   I don't.
 3              Q.   Do you recall having a conversation
 4  with Miller and Reed before you went to
 5  the -- after the melee, after everybody's secured
 6  and in a police car?
 7              A.   No, I don't.
 8              Q.   Would it surprise you to say that you
 9  can be heard on body cam video telling Reed or
10  Miller that you were not assaulted at the scene?
11              A.   I don't recall that.
12              Q.   Okay.
13              A.   It's clear in the video that I was;
14  so.
15              Q.   You see that, you can see that in the
16  video?
17              A.   Yes.
18              Q.   Whose video did you look at?
19              A.   It's the in-car camera of Officer
20  Reed.
21              Q.   Reed's in-car camera?
22              A.   And once again, it's not like she
23  punched me in the face or anything like that, but
24  she clearly pushes me in the chest.
25              Q.   Yeah.
```

EXHIBIT 16

```
 1              A.   And it's an unwanted touch, so hence
 2    the assault.
 3              Q.   Well, we'll get to that in a second,
 4    the push in a second.
 5                   When she -- when you came up on her,
 6    were you coming up face to face or were you coming
 7    from behind her?
 8              A.   Yeah.  Like if this is the front
 9    steps right here, and then these are all parking
10    spaces right here, I just came up between the
11    parked cars and came up to the front steps.  They
12    were on the front steps here.
13              Q.   But was she facing you?
14              A.   I don't recall specifically for her.
15    I was more focused on them as they were -- they
16    were at that point tussling.
17              Q.   But you were in plainclothes at that
18    time?
19              A.   I'm sorry, I was?
20              Q.   You were in plainclothes?
21              A.   Yes.
22              Q.   Did you identify yourself as a law
23    enforcement officer?
24              A.   I had my badge of authority on, yes.
25              Q.   Well, did you say police or anything?
```

EXHIBIT 16

Page 18

```
 1                A.   I doubt it.
 2                Q.   Where was your badge of authority?
 3                A.   On my belt.
 4                Q.   Did you lift it to show it to her or
 5    anything?
 6                A.   No.  Obviously not, we were in the
 7    middle of a situation.  There wasn't time for that.
 8                Q.   This was dark; right?
 9                A.   Yes.
10                Q.   There's a lot going on?
11                A.   Dark, but a lit parking lot.
12                Q.   There's a lot going on?
13                A.   Yes.
14                Q.   And when you went to grab her, did
15    you grab her from behind?
16                A.   I believe so.
17                Q.   And that, and then she flipped around
18    and pushed you?
19                A.   Yes.
20                Q.   When you grabbed her, at any time,
21    did you tell her that you were a law enforcement
22    officer?
23                A.   I don't recall.
24                Q.   And that push, it came immediately
25    after you grabbed her?
```

EXHIBIT 16

1            A.   Yes.

2            Q.   We're talking a split second; right?

3            A.   Yes, within seconds.

4            Q.   That's the sole basis for the assault

5    on a law enforcement charge?

6            A.   That's correct.

7            Q.   And then you didn't give testimony

8    against Shanta Brown at all?

9            A.   No.  At the magistrate.

10           Q.   Yes?

11           A.   No.

12           Q.   And --

13           A.   Well, let me rephrase that.  I don't

14   recall giving testimony against her.  I mean,

15   obviously, a lot of times when we're doing, when

16   we're seeking a warrant, we'll explain what

17   happened under oath.  I might have mentioned her

18   name along with Pannell's, or what the situation

19   was, but I don't recall that specifically.

20           Q.   Well, you didn't have a charge

21   against Shanta?

22           A.   No.

23           Q.   And did you take any other charges

24   out against Aquasha?

25           A.   No.  That's it, I believe.

EXHIBIT 16

```
1          Q.   So the other charge she had, the
2   obstruction charge, that was not from you?
3          A.   Let me look real quick.  Officer Zach
4   Miller obtained that one.
5          Q.   You heard anybody make any statements
6   that are relevant to this case?
7          A.   If I did, I sure don't remember them.
8   It was four-and-a-half years ago.
9          Q.   Is everything that you do remember,
10  did you record it in your IBR?
11         A.   Did what?  Say that again.
12         Q.   Is everything that you perceive to be
13  relevant at the time recorded in your incident
14  based report?
15         A.   Yes.
16         Q.   Okay.  And conversely, you have been
17  trained to put everything that is important into
18  the IBR?
19         A.   No, I wouldn't say that we put
20  everything.  If it's important, obviously I want it
21  to be in the report.
22         Q.   Right.  Yeah, we're not talking about
23  sleeve colors?
24         A.   But we minimize the reports,
25  obviously.
```

EXHIBIT 16

Page 21

```
 1          Q.   Right.  We don't put the sleeve
 2  colors in, but anything that's germane to the
 3  charge --
 4          A.   Sure.
 5          Q.   -- would be in the report; right?
 6          A.   Yes, sir.
 7          Q.   And you're not a newbie?
 8          A.   No.
 9          Q.   You know how to write a report;
10  right?
11          A.   Yes, sir.
12              MR. VALOIS:  I don't have any further
13  questions.
14              MR. FITZGERALD:  I don't either.
15          (Deposition concluded at 3:18 p.m.)
16            (Reading and signature waived.)
17                      *****
18
19
20
21
22
23
24
25
```

EXHIBIT 16

```
1    COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
2                    I, KIMBERLY A. HENDERSON, a
3    Registered Professional Reporter and Electronic
4    Notary Public in and for the Commonwealth of
5    Virginia at Large, Notary Registration Number
6    359658, whose commission expires November 30, 2025,
7    do certify that the aforementioned appeared before
8    me, was sworn by me, and was thereupon examined by
9    counsel; and that the foregoing is a true, correct,
10   and full transcript of the testimony adduced to the
11   best of my ability.
12                   I further certify that I am neither
13   related to nor associated with any counsel or party
14   to this proceeding, nor otherwise interested in the
15   event thereof.
16                   Given under my hand and Notarial seal
17   at Forest, Virginia, this 19th day of November,
18   2024.
19
20
21
22            Kimberly A. Henderson, Notary Public
23               Commonwealth of Virginia at Large
24
25
```

EXHIBIT 16

## A

ability 22:11
action 15:12
Active 7:20
  7:21
actual 13:24
adduced 22:10
adjacent 14:22
administrative
  11:14, 11:17
admonishment
  10:15
advancing
  14:14, 14:15
aforementioned
  22:7
ago 20:8
agreement 2:3
al 1:3, 1:6
allow 4:24
allowed 7:10
ambulance 7:4
and/or 2:3
answer 6:2, 6:2
answering 4:25
anybody 20:5
apartment
  14:13
apparently
  13:24
APPEARANC...
  2:10
appeared 22:7
application 8:13
approached
  13:23
April 12:20
Aquasha 12:12
  12:18, 14:14
  19:24
Arizona 7:14
  7:15, 7:16, 8:6
arm 14:18
arrest 13:25
arrive 13:1

## B

asking 4:24
  11:9
assault 17:2
  19:4
assaulted 16:10
assaulting 15:10
assist 15:4
associated 22:13
ASSOCIATES
  2:12
attorney 2:8
  6:1
authority 17:24
  18:2
Avenue 2:17

## B

back 10:24
  13:24, 14:15
  15:3
background 6:7
  13:14
backwards
  14:21
badge 17:24
  18:2
base 7:10
based 15:10
  15:11, 20:14
basis 19:4
bed 14:22
beginning 6:7
behalf 2:2
believe 14:8
  15:21, 18:16
  19:25
belt 18:3
best 22:11
body 5:21
  14:20, 16:9
books 9:4, 9:5
Bounced 8:5
break 4:21, 4:23
brought 11:10
Brown 1:3

12:12, 12:14
12:17, 14:10
15:1, 15:4, 19:8
Buffalo 7:3, 7:5
building 14:13
buildings 14:2
  14:5

## C

C-h-e-e-k-t-o-w...
  6:22
California 8:5
call 10:5, 10:16
  10:17, 13:13
cam 16:9
camera 16:19
  16:21
cameras 5:21
  5:21
car 13:17, 16:6
care 11:14
CARROLL
  2:16
cars 17:11
case 1:5, 20:6
certify 22:7
  22:12
change 15:17
charge 19:5
  19:20, 20:1
  20:2, 21:3
charges 12:16
  19:23
chase 12:9
Cheektowaga
  6:16, 6:18, 6:19
chest 14:17
  16:24
Church 2:8
City 1:6, 2:8
  4:10, 7:2, 7:5
clear 16:13
clearly 16:24
Cleveland 6:15
clients 12:11

close 13:12
closest 5:8
College 2:17
colors 20:23
  21:2
coming 17:6
  17:6
commencing
  2:6
commission
  22:6
Commonwealth
  2:6, 22:1, 22:4
  22:23
commotion
  13:13
company 7:4
complaint 12:11
completing 15:4
  15:11
concluded 21:15
conversation
  5:3, 15:25, 16:3
conversely
  20:16
Corps 7:6, 7:7
  7:8, 7:10
correct 19:6
  22:9
counsel 2:10
  2:15, 2:19, 22:9
  22:13
counseling
  10:19
county 7:9, 7:11
  7:12
couple 5:20, 8:6
court 1:1, 5:4
  5:25
courtroom 5:11
crap 12:8
current 4:9
  9:10
custody 13:20
  14:11, 15:5
cut 12:8

## D

dark 18:8, 18:11
day 22:17
defendant 12:11
Defendants 1:7
  2:2, 2:19
degree 8:10
department
  4:11, 7:9, 9:8
deposition 1:9
  2:1, 4:16, 5:19
  21:15
depositions 2:3
describe 9:24
  10:11, 10:21
  10:24
detail 13:4
detaining 14:1
different 10:18
diploma 6:11
directing 13:19
discharged 7:22
discipline 9:24
  10:2, 10:11
disciplined 9:22
  10:7
DISTRICT 1:1
  1:1
DIVISION 1:2
documents 13:6
doing 7:3, 19:15
DOR 10:17
doubt 18:1
duration 15:5
duty 7:20, 7:21

## E

education 6:8
  6:10
either 12:4
  21:14
Electronic 22:3
enforcement
  17:23, 18:21

19:5
enlistment 7:20
7:25
ESQUIRE 2:14
2:15, 2:19
et 1:3, 1:6
event 22:15
everybody's
16:5
exactly 13:11
Examination
3:4
examined 22:8
excessive 11:23
11:25
exercises 8:5
expires 22:6
explain 19:16

**F**

face 16:23, 17:6
17:6
facing 17:13
fairly 13:12
family 8:11
feel 13:5
fell 14:21
females 13:19
13:23
finally 5:23, 9:5
findings 11:25
finish 4:24
fire 7:9, 7:11
first 4:18
FITZGERALD
2:19, 21:14
flipped 18:17
flower 14:22
focused 17:15
follows 4:4
force 11:19
11:21, 11:22
11:23, 11:25
14:20
foregoing 22:9

Forest 22:17
forms 11:2
forward 6:9
founded 11:23
four 7:7, 7:11
four-and-a-half
20:8
four-year 7:24
free 13:5
frequently
15:18
front 14:2, 14:7
14:13, 14:23
17:8, 17:11
17:12
full 22:10
further 21:12
22:12

**G**

germane 21:2
getting 15:2
15:4
give 19:7
given 4:16
22:16
giving 19:14
go 13:13
going 4:19, 8:10
10:5, 10:24
11:9, 12:23
12:24, 18:10
18:12
good 7:15
grab 18:14
18:15
grabbed 14:16
14:18, 18:20
18:25
graduate 6:13
6:23
graduated 6:11
Grooms 13:18
13:22, 14:12
15:1

ground 14:12
GUYNN 2:16

**H**

half 7:6
hand 22:16
happened 12:20
13:7, 19:17
happy 4:23
hard 14:5
Hawaii 8:5
hear 5:23
heard 13:12
16:9, 20:5
hearing 11:13
help 13:13
helped 15:2
Henderson 1:25
2:4, 22:2, 22:22
high 6:9, 6:10
6:11, 6:13, 6:15
Hill 6:15
hired 8:12
hold 14:15
14:16
honestly 15:22
honorably 7:22
human 5:2

**I**

IBR 20:10
20:18
identify 17:22
immediately
14:25, 18:24
important 20:17
20:20
in-car 5:21
16:19, 16:21
incident 20:13
incidents 10:22
including 13:17
influence 5:15
instructs 6:1

interaction
12:14
interested 22:14
investigation
11:20, 11:22
investigations
13:9
involve 11:4
11:7
involving 11:18

**J**

JAMES 2:12
January 4:15
8:17, 9:4
job 5:4, 12:4
jobs 7:3, 9:13
12:6
JOHN 2:19
john@guynnw...
2:18
joined 7:6
jumped 14:25
15:2, 15:3

**K**

Kemper 13:15
14:3, 14:4
kick 5:7
Kimberly 1:25
2:4, 22:2, 22:22
kind 14:4, 14:5
knew 7:16, 13:8
know 4:21
10:18, 11:8
15:17, 15:22
21:9

**L**

Large 2:6, 22:1
22:5, 22:23
law 17:22, 18:21
19:5

lawful 15:12
left 14:18, 15:1
15:13
LEGAL 2:12
levels 10:18
Liberty 8:9
8:11
lift 18:4
lit 18:11
little 8:23
live 7:10
living 7:9
LOCKABY
2:16
Lofts 13:15
14:3, 14:4
long 4:14, 4:19
8:15, 8:19, 8:21
look 10:3, 16:18
20:3
lot 9:20, 13:13
18:10, 18:11
18:12, 19:15
Lynchburg 1:2
1:6, 1:12, 2:8
2:9, 2:13, 4:11
9:8, 9:21
LYNETTE 1:3

**M**

mad 5:6
magistrate
15:14, 19:9
magistrate's
16:1
March 9:6
MARGARET
2:15
Marine 7:6, 7:7
7:8, 7:10
Marines 7:18
mean 10:3, 10:6
10:23, 11:20
19:14
medical 7:4

EXHIBIT 16

**medication** 5:15
**melee** 16:5
**memory** 13:4
**mentioned**
 19:17
**middle** 18:7
**Miller** 1:9, 2:1
 3:3, 4:3, 4:8
 13:18, 13:22
 14:11, 14:24
 16:4, 16:10
 20:4
**mind** 6:21
**minimize** 20:24
**misconduct**
 11:19
**miserable** 5:4
**mother** 14:8
**moved** 13:24
**multiple** 15:16
**mvalois@vbcle...**
 2:14

**N**

**name** 4:7, 19:18
**narrative** 13:7
**nature** 5:2
 10:23
**nearby** 13:12
**need** 4:21, 10:5
 13:5
**neither** 22:12
**never** 11:22
 11:22, 11:24
 12:2
**New** 6:16, 8:12
 8:14, 8:16, 8:21
**newbie** 21:7
**noise** 11:13
**normal** 5:3
**Notarial** 22:16
**Notary** 2:5, 22:4
 22:5, 22:22
**notice** 2:3
**notwithstanding**

6:2
**November** 22:6
 22:17
**number** 8:6
 10:25, 13:17
 22:5

**O**

**oath** 5:10, 19:17
**objection** 6:3
**objections** 5:24
 5:25
**observed** 14:24
**obstruction**
 13:20, 20:2
**obtained** 20:4
**obviously** 14:19
 18:6, 19:15
 20:20, 20:25
**October** 1:10
 2:7, 4:1
**odd** 7:3
**off-duty** 9:16
 9:17, 9:20
**office** 16:1
**officer** 13:13
 13:18, 13:18
 13:18, 13:19
 13:22, 13:22
 14:11, 14:11
 14:24, 15:1
 15:10, 15:20
 16:19, 17:23
 18:22, 20:3
**officers** 13:17
**offices** 2:7
**Oh** 4:18, 9:18
**Okay** 5:6, 5:17
 5:23, 6:23, 8:2
 9:21, 11:4
 11:24, 12:7
 13:2, 16:12
 20:16
**once** 8:5, 11:11
 15:3, 16:22

**P**

**P.C** 2:16
**p.m** 1:11, 1:11
 2:7, 4:1, 21:15
**PAGE** 3:2
**Pannell** 14:1
 14:9
**Pannell's** 19:18
**paramedic** 7:4
**Pardon** 8:20
 10:8, 12:5
**parked** 17:11
**parking** 17:9
 18:11
**part** 15:8
**part-time** 9:13
**party** 22:13
**patrol** 15:9
**PAUL** 2:14
**people** 5:2
 15:17
**perceive** 20:12
**perception** 13:7
**perjury** 5:10
**placed** 13:19
**plainclothes**
 13:10, 17:17
 17:20
**Plaintiffs** 1:4
 2:15
**plan** 10:2
**please** 4:7, 4:24
**point** 13:21
 17:16
**police** 4:11, 8:13
 8:16, 8:22, 9:8
 9:15, 11:12
 11:12, 16:6
 17:25
**position** 4:9
 9:10
**prepare** 5:18
**present** 4:12
**pretty** 5:22
**probably** 7:5

9:6
**proceeding**
 22:14
**Professional** 2:5
 22:3
**progressive**
 10:1
**Public** 2:5, 22:4
 22:22
**punched** 16:23
**pursuant** 2:2
**pursue** 8:10
**push** 4:20, 17:4
 18:24
**pushed** 18:18
**pushes** 16:24
**put** 20:17, 20:19
 21:1

**Q**

**question** 4:25
**questions** 5:24
 11:9, 21:13
**quick** 20:3
**quiet** 12:25
**quite** 15:18

**R**

**radio** 11:12
**raised** 5:24
**ranks** 15:17
**read** 5:21
**Reading** 21:16
**real** 20:3
**really** 9:19
 10:24, 12:13
 12:17
**reason** 5:13
 5:17, 12:10
**recall** 15:24
 16:3, 16:11
 17:14, 18:23
 19:14, 19:19
**received** 10:12

10:13
**recognize** 15:23
**record** 20:10
**recorded** 20:13
**Reed** 13:18
 13:19, 16:4
 16:9, 16:20
**Reed's** 16:21
**refresh** 13:5
 13:6
**Registered** 2:4
 22:3
**Registration**
 22:5
**related** 22:13
**relevant** 20:6
 20:13
**remember**
 13:11, 15:13
 15:19, 20:7
 20:9
**removed** 15:8
**rephrase** 19:13
**report** 5:22
 20:14, 20:21
 21:5, 21:9
**REPORTED**
 1:25
**reporter** 2:5
 5:4, 22:3
**reports** 20:24
**reprimand**
 10:20, 10:20
**reprimanded**
 11:11
**reprimands**
 11:1, 11:3
**responded**
 13:15, 15:14
**Retire** 8:24
**retired** 9:3
**reviewed** 5:20
**rid** 12:7
**right** 5:1, 6:6
 6:25, 8:7, 8:14
 9:1, 9:7, 9:7

12:7, 12:9
12:20, 12:21
12:23, 17:9
17:10, 18:8
19:2, 20:22
21:1, 21:5
21:10
**RIVER** 2:12
**Road** 2:12
**Robbin** 1:9, 2:1
3:3, 4:3, 4:8
**rolled** 9:5
**RPR** 1:25
**rulings** 5:25
**run** 6:8, 12:24
**running** 7:4

**S**

**Salem** 2:17
**Sandidge** 12:12
12:18, 14:14
**saw** 13:17
15:20
**scene** 13:1
13:25, 15:15
16:1, 16:10
**school** 6:9, 6:10
6:11, 6:13, 6:15
**seal** 22:16
**second** 4:24
17:3, 17:4, 19:2
**seconds** 19:3
**secure** 15:2
15:3
**secured** 14:19
15:9, 16:5
**see** 16:15, 16:15
**seeking** 19:16
**seen** 14:6
**semester** 8:10
8:12
**September** 8:17
**sergeant** 4:11
4:12, 9:18
15:21, 15:25

**serious** 11:18
11:19
**Shanta** 1:3
12:11, 12:14
12:17, 14:10
15:1, 15:4, 19:8
19:21
**she'll** 5:6, 5:7
**short** 15:5
**shoved** 14:17
**shoving** 15:11
**show** 18:4
**side** 9:12
**signature** 21:16
**sir** 4:9, 4:13
4:17, 7:19, 9:15
12:22, 21:6
21:11
**sister** 14:8
**situation** 18:7
19:18
**sleeve** 20:23
21:1
**small** 10:23
**Smith** 15:20
**sole** 19:4
**sorry** 8:17
17:19
**spaces** 17:10
**speaking** 15:19
**specifically**
17:14, 19:19
**speeding** 10:4
10:15, 11:4
**speeds** 10:5
**spelling** 6:21
**split** 14:4, 19:2
**standard** 7:20
**start** 4:25, 6:6
6:7, 12:25
**started** 14:14
**state** 4:7, 8:12
8:14, 8:16, 8:22
9:15
**statements** 20:5
**STATES** 1:1

**station** 11:12
**steps** 14:2, 14:7
14:23, 17:9
17:11, 17:12
**stop** 13:9
**Street** 2:8
**struggling** 14:12
**stuff** 11:10
**subject** 5:10
**supervising**
10:2
**supervisor** 4:10
10:19, 11:11
15:14, 15:25
**supervisors**
10:3
**supplement**
9:16
**sure** 4:22, 6:10
14:6, 14:19
15:18, 15:20
20:7, 21:4
**surprise** 16:8
**suspended** 12:3
**sworn** 4:4, 22:8

**T**

**take** 2:3, 4:23
12:16, 19:23
**taken** 2:1
**talk** 5:3
**talking** 12:9
12:17, 14:6
19:2, 20:22
**tell** 12:23, 18:21
**telling** 16:9
**tend** 5:2
**Terron** 14:1
14:9
**testified** 4:4
**testify** 5:14
**testimony** 5:9
5:11, 19:7
19:14, 22:10
**thereof** 22:15

**thing** 4:18, 4:24
**things** 11:15
**think** 4:19, 9:5
9:14, 11:8, 15:7
**three** 14:5
**Timberlake**
2:12
**time** 8:2, 12:25
13:10, 15:21
17:18, 18:7
18:20, 20:13
**times** 8:6, 8:6
19:15
**today** 5:14
12:10, 12:10
**top** 14:22, 14:25
**touch** 17:1
**traffic** 13:9
**trained** 20:17
**training** 8:4
**transcribed** 2:2
**transcript** 22:10
**transpiring**
13:16
**transport** 15:9
**true** 22:9
**try** 4:19, 5:7
**trying** 11:8
**turned** 14:16
**tussling** 17:16
**two** 7:2, 10:14
13:19, 13:23
14:5
**typically** 9:19

**U**

**understand** 5:9
6:4
**UNITED** 1:1
**University** 8:9
8:11
**unmarked**
13:10
**unwanted** 17:1
**upper** 14:17

**use** 10:2, 10:3
11:19, 11:21
11:21

**V**

**Valois** 2:14
2:15, 3:4, 4:6
21:12
**vehicle** 13:11
**vehicles** 13:25
15:9
**verbal** 10:20
**video** 10:4, 14:7
16:9, 16:13
16:16, 16:18
**videos** 5:20
**Virginia** 1:1
1:12, 2:6, 2:9
2:13, 2:17, 22:1
22:5, 22:17
22:23

**W**

**WADDELL**
2:16
**waived** 21:16
**walk** 13:3, 13:6
**walked** 13:21
**want** 20:20
**warrant** 15:10
19:16
**watch** 10:5
**way** 9:12, 14:21
**weight** 14:20
**went** 7:1, 14:15
16:1, 16:4
18:14
**WESTERN** 1:1
**wit** 22:1
**WITNESS** 3:2
**work** 7:1, 8:15
8:19, 8:21, 9:12
9:16, 9:17
**worked** 6:11

Page 27

| | |
|---|---|
| 6:25, 7:2, 7:3 7:11, 9:20 | **2007-ish** 9:2 |
| **working** 7:8 13:9 | **2008** 9:3 |
| **worthless** 12:8 | **2020** 12:21 |
| **write** 21:9 | **2024** 1:10, 2:7 4:1, 22:18 |
| **written** 10:19 | **2025** 22:6 |
| | **24153** 2:17 |
| | **24502** 2:13 |
| **Y** | **28th** 12:21 |
| | **29** 1:10, 2:7, 4:1 |
| **yeah** 5:12, 6:5 6:20, 7:17, 8:4 9:18, 10:13 11:2, 15:6 16:25, 17:8 20:22 | **3** |
| **year** 7:5, 7:5 | **3:00** 1:11, 2:7 4:1 |
| **years** 4:15, 6:12 7:2, 7:7, 7:11 9:20, 10:24 20:8 | **3:18** 1:11, 21:15 |
| | **30** 22:6 |
| | **359658** 22:6 |
| **York** 6:16, 8:12 8:14, 8:16, 8:22 | **4** |
| **Yuma** 7:13 7:15, 8:3 | **4** 3:4 |
| | **415** 2:17 |
| | **434.845.4529** 2:13 |
| **Z** | **5** |
| **Zach** 13:18 14:24, 20:3 | **540.387.2320** 2:18 |
| **0** | **6** |
| **08** 9:5, 9:6 | **6:23cv00054** 1:5 |
| **1** | **7** |
| **17** 4:15, 9:19 10:24 | **7601** 2:12 |
| **1980** 6:24 | **8** |
| **1983** 7:6 | |
| **19th** 22:17 | **87** 8:18 |
| **2** | **9** |
| **20** 8:23 | **900** 2:8 |