2020-006129

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Lynchburg
_____
CITY OR COUNTY

[X] General District Court  [X] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**M** COPY

| CASE NO. | |
|---|---|
| ACCUSED: | |
| Sandidge, Aquasha Renee | |
| LAST NAME, FIRST NAME, MIDDLE NAME | |
| 1503 Kemper Street Apt 103 | |
| ADDRESS/LOCATION | |
| Lynchburg, VA 24501 | |

Hearing Date/Time

TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 04/28/2020
DATE
did unlawfully in violation of Section

18.2-460
_____ , Code of Virginia:

without just cause, knowingly obstruct a law-enforcement officer, in the performance of duties as such, or fail or refuse to cease such obstruction without just cause when requested to do so.

To be completed upon service as Summons
Mailing address [ ] Same as above

| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| | | MO DAY YR | FT. IN. | | | |
| B | F | | 5' 07" | 230 | BRO | BLK |

SSN

DL#                                                      STATE

[ ] Commercial Driver's License

**CLASS 1 MISDEMEANOR**

[X] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

04/28/20    2304
DATE AND TIME OF SERVICE

Z.S. Miller
_____ , ARRESTING OFFICER

252    LPD    114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**OBSTRUCT JUSTICE: OFFICL VICTIM, NO THRT/FORCE**

Offense Tracking Number:
**680GM2000005954**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**JUS-4829-M1**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Miller, Z.S. 252 LPD
_____ , Complainant.

Execution by summons [ ] permitted at officer's discretion. [X] not permitted.

04/28/2020 11:01 PM
_____
DATE AND TIME ISSUED

E.D. Sprinkle
[ ] CLERK [X] MAGISTRATE [ ] JUDGE

**CCRE/Fingerprinting Required**

**STATE**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/11

# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 04/28/2020 did unlawfully and feloniously in violation of Section 18.2-57 , Code of Virginia:

assault and batter R.G. Miller knowing or having reason to know that such person was a law enforcement officer, as defined in subsection F of §18.2-57, engaged in public duties.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Detective Miller, R. G.   272   LPD , Complainant.

**CCRE/Fingerprinting Required**

04/28/2020 11:02 PM
DATE AND TIME ISSUED

[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE
E. D. Sprinkle

FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

---

CASE NO. 2020-006104

ACCUSED:
Sandidge, Aquasha Renee
LAST NAME, FIRST NAME, MIDDLE NAME

1503 Kemper Street Apt 103
ADDRESS/LOCATION

Lynchburg, VA 24501

**COMPLETE DATA BELOW IF KNOWN**

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | F |  | 5' 07" | 230 | BRO | BLK |

SSN:
D.L.#:   STATE

[ ] Commercial Driver's License

**CLASS 6   FELONY**

[X] EXECUTED by arresting the Accused named above on this day:
04/28/20   2304
DATE AND TIME OF SERVICE

Z.S. Miller , Arresting Officer

252   LPD   114
BADGE NO., AGENCY AND JURISDICTION

for ........................................
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**ASSAULT AND BATTER ON LAW ENFORCEMENT OFFICER**

Offense Tracking Number:
**680GM2000005955**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ASL-1342-F6**

**FELONY**

CITY 000017

# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Lynchburg
_CITY OR COUNTY_

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **04/28/2020** did unlawfully and feloniously in violation of Section

**18.2-57** ......................................................, Code of Virginia:

assault and batter Officer Reed knowing or having reason to know that such person was a law enforcement officer, as defined in subsection F of §18.2-57, engaged in public duties.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Reed, S.C.  170 LPD ........................................................, Complainant.

**CCRE/Fingerprinting Required**

04/28/2020 11:24 PM
_DATE AND TIME ISSUED_

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
E. D. Sprinkle

FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

---

CASE NO.  **F**

ACCUSED:
Brown, Shanta Lynette
_LAST NAME, FIRST NAME, MIDDLE NAME_

1503 Kemper Street Apt. 103
_ADDRESS/LOCATION_

Lynchburg, VA 24501

Hearing Date/Time

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | F | | 5' 06" | 280 | BRO | BLK |

SSN: [redacted]
D.L.#: [redacted]  STATE:

[ ] Commercial Driver's License

**CLASS 6   FELONY**

[x] EXECUTED by arresting the Accused named above on this day:
4/28/2020 @ 2304 hrs
_DATE AND TIME OF SERVICE_

T.G. Grooms, Arresting Officer

207   LPD   114
_BADGE NO., AGENCY AND JURISDICTION_

for ...................................................
_SHERIFF_

Attorney for the Accused:

Short Offense Description (not a legal definition):
**ASSAULT AND BATTER ON LAW ENFORCEMENT OFFICER**

Offense Tracking Number:
**680GM2000005960**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ASL-1342-F6**

**FELONY**

CITY 000018

# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA  Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 04/28/2020 did unlawfully and feloniously in violation of Section

**18.2-57**, Code of Virginia:

assault and batter Officer Miller knowing or having reason to know that such person was a law enforcement officer, as defined in subsection F of §18.2-57, engaged in public duties.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer  Miller, Z. S.  252  LPD ..........., Complainant.

**CCRE/Fingerprinting Required**

04/28/2020 11:23 PM
DATE AND TIME ISSUED

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
E. D. Sprinkle

FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

---

CASE NO.

ACCUSED:
Brown, Shanta Lynette
LAST NAME, FIRST NAME, MIDDLE NAME

1503 Kemper Street Apt. 103
ADDRESS/LOCATION

Lynchburg, VA 24501

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|------|------|------|------|------|
| B | F |  | 5' 06" | 280 | BRO | BLK |

SSN

D.L.#                            STATE

[ ] Commercial Driver's License

**CLASS 6  FELONY**

[✓] EXECUTED by arresting the Accused named above on this day:

4/28/2020 @ 2304 hrs
DATE AND TIME OF SERVICE

Z.S. Miller, Arresting Officer

252  LPD  114
BADGE NO., AGENCY AND JURISDICTION

for ........................... SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**ASSAULT AND BATTER ON LAW ENFORCEMENT OFFICER**

Offense Tracking Number:
**680GM2000005959**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ASL-1342-F6**

**F COPY  FELONY**

Hearing Date/Time

CITY 000019

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **04/28/2020** did unlawfully in violation of Section

**18.2-460**, Code of Virginia:

without just cause, knowingly obstruct a law-enforcement officer, in the performance of duties as such, or fail or refuse to cease such obstruction without just cause when requested to do so.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Officer Miller, Z.S. 252 LPD**, Complainant.

Execution by summons [ ] permitted at officer's discretion.  [x] not permitted.

**04/28/2020 11:22 PM**
DATE AND TIME ISSUED

E.D. Sprinkle
[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE

**CCRE/Fingerprinting Required**

---

CASE NO.

ACCUSED:
**Brown, Shanta Lynette**
LAST NAME, FIRST NAME, MIDDLE NAME

**1503 Kemper Street Apt 103**
ADDRESS/LOCATION
**Lynchburg, VA 24501**

To be completed upon service as Summons
Mailing address [x] Same as above

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | F | | 5' 06" | 280 | BRO | BLK |

SSN:

DL#:    STATE

[ ] Commercial Driver's License

**CLASS 1 MISDEMEANOR**

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

4/28/2020 @ 2304 hours
DATE AND TIME OF SERVICE

Z.S. Miller, ARRESTING OFFICER

252  LPD  114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**OBSTRUCT JUSTICE: OFFICL VICTIM, NO THRT/FORCE**

Offense Tracking Number:
**680GM2000005958**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**JUS-4829-M1**

STATE

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/11

CITY 000020