**EXHIBIT 18**

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF LYNCHBURG

Present, the Honorable F. Patrick Yeatts, Judge            March 14, 2023

Commonwealth of Virginia

v.            **ORDER**

Felony No. CR2000574-00-02 – Assault & Battery Against Law Enforcement Officer, 2 counts; Obstruction of Justice

Shanta Lynette Brown, DOB 1/26/1979

     Defendant.

This day came the Commonwealth, represented by Nathan Freier, and Shanta Lynette Brown, who stands indicted for felonies and a misdemeanor, to-wit: assault and battery against law enforcement officer, 2 counts and obstruction of justice, and came also Paul Valois, defense counsel previously employed.

Whereupon the defendant was arraigned and after private consultation with his said attorney pleaded not guilty to the indictment, which plea was tendered by the accused in person.

After being advised by the Court of his right to trial either by jury or by the Court and, after consultation with counsel, the accused did not waive his right to trial by jury and to which the Court approved.

The Court then impaneled twenty qualified jurors, free from exception for the trial of the defendant. Whereupon the attorney for the Commonwealth and the attorney for the defendant each alternately exercised their rights to strike the names of four veniremen from the panel, as provided by law, and the remaining twelve jurors, constituting the jury for the trial of the defendant, were duly sworn.

EXHIBIT 18

After opening statements, the evidence was presented by the Commonwealth, and at the conclusion thereof, the defendant, by counsel, made a motion to strike the Commonwealth's evidence, for the reasons stated to the record, which motion the Court overruled.

Thereupon the defendant, by counsel, presented his evidence and renewed his motion to strike the Commonwealth's evidence, to which motion the Court overruled.

After hearing all the evidence, the instructions of the Court and argument of counsel, the jurors were sent to the jury room to consider their verdict. They subsequently returned their verdict in open Court, in the following words, to-wit: "We, the jury find the defendant not guilty of Count 1 of the indictment. Steven Ridout Presiding Juror." "We, the jury find the defendant not guilty of Count 2 of the indictment. Steven Ridout, Presiding Juror." "We, the jury find the defendant not guilty of Count 3 of the indictment. Steven Ridout, Presiding Juror."

The Court enters judgment on the verdict and the jury was discharged.

And the defendant is allowed to depart on the aforesaid charges.

//