IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA LYNETTE BROWN, <br> and <br> AQUASHA SANDIDGE, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF LYNCHBURG, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action: 6:23cv00054 |

**DEFENDANT CITY OF LYNCHBURG'S MOTION FOR SUMMARY JUDGMENT**

Defendant City of Lynchburg, by counsel, respectfully moves for summary judgment on all of the Plaintiffs' claims against them pursuant to Rule 56 of the Federal Rules of Civil Procedure. The grounds for this motion are more fully set out in the memorandum in support filed contemporaneously with this motion.

WHEREFORE, Defendant City of Lynchburg respectfully requests that the Court enter summary judgment in its favor and dismiss the claims against it with prejudice.

            CITY OF LYNCHBURG

            By /s/ John R. Fitzgerald
            Jim H. Guynn, Jr. (VSB #22299)
            John R. Fitzgerald (VSB #98921)
            GUYNN WADDELL, P.C.
            415 S. College Avenue
            Salem, Virginia  24153
            Phone: 540-387-2320
            Fax:    540-389-2350
            Email: jimg@guynnwaddell.com
                johnf@guynnwaddell.com
            *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois (VSB 72326)
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
T: 434-845-4529
F: 434-845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

                                                  /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB # 22299)
John R. Fitzgerald (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
            johnf@guynnwaddell.com
*Counsel for Defendants*

2