

# Guynn Waddell, P.C.
- Attorneys at Law -

November 27, 2024

CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED

DEC 16 2024

LAURA A. AUSTIN, CLERK
BY: /s/ D. Letters
DEPUTY CLERK

Hon. Laura A. Austin, Clerk
United States District Court
PO Box 1333
Lynchburg, VA 24505

Re: Shanta Brown, et al. v City of Lynchburg, et al
USDC, Western District of Virginia, Case No: 6:23cv54

Dear Ms. Austin:

In connection with Defendant Officers' Memorandum in Support of Motion for Summary Judgment filed today (ECF No. 43), enclosed is a flash drive containing video recording exhibits, identified as follows:

| | |
|---|---|
| ECF No. 43-2 | Exhibit 2 Z. Miller Dash Cam |
| ECF No. 43-3 | Exhibit 3 Z. Miller Body Cam |
| ECF No. 43-5 | Exhibit 5 T. Grooms Body Cam |
| ECF No. 43-9 | Exhibit 9 S. Reed Body Cam |
| ECF No. 43-10 | Exhibit 10 T. Grooms Dash Cam 1 |
| ECF No. 43-11 | Exhibit 11 S. Reed Dash Cam |
| ECF No. 43-13 | Exhibit 13 T. Hall Dash Cam |
| ECF No. 43-14 | Exhibit 14 T. Grooms Dash Cam 2 |

By copy of this letter, Plaintiff's counsel is being furnished with a duplicate flash drive of these exhibits.

Should you have any questions, please do not hesitate to call.

Very truly yours,

GUYNN WADDELL, P.C.

John R. Fitzgerald/brc

John R. Fitzgerald

JRF/brc
Enc.
cc w/enc: M. Paul Valois

415 S. College Avenue, Salem, Virginia 24153 | 540.387.2320 | www.guynnwaddell.com