Guynn Waddell, P.C.
415 S. College Ave.
Salem, VA 24153-5055

US POSTAGE PITNEY BOWES

ZIP 24153
02 7H
0000806105

$ 001.77⁰¹
NOV 27 2024

₵ 3.73  POSTAGE DUE

RECEIVED
DEC 09 2024
USDC Clerk's Office
Mail Room

Hon. Laura A. Austin, Clerk
United States District Court
PO Box 1333
Lynchburg, VA 24505

12-04-2024