CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/28/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| SHANTA LYNETTE BROWN *and* AQUASHA SANDIDGE, *Plaintiffs,* v. THE CITY OF LYNCHBURG, *et al.*, *Defendants.* | CASE NO. 6:23-cv-00054 ORDER JUDGE NORMAN K. MOON |

    Plaintiffs Shanta Brown and Aquasha Sandidge sue the City of Lynchburg and three City of Lynchburg police officers for harms arising out of a police-citizen encounter. Brown and Sandidge allege in a 20-count complaint that their arrest violated their rights under the United States Constitution and Virginia common law. After disposing of several of these claims pursuant to Rule 12(b)(6), *see* Dkt. 29 (Order on Motion to Dismiss), the Court now considers the remaining claims at summary judgment. *See* Dkt. 42 (Officers' motion); Dkt. 44 (City's motion).

    Upon consideration of Defendants' motions, the factual record, and the applicable law, the Court finds that no dispute of material fact exists as to any of the Plaintiffs' claims and that Defendants are each entitled to judgment as a matter of law. Therefore, for the reasons stated in the Court's accompanying memorandum opinion, the Court hereby **GRANTS** Defendants' motions for summary judgment, Dkts. 42 and 44, and **DISMISSES** all other pending motions as moot. *See, e.g.,* Dkts. 37, 40 (pending motions in limine). As a result, all claims are hereby

**DISMISSED** with prejudice, and this case is stricken from the active docket of this Court.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 28th day of January, 2025.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE